AO 440 (Rev. 1/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

SAM L. CLEMMONS, JR.

V.

TONYA R. POWELL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER   1:06CV00123

JUDGE: Royce C. Lamberth

CAS   DECK TYPE: FOIA/Privacy Act

DATE STAMP: 01/*23*/2006

TO: (Name and address of Defendant)

**TONYA R. POWELL**
**1324 N. 28TH STREET**
**MILWAUKEE, WI 53208**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S *PROSE* (name and address)

SAM L. CLEMMONS
548 SAINT CHARLES PL
BROOKHAVEN, MS 39601

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

(By) DEPUTY CLERK

JAN 23 2006

DATE

**RECEIVED**
APR 11 2006
NANCY MAYER WHITTINGTON CLERK
U.S. DISTRICT COURT

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 2/17/06; 2/16/06; 2/21/06; 3/1/06; 3/4/06 |
|---|---|
| NAME OF SERVER *(PRINT)* SAM L CLEMMONS, PLAINTIFF PROSE | TITLE PLAINTIFF PROSE |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 1324 N. 28TH STREET, MILWAUKEE, WI 53208
4030 N. 34TH STREET, MILWAUKEE, WI 53216, 3144 N. 26TH STREET, MILWAUKEE, WI 53206, AND
440 E. CHICKASAN STREET, BROOKHAVEN, MS 39601

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☐ Other (specify): _____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL U.S. POSTAL EXPRESS SERVICE | SERVICES U.S. POSTAL SERVICE | TOTAL $65.24 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____         _____
                Date                          Signature of Server


                                         _____
                                         Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

RECEIVED

APR 11 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

14

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MR. SAM L. CLEMMONS
548 SAINT CHARLES PL
BROOKHAVEN, MS 39601
1-866-409-7758

CIVIL ACTION NO:

CASE NUMBER: 1:06CV00123
JUDGE: ROYCE C. LAMBERTH
DECK TYPE: FOIA / PRIVACY
ACT
DATE STAMP: 01/23/2006

V

Tonya R. Powell, Defendant
1324 N. 28th Street
Milwaukee, WI 53208
414-933-2665

## AFFIDAVIT OF SERVICE

I, _SAM CLEMMONS , PLAINTIFF_ , hereby declare
that on the __3RD__ of __MARCH__ 20 _06_ , I mailed
a copy of the summons and complaint, certified mail return receipt
requested, to _TONYA R. POWELL_ (the defendant & defendant's
attorney). Attached hereto is the green card acknowledging service.

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X ☐ Agent ☐ Addressee <br> B. Received by ( *Printed Name*) MAR 04 2006 C. Date of Delivery <br> D. Is delivery address different from item 1? ☐ Yes <br> If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to: <br><br> TONYA R. POWELL <br> 1324 N. 28TH STREET <br> MILWAUKEE, WI 53208 | |
| | 3. Service Type <br> ☐ Certified Mail ☑ Express Mail <br> ☐ Registered ☐ Return Receipt for Merchandise <br> ☐ Insured Mail ☐ C.O.D. <br> 4. Restricted Delivery? *(Extra Fee)* ☐ Yes |
| 2. Article Number <br> *(Transfer from service label)* | ED9738706 34US 'US |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |

866 - 405 - 7758

Sam L. Clemmons vs. Tonya R. Powell and the State of Wisconsin

## EXPRESS MAIL

**UNITED STATES POSTAL SERVICE®**

**Post Office To Addressee**

Label 11-B, March 20X

**DELIVERY (POSTAL USE ONLY)**

| | Time | | Employee Signature |
|---|---|---|---|
| Delivery Attempt | | ☐ AM ☐ PM | Employee Signature |
| Mo. Day | | | |
| Delivery Attempt | | ☐ AM ☐ PM | Employee Signature |
| Mo. Day | | | |
| Delivery Date | | ☐ AM ☐ PM | Employee Signature |
| Mo. Day | | | |

**CUSTOMER USE ONLY**

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or
Postal Service Acct. No.

NO DELIVERY ☐ Weekend ☐ Holiday

Waiver of Signature (Domestic Mail Only)

Customer Signature

**ORIGIN (POSTAL SERVICE USE ONLY)**

ED 973870634 US

| PO ZIP Code | Day of Delivery | Postage |
|---|---|---|
| 20351 | ☐ Next ☐ 2nd ☐ 2nd Del. Day | $ 14.40 |
| Date Accepted | Scheduled Date of Delivery | Return Receipt Fee $ |
| Mo. 3 Day 3 Year 6 | Month Day | COD Fee $ |
| Time Accepted 11:35 ☐ AM ☐ PM | Scheduled Time of Delivery ☐ Noon ☐ 3 PM | Insurance Fee $ |
| Flat Rate ☐ or Weight 9 ozs. | Military ☐ 2nd Day ☐ 3rd Day | Total Postage & Fees $ 14.40 |
| lbs. | Int'l Alpha Country Code | Acceptance Emp. Initials |

**FROM:** (PLEASE PRINT) PHONE (   )

U.S. DISTRICT COURT FOR THE DIST
OF COLUMBIA
ATTN: OFFICE OF THE CLERK
333 CONSTITUTION AVE, N.W. RM 1225
WASHINGTON, DC 20001

**TO:** (PLEASE PRINT) PHONE (   )

TONYA R. POWELL
1324 N. 28TH STREET
MILWAUKEE, WI 53208

53208

**FOR PICKUP OR TRACKING**
Visit www.usps.com
Call 1-800-222-1811

---

```
        SANDY SPRINGS FINANCE UNIT
           ATLANTA, Georgia
               303289997
           1204440024-0097
03/03/2006   (800)275-8777   11:37:32 AM

────────── Sales Receipt ──────────
Product       Sale    Unit        Final
Description    Qty    Price        Price

Mail Pickup           Delivered
 Label # RB449043648US
 # of Mail Pieces :   1
Mail Pickup Date:03/03/2006  11:34 AM
MILWAUKEE WI 53208 EM            $14.40
PO-Add Flat Rate
 8.70 oz.
  Label #:        ED973870634US
  Next Day Noon  / Normal
  Delivery
                              ========
              Issue PVI:        $14.40
                              ========
Total:                          $14.40

Paid by:                        $14.40
AMEX
   Account #          XXXXXXXXXXXX2006
   Approval #:              541209
   Transaction #:           950
   23 902850395 4104710777

Bill#:  1000301358668
Clerk:  03

— All sales final on stamps and postage. —
   Refunds for guaranteed services only.
       Thank you for your business.
            Customer Copy
```

```
                Barrett Parkway Station
                  Kennesaw, Georgia
                      301449997
                   1204440259-0098
02/13/2006       (770)422-4103       05:02:19 PM
━━━━━━━━━━━━━━━━━ Sales Receipt ━━━━━━━━━━━━━━━━
Product          Sale    Unit          Final
Description      Qty     Price         Price
─────────────────────────────────────────────
MILWAUKEE WI 53208                    $1.59
First-Class
 5.80 oz.
   Restricted Delivery                $3.70
   Return Rcpt (Green Card)           $1.85
   Certified                          $2.40
   Label #:      7005182000035508373373
                                   ========
             Issue PVI:               $9.54

MILWAUKEE WI 53216                   $18.80
Express Mail PO-ADD
 8.40 oz.
   Label #:        EQ241268300US
   Next Day Noon  / Normal
   Delivery
   Return Rcpt (Green Card)           $1.85
                                   ========
             Issue PVI:              $20.65

MILWAUKEE WI 53208                   $18.80
Express Mail PO-ADD
 8.80 oz.
   Label #:        EQ241268389US
   Next Day Noon  / Normal
   Delivery
   Return Rcpt (Green Card)           $1.85
                                   ========
             Issue PVI:              $20.65

                             ━━━━━━━━━━
Total:                               $50.84

Paid by:
AMEX                                 $50.84
   Account #          XXXXXXXXXXXXX2006
   Approval #:         504607
   Transaction #:      827
   23 902850908 4104710777


Bill#:  1000200468790
Clerk:  06

 — All sales final on stamps and postage. —
    Refunds for guaranteed services only.
         Thank you for your business.
              Customer Copy
```

## EXPRESS MAIL

**UNITED STATES POSTAL SERVICE®**

**Post Office To Addressee**

Label 11-B, March 20(

### DELIVERY (POSTAL USE ONLY)

| Delivery Attempt | Time | | Employee Signature |
|---|---|---|---|
| Mo. Day | ☐ AM ☐ PM | | |
| Delivery Attempt | Time | | Employee Signature |
| Mo. Day | ☐ AM ☐ PM | | |
| Delivery Date | Time | | Employee Signature |
| Mo. Day | ☐ AM ☐ PM | | |

### CUSTOMER USE ONLY

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or
Postal Service Acct. No.

NO DELIVERY ☐ Weekend ☐ Holiday

WAIVER OF SIGNATURE (Domestic Mail Only)

### ORIGIN (POSTAL SERVICE USE ONLY)

PO ZIP Code: 3035L

Day of Delivery: ☑ Next ☐ 2nd ☐ 2nd Del. Day

Postage: $ 14.40

Return Receipt Fee: $

COD Fee: $

Insurance Fee: $

Date Accepted: Mo. 3 Day 3 Year 6

Time Accepted: 11:35 ☑ AM ☐ PM

Scheduled Date of Delivery: Month ___ Day ___

Scheduled Time of Delivery: ☐ Noon ☑ 3 PM

Military: ☐ 2nd Day ☐ 3rd Day

Total Postage & Fees: $ 14.40

Acceptance Emp. Initials: RQ

Flat Rate ☐ or Weight: 9 lbs. ___ ozs.

Int'l Alpha Country Code: ___

ED 973870634 US

**FROM: (PLEASE PRINT)** PHONE (

U.S. DISTRICT COURT FOR THE DIST
OF COLUMBIA
ATTN: OFFICE OF THE CLERK
333 CONSTITUTION AVE, N.W. RM 1225
WASHINGTON, DC 20001

**TO: (PLEASE PRINT)** PHONE (

TONYA F. POWELL
1324 N. 28TH STREET
MILWAUKEE, WI 53208

ZIP + 4: 5 3 2 0 8

### FOR PICKUP OR TRACKING

Visit **www.usps.com**

Call 1-800-222-1811

---

SANDY SPRINGS FINANCE UNIT
ATLANTA, Georgia
303289997
1204440024-0097
03/03/2006   (800)275-8777   11:37:32 AM

```
────────── Sales Receipt ──────────
Product          Sale    Unit      Final
Description      Qty     Price     Price

Mail Pickup             Delivered
  Label # RB449043648US
# of Mail Pieces :    1
Mail Pickup Date:03/03/2006  11:34 AM
MILWAUKEE WI 53208 EM              $14.40
PO-Add Flat Rate
8.70 oz.
  Label #:       ED973870634US
  Next Day Noon  / Normal
  Delivery
                                 ========
          Issue PVI:              $14.40

Total:                            $14.40

Paid by:
AMEX                              $14.40
  Account #          XXXXXXXXXXXX2006
  Approval #:        541209
  Transaction #:     950
  23 902850395 4104710777

Bill#:  1000301358668
Clerk:  03
```

— All sales final on stamps and postage. —
Refunds for guaranteed services only.
Thank you for your business.
Customer Copy

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MR. SAM L. CLEMMONS
548 SAINT CHARLES PL
BROOKHAVEN, MS 39601
1-866-409-7758

CIVIL ACTION NO:

V

Tonya R. Powell, Defendant
1324 N. 28th Street
Milwaukee, WI 53208
414-933-2665

CASE NUMBER: 1:06CV00123
JUDGE: ROYCE C. LAMBERTH
DECK TYPE: FOIA / PRIVACY
     ACT
DATE STAMP: 01/23/2006

## AFFIDAVIT OF SERVICE

I, _SAM L. CLEMMONS, PLAINTIFF_, hereby declare
that on the _13TH_ of _FEB_ 20_06_, I mailed
a copy of the summons and complaint, certified mail return receipt
requested, to _TONYA R. POWELL_ (the defendant & defendant's
attorney). Attached hereto is the green card acknowledging service.

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br><br>B. Received by ( Printed Name )  C. Date of Delivery |
| 1. Article Addressed to:<br>TONYA R. POWELL<br>1324 N. 28TH STREET<br>M_____ WI 53208<br>**UNCLAIMED** | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>_PLAINTIFF_ |
|  | 3. Service Type<br>☐ Certified Mail  ☑ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label)  EQ241268389US | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Clemmons vs. Tonya R. Powell and the State of Wisconsin, 1324 N. 28th

WI 53208

Direct



Track/Confirm - Intranet Item Inquiry - Domestic

| | | | | |
|---|---|---|---|---|
| **Item:** EQ24 1268 389U S | | **Date/Time Mailed:** 02/13/2006 17:00 | | |
| **Destination** | **ZIP Code:** 53208 | **City:** MILWAUKEE | **State:** WI |
| **Origin** | **ZIP Code:** 30144-9997 | **City:** KENNESAW | **State:** GA |

**Class:** Express Mail - PO to addressee

**Scheduled Delivery Date:** 02/14/2006 12:00

**Weight:** 0 lb(s) 9 oz(s)          **Postage:** $18.80

**Delv Rqmt:** Normal          **PO Box?:** N

| **Special Services** | **Associated Labels** | **Amount** |
|---|---|---|
| RETURN RECEIPT | | $1.85 |

| Event | Date/Time | Location | Scanner ID |
|---|---|---|---|
| UNDELIVERABLE AS ADDRESSED | 03/01/2006 15:06 | ATLANTA, GA 30328 | POS4850024 |
| | Request Delivery Record | | |
| NOTICE LEFT | 02/24/2006 11:15 | ATLANTA, GA 30358 | L183814 |
| ARRIVAL AT UNIT | 02/24/2006 11:15 | ATLANTA, GA 30328 | L183814 |
| ENROUTE | 02/23/2006 17:20 | MILWAUKEE, WI 53237 | L012382 |
| ENROUTE | 02/23/2006 14:26 | MILWAUKEE, WI 53203 | 00A72H61M |
| UNCLAIMED | 02/23/2006 10:38 | MILWAUKEE, WI 53208 | J757603 |
| NOTICE LEFT | 02/15/2006 09:41 | MILWAUKEE, WI 53208 | M026196 |
| NOTICE LEFT | 02/14/2006 09:50 | MILWAUKEE, WI 53208 | M026196 |
| ARRIVAL AT UNIT | 02/14/2006 08:41 | MILWAUKEE, WI 53208 | J757603 |
| ACCEPT OR PICKUP | 02/13/2006 17:00 | KENNESAW, GA 30144 | |

**Enter Request Type and Item Number:**

**Quick Search** ⦿          **Extensive Search** ○

Explanation of Quick and Extensive Searches

Submit

*Version 1.0*

Inquire on multiple items.

Go to the Product Tracking System Home Page.



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **EQ24 1268 389U S**
Detailed Results:

- **Enroute, February 23, 2006, 5:20 pm, MILWAUKEE, WI 53237**
- **Enroute, February 23, 2006, 2:26 pm, MILWAUKEE, WI 53203**
- **Unclaimed, February 23, 2006, 10:38 am, MILWAUKEE, WI**
- **Notice Left, February 15, 2006, 9:41 am, MILWAUKEE, WI 53208**
- **Notice Left, February 14, 2006, 9:50 am, MILWAUKEE, WI 53208**
- **Arrival at Unit, February 14, 2006, 8:41 am, MILWAUKEE, WI 53208**
- **Acceptance, February 13, 2006, 5:00 pm, KENNESAW, GA 30144**

( < Back )                    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

(

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   ( Go > )

**Proof of Delivery**

Verify who signed for your item by email, fax, or mail.   ( Go > )

---



**POSTAL INSPECTORS**
**Preserving the Trust**

site map    contact us    government services    jobs    **National & Premier Accounts**

Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

This packaging is the property of the U.S. Postal Service and is provided solely for use in sending Express Mail. Misuse may be a violation of federal law.



UNITED STATES POSTAL SERVICE

**EXTREMELY URGENT**

NOTIFIED

FEB 1 5 2006

NOTIFIED

FEB 1 4 2006

RETURN RECEIPT REQUESTED

RETURN RECEIPT REQUESTED

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MR. SAM L. CLEMMONS
548 SAINT CHARLES PL
BROOKHAVEN, MS 39601
1-866-409-7758

CIVIL ACTION NO:

CASE NUMBER: 1:06CV00123
JUDGE: ROYCE C. LAMBERTH
DECK TYPE: FOIA / PRIVACY
  ACT
DATE STAMP: 01/23/2006

V

Tonya R. Powell, Defendant
1324 N. 28th Street
Milwaukee, WI 53208
414-933-2665

**AFFIDAVIT OF SERVICE**

I, _SAM L. CLEMMONS, PLAINTIFF_, hereby declare
that on the __13TH__ of __FEB__ 20_06_, I mailed
a copy of the summons and complaint, certified mail return receipt
requested, to _TONYA R. POWELL_ (the defendant & defendant's
attorney). Attached hereto is the green card acknowledging service.

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_    ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*) | C. Date of Delivery<br>Barbara Melshrima    2/17/06 |
| 1. Article Addressed to:<br>BEREAN FAMILY WORSHIP CNTR<br>ATTN: PASTOR WALTER HENDERSON II<br>DR. JOYCELYN PERNELL HENDERSON<br>C/O TONYA R. POWELL<br>P.O. BOX 16553 - 4030 N. 34TH ST.<br>MILWAUKEE, WI 53216 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☐ Certified Mail  ☑ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| 2. Article Number (*Transfer from service label*)<br>EQ241268300US | 4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| PS Form 3811, February 2004    Domestic Return Receipt | 102595-02-M-1540 |

Sam L. Clemmons vs. Tonya R. Powell and the State of Wisconsin, 1324 N. 28th
Street, Milwaukee, WI 53208



## Track/Confirm - Intranet Item Inquiry - Domestic

**Item: EQ24 1268 300U S**                **Date/Time Mailed: 02/13/2006 16:58**

| | | | |
|---|---|---|---|
| **Destination** | **ZIP Code:** 53216 | **City:** MILWAUKEE | **State:** WI |
| **Origin** | **ZIP Code:** 30144-9997 | **City:** KENNESAW | **State:** GA |

**Class:** Express Mail - PO to addressee

**Scheduled Delivery Date:** 02/14/2006 12:00

**Weight:** 0 lb(s) 9 oz(s)                **Postage:** $18.80

**Delv Rqmt:** Normal                **PO Box?:** Y

| **Special Services** | **Associated Labels** | **Amount** |
|---|---|---|
| RETURN RECEIPT | | $1.85 |

| Event | Date/Time | Location | Scanner ID |
|---|---|---|---|
| DELIVERED | 02/17/2006 09:01<br>Recipient: 'B MELSHEIMER'<br>Request Delivery Record<br>View Delivery Signature and Address | MILWAUKEE, WI 53216 | POS3550216 |
| NOTICE LEFT | 02/14/2006 10:11 | MILWAUKEE, WI 53216 | L593664 |
| ARRIVAL AT UNIT | 02/14/2006 10:03 | MILWAUKEE, WI 53216 | L593664 |
| ACCEPT OR PICKUP | 02/13/2006 16:58 | KENNESAW, GA 30144 | |

Enter Request Type and Item Number:

Quick Search ⦿        Extensive Search ◯

Explanation of Quick and Extensive Searches

Submit

*Version 1.0*

Inquire on multiple items.

Go to the Product Tracking System Home Page.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MR. SAM L. CLEMMONS
548 SAINT CHARLES PL
BROOKHAVEN, MS 39601
1-866-409-7758

CIVIL ACTION NO:          CASE NUMBER: 1:06CV00123
                          JUDGE: ROYCE C. LAMBERTH
    V                     DECK TYPE: FOIA / PRIVACY
                             ACT
Tonya R. Powell, Defendant   DATE STAMP: 01/23/2006
1324 N. 28th Street
Milwaukee, WI 53208
414-933-2665

**AFFIDAVIT OF SERVICE**

I, _SAM L. CLEMMONS_____, hereby declare
that on the ___13TH____ of __FEB_____ 20_06____, I mailed
a copy of the summons and complaint, certified mail return receipt
requested, to _TIVAGEA D. CLEMMONS__ (the defendant & defendant's
attorney). Attached hereto is the green card acknowledging service.

Staple the green card here. Make sure it
Bears the original signature of the person
Who signed for the summon and complaint
STAPLE GREEN CARD IN THIS AREA

_Sam L. Clemmons_____

SAM L. CLEMMONS_____

548 SAINT CHARLES PL_____

BROOK HAVEN, MS 39601_____

866-409-7758_____

Sam L. Clemmons vs. Tonya R. Powell and the State of Wisconsin, 1324 N. 28th

Street, Milwaukee, WI 53208

**UNITED STATES POSTAL SERVICE**

---

**Track/Confirm - Intranet Item Inquiry**
**Item Number: 7005 1820 0003 5508 3373**

---

### This item was delivered on 02/16/2006 at 16:06

| | Delivery Section |
|---|---|
| **Signature:** | *Twagia Clemms* |
| **Address:** | |

---

Enter Request Type and Item Number:

Quick Search ⦿        Extensive Search ◯

Explanation of Quick and Extensive Searches

[ Submit ]

*Version 1.0*

Inquire on multiple items.

Go to the Product Tracking System Home Page.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MR. SAM L. CLEMMONS
548 SAINT CHARLES PL
BROOKHAVEN, MS 39601
1-866-409-7758

CIVIL ACTION NO:

CASE NUMBER: 1:06CV00123
JUDGE: ROYCE C. LAMBERTH
DECK TYPE: FOIA / PRIVACY
    ACT
DATE STAMP: 01/23/2006

V

Tonya R. Powell, Defendant
1324 N. 28th Street
Milwaukee, WI 53208
414-933-2665

## AFFIDAVIT OF SERVICE

I, _SAM L. CLEMMONS, PLAINTIFF_, hereby declare that on the __16TH__ of __FEB__ 20_06_, I mailed a copy of the summons and complaint, certified mail return receipt requested, to _TONYA R. POWELL_ (the defendant & defendant's attorney). Attached hereto is the green card acknowledging service.

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Jessie Carter_   ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery<br>_JESSIE CARTER_<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>_HAZEL THADISON_<br>_C/O TONYA R. POWELL_<br>_3144 N. 26TH STREET_<br>_MILWAUKEE, WI 53206_ | 3. Service Type<br>☐ Certified Mail ☑ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*) ☐ Yes |

2. Article Number
(*Transfer from service label*)    ED973870775US _US_

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M

_PLAINTIFF_

_866- 409- 7758_

Sam L. Clemmons vs. Tonya R. Powell and the State of Wisconsin, 1324 N. 28th

Street, Milwaukee, WI 53208

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MR. SAM L. CLEMMONS
548 SAINT CHARLES PL
BROOKHAVEN, MS 39601
1-866-409-7758

CIVIL ACTION NO:          CASE NUMBER: 1:06CV00123
                          JUDGE: ROYCE C. LAMBERTH
     V                    DECK TYPE: FOIA / PRIVACY
                             ACT
                          DATE STAMP: 01/23/2006

Tonya R. Powell, Defendant
1324 N. 28th Street
Milwaukee, WI 53208
414-933-2665


## AFFIDAVIT OF SERVICE

I, _SAM L. CLEMMONS_____, hereby declare

that on the ___28TH___ of ___FEB_____ 20_06_____, I mailed

a copy of the summons and complaint, certified mail return receipt

requested, to _TONYA R. POWELL ℅ CYNTHIA WILLIAMS_(the defendant & defendant's

attorney). Attached hereto is the green card acknowledging service.

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MRS. CYNTHIA WILLIAMS
440 E. CHICKASAW STREET
BROOKHAVEN, MS 39601
℅ TONYA R. POWELL

2. Article Number
(Transfer from service label)    7005 1820 0001 7572 5828

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent
                       ☐ Addressee

B. Received by ( *Printed Name* )    C. Date of Delivery
                                      3/1/06

D. Is delivery address different from item 1?   ☑ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

---

Sam L. Clemmons vs. Tonya R. Powell and the State of Wisconsin, 1324 N. 28th

Street, Milwaukee, WI 53208