# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SAM L. CLEMMONS
          PLAINTIFF, PRO SE

CASE NUMBER: 1:06CV00123
JUDGE: ROYCE C. LAMBERTH
DECK TYPE: FOIA / PRIVACY
          ACT
DATE STAMP: 01/23/2006

V

Motion Request

TONYA R. POWELL
          DEFENDANT

**May 3, 2006**

---

## MOTION REQUEST FOR SUMMARY JUDGEMENT

Comes Samuel Lennious Clemmons, Jr. file this **MOTION** today

in the District Court for the District of Columbia requesting a

summary judgement by default in the above stated case before the

District Court for the District of Columbia.

The Plaintiff requests this MOTION due to the following

reasons:

1. The Defendant has failed to honor, acknowledge and

   receipt of the court's response deadline of 60 days after

   being served the summons to response.

2. The Defendant has failed to honor and obey the laws under

   the Freedom of Information Act.

3. The Defendant has failed to produce to the courts any

   substantive evidence to approve or prove such statements

**RECEIVED**

MAY 1 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

against the Plaintiff are truthful statements as stated
and given in a certified federal investigation report.

## II

The Plaintiff has requested from the Defendant(s) under the
Freedom of Information Act such documents as stated below. The
Defendant has failed to provide such documentation to justify
such statements made to hurt and harm the Plaintiff or to show
any harm to the Defendant as the Defendant so stated and
informed the federal investigator taking such federal testimony
under 18 U.S.C.A. § 1001. Documents requested from the Defendant
were:

1. The Defendant failed to provide the courts with proof to
   support statements of never receiving any support from
   the Plaintiff such as return checks, **never** receiving any
   funds from the government through military allotments,
   etc.

2. The Defendant failed to produce any statements from
   creditable witness stating and informing the courts that
   the Plaintiff and the Defendant knew each other from the
   late 70s throughout the earlier 90s.

3. The Defendant failed to produce to the courts that there
   were never any break up or separation from the Plaintiff
   from the time period of 1990 - 07/15/93 as given to the
   federal investigator.

Sam L. Clemmons vs. Tonya R. Powell, 1324 North 28th Street, Milwaukee, WI
53208

4. The Defendant failed to produce to the courts any

   paperwork or documentation showing the Defendant

   voluntarily left the Plaintiff. The Plaintiff has

   provided the courts with documents where the Plaintiff

   separated from the Defendant. (See Exhibit #1, page 31,

   document dated 23 June 1993, separation orders and

   section #2 proof of infidelity, adultery, bigamy, greed

   and blackmail, etc.

5. The Defendant failed to produce to the court any proof

   showing that the Defendant resides with the Defendant's

   aunt and grandmother at the Defendant's current address

   as the Defendant so claim and informed the federal

   investigator.

6. The Defendant failed to provide the courts any paperwork

   showing and proving that the Defendant is not a

   pathological liar and all the Defendant's statements have

   been truthful and proven to be truthful as of this date

   this summary judgement by default is entered.

7. The Defendant failed to respond to the courts or express

   acknowledgement of involvement with any other crimes

   subject to the Plaintiff's lawsuits.

8. The Defendant failed to provide the courts with any

   evidence to support the Defendant's statements that the

   Defendant did not believe that there was any reason to

4

believe that any third party, notoriety or scandal was

involved in their marital break-up. Once again see the

attached **Exhibit #2** proof of infidelity, adultery,

bigamy, greed and blackmail, etc.

9. The Defendant failed to produce or provide to the courts

any orders from any courts ordering the Plaintiff to pay

the Defendant child support payments.

10.   The Defendant failed to provide the courts with

documents showing that the Defendant has not committed

fraud and any other crimes before in using the good name

of the Plaintiff and any other wrongful activity showing

or association in using the Plaintiff's personal

information.

11.   The Defendant failed to explain to the courts why the

Defendant failed to cooperate with the State of

Mississippi's court system when such service was served

upon the Defendant properly (See attached Exhibit #1,

pages 36 – 53).

12.   The Defendant failed to explain why the Defendant

initiated fraudulent court documents in the State of

Milwaukee's court systems (See attached Exhibit # 3,

pages 158 – 206).

Sam L. Clemmons vs. Tonya R. Powell, 1324 North 28th Street, Milwaukee, WI
53208

# III

As the Plaintiff has stated before the courts, the Defendant failures, lack and inability to inform the courts as the Plaintiff has stated to the Defendant from the initial complaint that ignorance of the law is no excuse. The Defendant caused all this hurt or harm upon self. The Plaintiff did nothing wrong but conducted business accordingly and properly according to the law.

Let the provided facts speaks for themselves that the Plaintiff did everything within good character to feed this person (the Defendant) when this person had nothing to eat. The Plaintiff clothed this person when this person had nothing to wear. The Plaintiff sheltered this person when this person had no shelter to call home. The Plaintiff assisted and provided for this person when this person was in need. For this person (the Defendant) to betray the Plaintiff the way the Defendant has done in giving false statements and testimonies against the Plaintiff is not a person who is mentally sound. The Plaintiff expresses to the courts from any standpoint anyone can see base on the facts provided to the courts that the Defendant is a person with a very evil mind, sprit and soul. The Defendant has an interior motives to continue to plot evil ways to continue to cause more duress upon the Plaintiff. The Defendant is in need of professional counseling to correct such deficiencies.

Sam L. Clemmons vs. Tonya R. Powell, 1324 North 28th Street, Milwaukee, WI 53208

## IV

As the courts can see that the Plaintiff did served the Defendant properly and the Defendant has failed to response properly to the court's summons. Therefore, this action in the courts today is needed to fully protect the Plaintiff.

## V

In closing, the Defendant had every opportunity to seek legal assistance through friends, family and organizations. What the Plaintiff requested from the court in this judgement is the facts according to the law. There should not be any special leave way or privilege granted to the Defendant.

The Defendant is fully competent, knowledgeable and aware of all the Defendant's statements before the government. Let the Defendant accept and maintain responsibility and accountability for the Defendant's own actions and accept this judgement by default in whole.

For the record, the Defendant was given the federal government's statement in the federal investigation report and the Defendant was fully aware of the Defendant's statements and had well over enough time to submit statements before the court to express what was right or wrong in this investigation report.

The Plaintiff has proven to the court that 85% percent of the Defendant's statements are false creating a fraudulent

investigation report and frauding the Plaintiff's background in an attempt to destroy the Plaintiff's character and good name.

The Defendant should be held completely accountable for giving false statements under an order federal investigation, which is a felony crime and should be punishable in any court of law. See 111 ALR, Fed. 295 and statue 18 U.S.C.A § 1001(2)(34).

In understanding the above article and statue, the Defendant must be made aware of that telling the truth is always needed. In the past there as been so many people who have given false testimonies and has caused a tremendous amount of damage to a person or a communities. People have caused people to be sentenced to prison for a crime they did not commit due to giving false testimonies. People have caused villages to be destroyed due to giving false testimonies. By the Defendant not telling the truth it has caused a great deal of harm then the Defendant has failed to realize. Bank statements don't give false submission; checks with the Defendant's signature don't give false submission. Military paperwork and allotments don't give false submission and hand certified true hand written letters by the Defendant does not give false submission.

The Defendant made statements to the government as if she has always been a loving, caring and supportive mother or spouse. The Plaintiff states for the record if such is true why was the Defendant found guilty of adultery and showcase many

1   attempts in avoiding JUSTICE? The Defendant committed such

2   crime during her tenure while serving in the military while the

3   Defendant had her first born child being raised away from the

4   Defendant by the Defendant's mother and the child's father

5   (Plaintiff). During such service time in the military, the

6   Defendant committed to making a false statement about such

7   adultery incident resulting in a **null** marriage. During this

8   period of time while the Defendant was serving this country, the

9   Defendant should have been focus, striving, been supportive and

10  assisting in providing and paving a better way or a better life

11  for the first child? The Defendant should not have placed

12  herself in a position in committing adultery. In addition, there

13  are no positive signs in the record or history in the

14  Defendant's life to show the Defendant was able, stable, capable

15  and financially secure to bring two more lives into this world,

16  creating another fraudulent act to deceit the Plaintiff.

17      This **MOTION** should be granted and a judgement should be

18  entered by default in favor of the Plaintiff to bring this case

19  matter before the courts to a close and label such action by the

20  Defendants as FRAUD.

21      The Defendant should be allowed to submit all payments for

22  recovery of this default judgement through the courts and the

23  court should clear such payments to the Plaintiff to close out

24  this matter before the courts. If the Defendant wish not to

Sam L. Clemmons vs. Tonya R. Powell, 1324 North 28th Street, Milwaukee, WI
53208

comply with the court's orders then such judgement should be reported to all three-credit reporting agencies until balance of the judgement is paid in full.

In results, the Defendant will be served the Evidence / Proof to Support the Defendant's FRAUD statements under the FOIA / Privacy Act. The Defendant will be served by the way of certified mail delivery with the following tracking number of **7005 1820 0001 7573 9498** for the courts to confirm proof of delivery in case the Defendant wishes to use such information to appeal the court's decision.

**I declare under penalty of perjury, under the laws of the United States, that the foregoing statements are true and correct I signed these statements before a certified legal notary witnessing me (the Plaintiff) signing to make any but all statements as truthful, legal and binding under oath.**



Respectfully submitted,

Sam L. Clemmons, Plaintiff Pro Se
548 Saint Charles Place
Brookhaven, MS 39601

Notary Signature                    Date Stamped

5-8-0 6

Chancy Clerk
By: Kenn Mathis P.C.

Sam L. Clemmons vs. Tonya R. Powell, 1324 North 28th Street, Milwaukee, WI 53208

1      **Attachment:** Plaintiff's signed form for consent to proceed
2  before a United State Magistrate Judge for all purposes.

3      **Exhibit #1:** Defendant's Proof / Evidence of Never Support
   Received, Pages 16 - 102.
4      **Exhibit #2:** Defendant's Proof / Evidence of Infidelity,
   Adultery, Bigamy, Greed and Blackmail, Pages 103-146.
5      **Exhibit #3:** Defendant's Proof / Evidence of Fraud Actions
   in the Courts. Pages 148-206
6      **Exhibit #4:** Defendant's Proof / Evidence of Inability to
   Manage Business. Pages 207-214

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Sam L. Clemmons vs. Tonya R. Powell, 1324 North 28th Street, Milwaukee, WI
53208

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of May 2006 a copy of the
MOTION request has been served my first-class mail to the
following:

### Court

Office of the Clerk
UNITED STATES DISTRICT COURT
333 Constitution Ave, NW, Room 1225
Washington, DC 20001

### Defendant' Counsel

Tonya R. Powell
1324 North 28th Street
Milwaukee, WI 53208

Tivagia D. Clemmons
C/o Tonya R. Powell
1324 North 28th Street
Milwaukee, WI 53208
*CERTIFIED MAIL # 7005 1820 0007 3371 7302*

Mrs. Cynthia Williams
C/o Tonya R. Powell
440 E. Chickasaw Street
Brookhaven, MS 39601
*CERTIFIED MAIL # 7005 1820 0007 3370 8300*

### Witness to the Records

Mrs. Mary L. Lee, Paralegal
P.O. Box 28558
Atlanta, GA 30358

May 3, 2006
_____
Date

Sam L. Clemmons,
Plaintiff, Pro Se

Sam L. Clemmons vs. Tonya R. Powell, 1324 North 28th Street, Milwaukee, WI
53208

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SAM CLEMMONS  )
)
V.  )
)  Civil Action No. **06 0123** ACL
TONYA R. POWELL.  )
)
_____  )
Defendant(s)  )

## CONSENT TO PROCEED BEFORE
## A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES

In accordance with the provisions of 28 U.S.C. § 636(c)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial.

_____
Attorney for the Plaintiff(s)

_____
Date

_____
Attorney for the Defendant(s)

_____
Date

NOTICE: The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that the above-captioned matter be referred to a United Sates Magistrate Judge for all further proceedings and the entry of judgment in accordance with 28 U.S.C.§ 636(c)(3) and the foregoing consent of the parties.

_____
United States District Judge

_____
Date

NOTE:   RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED
TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE.

CO-942B
Rev 3/95
Rev 7/99

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Nancy M. Mayer-Whittington
Clerk

## NOTICE OF RIGHT TO CONSENT TO TRIAL
## BEFORE UNITED STATES MAGISTRATE JUDGE

The substantial criminal caseload in this Court and the requirements of the criminal Speedy Trial Act frequently result in a delay in the trial of civil cases. Aware of the hardship and expense to the parties, counsel, and witnesses caused by the delays which are beyond the control of the Court, this notice is to advise you of your right to a trial of your case by a United States Magistrate Judge. By statute, 28 U.S.C. § 636(c), Fed.R.Civ.P.73 and Local Rule 502, the parties, by consent, can try their case by means of a jury trial or bench trial before a United States Magistrate Judge. Appeals from judgments and final orders are taken directly to the United States Court of Appeals for the District of Columbia Circuit, in the same manner as an appeal from a judgment of a District Judge in a civil case.

## WHAT IS THE PROCEDURE?

One of the matters you are required to discuss at the meet-and-confer conference mandated by Local Rule 206 is whether the case should be assigned to a United States Magistrate Judge for all purposes, including trial.

All parties must consent before the case is assigned to a Magistrate Judge for trial. You may consent at any time prior to trial. If you expressly decline to consent or simply fail to consent early in the case, you are not foreclosed from consenting later in the case. However, a prompt election to proceed before a Magistrate Judge is encouraged because it will facilitate a more orderly scheduling of the case.

Attached is a copy of the "Consent to Proceed Before a United States Magistrate Judge for All Purposes" form. Your response should be made to the Clerk of the United States District Court only.

## WHAT IS THE ADVANTAGE?

The case will be resolved sooner and less expensively. The earlier the parties consent to assigning the case to a Magistrate Judge the earlier a firm and certain trial date can be established, even if the case is to be tried to a jury.

Upon the filing of the consent form and with the approval of the District Judge, the case will be assigned for all purposes to a Magistrate Judge.

CO-942A
Rev 3/95
Rev 7/99

# *Freedom of Information and Privacy Acts*



# *Federal Bureau of Investigation*

CASE NUMBER: 1:06CV00123
JUDGE: ROYCE C. LAMBERTH
DECK TYPE: FOIA / PRIVACY
ACT
DATE STAMP: 01/23/2006



CERTIFIED MAIL

7004 1160 0005 0897 0884

RESTRICTED DELIVERY

RETURN RECEIPT REQUESTED

US POSTAGE $11.40

PRESORTED FIRST CLASS

UNITED STATES
OFFICE OF PERSONNEL MANAGEMENT
FPC
BOYERS, PA 16018-0018
OFFICIAL BUSINESS

MR. SAMUEL L. CLEMMONS
548 SAINT CHARLES PLACE
BROOKHAVEN, MS 39601

TO BE OPENED BY ADDRESSEE ONLY

FIRST NOTICE ___ 11.18 ___
SECOND NOTICE ___ 7.17.5
RETURNED

## TAG: EXHIBIT

Statue of Limitation starts from the
time Mr. Clemmons signed for these
documents and these documents are
in Mr. Clemmons' procession.

Anyone who Mr. Clemmons pursue
for damages due to false information,
that party needs to pursue the OPM
for damages that they feel that they
have encountered, incurred and due
from this release to Clemmons.

The party or parties who feels they
Have encountered hurt or harm should
go to USPS.Com for tacking and
conformation of receipts of theirs
testimonies to protects their rights
to rebuttal and defend any actions.

That's the law!



UNITED STATES
OFFICE OF PERSONNEL MANAGEMENT
FIPC
BOYERS, PA 16018-0018

OFFICIAL BUSINESS

7003 1010 0001 3714 4054

RETURN RECEIPT REQUESTED

RESTRICTED DELIVERY

MR SAMUEL L CLEMMONS
548 SAINT CHARLES PLACE
BROOKHAVEN MS 39601

TO BE OPENED BY ADDRESSEE ONLY

## TAG: EXHIBIT

Statue of Limitation starts from the time Mr. Clemmons signed for these documents and these documents are in Mr. Clemmons' procession.

Anyone who Mr. Clemmons pursue for damages due to false information, that party needs to pursue the OPM for damages that they feel that they have encountered; incurred and due from this release to Clemmons.

The party or parties who feels they Have encountered hurt or harm should go to USPS.Com for tacking and conformation of receipts of theirs testimonies to protects their rights to rebuttal and defend any actions.

That's the law!

NAME CLEMMONS, SAMUEL LENN IS, JR                    CASE # 00008928    PAGE    3
--------------------------------------------------------------------------
DATES OF INVESTIGATION 06/26/00 - 07/10/00    SID 1952   ORG ID C69   REPORT # 1
--------------------------------------------------------------------------

(12A)

ITEM: 041                                                        SOURCE: 006
NAME CHANCERY COURT OF LINCOLN COUNTY, P. O. BOX 555, BROOKHAVEN, MS 39602
DIVORCE RECORD
PROVIDER ALISHA MCGEEHEE, DEPUTY CLERK

ACCEPTABLE

NAME VERIFIED    SSN NOT SHOWN    DOB NOT SHOWN    POB NOT SHOWN

DOCKET # 95-0039                DATE PETITION FILE 01/27/95
FINAL DISPOSITION DISMISSED
DISPOSITION DATE 04/07/97
PARTIES INVOLVED
    SAMUEL L CLEMMONS (PETITIONER/PLANTIFF)
    TONYA CLEMMONS (RESPONDENT/DEFENDANT)

REASON FOR PETITION
    DEFENDANT ALLEGED TO HAVE BEEN GUILTY OF HABITUAL CRUELTY AND INHUMAN
    TREATMENT AND CONSTUCTIVE DESERTION OF PLAINTIFF. (true)

PROVISION OF SETTLEMENT
    PLAINTIFF AGREED TO PAY PROPER AND REASONABLE CHILD SUPPORT AN PROVIDE
    MEDICAL AND HOSPITALIZATION FOR THE THREE CHILDREN.

    NO PROPERTY IS OWNED TOGETHER, REAL OR PERSONAL. FURNITURE,
    APPLIANCES, AND OTHER HOUSEHOLD GOODS HAVE BEEN DIVIDED.

SUBSEQUENT CASE ACTIVITY
    A SUMMONS WAS SENT TO DEFENDANT ON FEBRUARY 1, 1995. SHE      RECEIVED

                        REPORT OF INVESTIGATION
                PROPERTY OF U.S. OFFICE OF PERSONNEL MANAGEMENT
                    P.O. BOX 886, WASHINGTON, D.C.   20044

(12A)

NAME CLEMMONS, SAMUEL LENNIOUS, JR                    CASE # 00008928    PAGE    4

DATES OF INVESTIGATION 06/26/00 - 07/10/00    SID 1952    ORG ID C69    REPORT # 1

ON THE SUMMONS ON FEBRUARY 4, 1995 AS EVIDENCED BY HER SIGNATURE ON A
DOMESTIC RETURN RECEIPT.

NOTIFICATION OF THE LEGAL SUMMONS WAS MADE TO THE PUBLIC VIA THE DAILY
LEADER NEWSPAPER, AS PRESCRIBED BY STATE LAW, ON FEBRUARY 1, 1995,
FEBRUARY 8, 1995 AND FEBRUARY 15, 1995.

ON MARCH 7, 1997 A CLERKS MOTION TO DISMISS FOR WANT OF PROSECUTION,
WAS FILED IN CHANCERY COURT. ORDER WAS SIGNED BY J. RONNY SMITH, CLERK
OF COURT.

ON APRIL 7, 1997 AN ORDER DIMISSING THE CASE FOR WANT OF PROSECUTION
WAS ENTERED INTO THE RECORD.



## TESTIMONIES

*13*

**ITEM: 037**

**SOURCE: 001**

NAME TONIA R. CLEMMONS, ADMINISTRATIVE ASSISTANT, 1324 NORTH 28TH STREET, MILWAUKEE, WI 53208
INTERVIEWED AT M SQUARED TECHNICAL STAFFING, 207 EAST BUFFALO STREET, MILWAUKEE, WI 53202

**ISSUE(S)** 03B
PRIMARY ASSOCIATION FORMER SPOUSE
AVERAGE EXTENT OF CONTACT INFREQUENT
SPAN OF CONTACT LATE 1970'S TO THE PRESENT

*FRAUD*

**RECOMMENDS**

SHE MET HIM WHEN THEY WERE BOTH ATTENDING BROOKHAVEN MIDDLE SCHOOL IN BROOKHAVEN, MISSISSIPPI. HE IS TWO YEARS OLDER THAN SHE IS, BUT HE WAS ONLY AHEAD OF HER IN SCHOOL BY ONE YEAR. THEY WERE FRIENDS IN SCHOOL, BUT BY THE TIME SHE WAS 16 YEARS OLD (1983) THEY BEGAN DATING ONE ANOTHER EXCLUSIVELY. CONTACT REMAINED THE SAME UNTIL SPRING 1984 WHEN HE GRADUATED FROM BROOKHAVEN HIGH SCHOOL. THEY CONTINUED DATING, THOUGH, AND IN SPRING 1985 SHE, TOO, GRADUATED FROM BROOKHAVEN HIGH SCHOOL.

THEY CONTINUED DATING ONE ANOTHER, AND HAD FREQUENT CONTACT. IN THE LATE 1980'S THEY BOTH ATTENDED JACKSON STATE COLLEGE IN JACKSON, MISSISSIPPI. THEY CONTINUED DATING ONE ANOTHER, AND IN FALL 1986 CLEMMONS BECAME PREGNANT WITH HIS DAUGHTER, TIVAGIA.

CONTACT REMAINED THE SAME UNTIL 11/88 WHEN CLEMMONS JOINED THE ARMY, AND LEFT BROOKHAVEN. SHE WAS IN GEORGIA FOR THE NEXT 9 MONTHS, AND THEREAFTER WAS TRANSFERED TO GERMANY. SHE DID NOT RECALL HOW MUCH, IF ANY, CONTACT SHE HAD WITH HIM DURING THOSE TWO YEARS. SHE DID, HOWEVER, RETURN TO MISSISSIPPI IN SUMMER 1990 ON LEAVE TO GET MARRIED TO HIM. HE, IN THE MEANTIME, JOINED THE ARMY AS AN OFFICER. THEY BOTH WENT TO ASCHAFFENBURG, GERMANY. THEY HAD CLOSE DAILY CONTACT, THEN, AS AN INTACT MARRIED COUPLE UNTIL 07/15/93 WHEN SHE VOLUNTARILY LEFT HIM.

SHE RETURNED TO THE UNITED STATES WITH HER CHILDREN (SHE HAD A TOTAL OF THREE BY HIM), AND IMMEDIATELY MOVED TO MILWAUKEE, WISCONSIN TO RESIDE WITH HER AUNT AND HER GRANDMOTHER AT HER CURRENT ADDRESS. SHE HAS SINCE HAD VERY LITTLE, IF ANY, CONTACT WITH HIM. SHE SPEAKS WITH HIM 1-2 TIMES A YEAR AT THE MOST, AND SEES HIM IN PERSON ONCE EVERY *NOT TRUE* OTHER YEAR OR SO WHEN HE COMES TO MILWAUKEE TO VISIT HIS CHILDREN. SHE LAST SPOKE WITH HIM IN PERSON WHEN HE VISITED IN LATE 1998.

HE HAS NEVER PAID HER ANY MONEY FOR CHILD SUPPORT. SHE KNOWS THAT HE *FRAUD*

*(13)*

NAME CLEMMONS, SAMUEL LEE, DOUGLAS JR.   Case 1:06-cv-00123-RCL Document 5   Filed 05/12/2006   Page 20 of 30   CASE 20008928   PAGE 2

DATES OF INVESTIGATION 07/05/00 - 07/05/00   SID 1521   ORG ID C12   REPORT # 1

HAD DIVORCE PAPERWORK WRITTEN UP BY A LAWYER IN MISSISSIPPI, HOWEVER,
DOES NOT KNOW THE CURRENT STATUS OF THAT DIVORCE. SHE SIGNED PAPERS
AGREEING TO THE DIVORCE WITH THE PROVISION THAT CHILD SUPPORT BE PAID
TO HER FOR MAINTENANCE, HOWEVER, SHE HAS NOT HAD ANY CONTACT WITH
ANYBODY REGARDING THE DIVORCE PAPERWORK SINCE ABOUT 1994 (EXACT TIME
UNRECALLED). SHE WAS VERY ANGRY THAT HE HAS NEVER PAID HER ANYTHING
TO HELP HER WITH THE CHILDREN, BUT HAS NOT GONE AFTER HIM LEGALLY,
BECAUSE SHE JUST DID NOT WANT TO BOTHER WITH HIM ANY FURTHER. SHE DID
NOT CARE ONE BIT WHAT BECAME OF HIM. SHE DOES RESENT, HOWEVER, THAT
SHE HAS NOT HAD ANY HELP WITH THE CHILDREN AND MONEY.

SHE OFFERED THAT THEY BROKE UP WITH ONE ANOTHER, BECAUSE THEY GOT
MARRIED TO YOUNG, AND DRIFTED APART. THEY WERE HIGH SCHOOL —
SWEETHEARTS, WHO, SHOULD HAVE BROKEN IT OFF AFTER HIGH SCHOOL. AS
THEY GREW, THEY GREW AWAY FROM ONE ANOTHER. BECAUSE THEY SPENT SO
MUCH TIME APART FROM ONE ANOTHER IN THE LATE 1980'S (WHEN SHE WAS IN
THE MILITARY), THEY SHOULD HAVE JUST LET THAT BE. HOWEVER, BECAUSE
SHE HAD ONE CHILD WITH HIM ALREADY, SHE DESIRED TO HAVE AN INTACT
FAMILY, AND THOUGHT THAT MARRYING HIM WOULD PROVIDE FOR THAT. OVER
TIME THEY JUST BICKERED MORE AND MORE, AND BY MID 1993 SHE JUST HAD
ENOUGH OF IT AND LEFT HIM.

SHE EXPLAINED THAT HE IS NOT A GOOD FAMILY MAN. HE IS VERY
RESPONSIBLE WITH HIS BUSINESS DEALINGS, BUT COULD CARE LESS ABOUT HER
AND HIS CHILDREN. HE HAS ALWAYS BEEN THAT WAY, AND THAT HAS BEEN A
MAIN ISSUE OF CONTENTION BETWEEN THEM. SHE DID NOT BELIEVE THAT THERE
WAS ANY REASON TO BELIEVE THAT ANY THIRD PARTY, NOTORIETY OR SCANDAL
WAS INVOLVED IN THEIR MARITAL BREAK-UP.

SHE STATED THAT SHE HOPES HE GETS THIS JOB, BECAUSE SHE WANTS HIM TO
MAKE ENOUGH MONEY SO THAT HE CAN ASSIST HER WITH CHILD SUPPORT
PAYMENTS THAT SHE BELIEVES IS DUE AND OWED TO HER.

**EXTRA COVERAGE**

**ADAPTABILITY; FLEXIBILITY; ACCEPTANCE OF TRAINING AND CRITICISM**
   HE IS VERY ADAPTIBLE. HE WAS MADE A PLATOON LEADER, AND WAS ON ALERT
   ALL OF THE TIME WHEN HE WAS AN OFFICER IN GERMANY. HE WORKED 24 HOURS
   A DAY/7 DAYS A WEEK ON CALL AT ALL TIMES. TO DO THAT AS A SOLDIER,
   ONE HAS TO BE FLEXIBLE. HE ALSO HAS BEEN OF SERVICE BOTH IN THE
   NATIONAL GUARD, AT THE POLICE ACADEMY IN JACKSON, MISSISSIPPI. HE HAS
   LEARNED HOW TO BE A GOOD SOLDIER, AND SURVIVE.

**ANALYTICAL ABILITY; MANAGEMENT OF TIME AND RESOURSES;**
**ABILITY TO RECOGNIZE LEADS, INCONSISTENCIES, DISCREPANCIES,**
**AND PATTERNS + DILIGENCE IN PURSUIT OF INFORMATION**
   HE IS VERY CAPABLE OF MANAGING HIS TIME AND MONEY. IN FACT, HE WAS,
   AND PROBABLY STILL IS QUITE A MISER WHEN IT COMES TO MONEY. HE
   PROBABLY HAS THE FIRST NICKEL ANYONE GAVE HIM. HE DID VERY WELL AS A
   MANAGER IN THE MILITARY, AND WAS WELL-LIKED BY HIS PEERS AND OFFICERS

WHAT?

SHE HAS MARRIED AGAIN

WHAT? NEW USED FACTS.

ABOVE HIM.

**APPEARANCE AND MANNER; ABILITY TO SPEAK/WRITE IN A CLEAR AND**                       /5
**GRAMMATICALLY CORRECT MANNER, APPROPRIATE IN BOTH STYLE AND**
**LANGUAGE; ABILITY TO SUMMARIZE INFORMATION AND TO ORGANIZE**
   HE SPEAKS AND WRITES VERY WELL.  HE GRADUATED FROM COLLEGE WITH A
   DEGREE IN CRIMINAL JUSTICE, AND ALSO TOOK A FEW MASTERS DEGREE COURSES
   ALONG THE WAY.  HE IS VERY POISED, AND HAS A VERY NICE APPEARANCE.  HE
   DID WELL IN SCHOOL, THEREFORE, HAS GOOD COMMUNICATION SKILLS.

**ABILITY TO WORK INDEPENDENTLY; FOLLOW RULES; DISCRETION;**
**OBJECTIVITY; SENSE OF RIGHTS OF OTHERS; PERSONAL HONESTY**
   HE WORKS VERY WELL INDEPENDENTLY.  IN FACT, HE PREFERS TO WORK ALONE
   SO THAT HE IS NOT DEPENDANT ON OTHERS.  HE IS VERY PROFESSIONAL, AND
   PUTS HIS TIME AND ENERGY INTO HIS PROFESSIONAL LIFE.   .

**ABILITY TO ESTABLISH RAPPORT AND ELICIT COOPERATION;**
**INTERVIEWING SKILLS; FRIENDLINESS**
   UNSPECIFIC BUT FAVORABLE

**REACTION IN AN EMERGENCY SITUATION**
   WHEN HE WAS IN THE ARMY, HE WAS ALWAYS SUBJECT TO REACTING AND WORKING
   IN EMERGENCY SITUATIONS.  HE WAS WELL TRAINED IN HIS JOB, AND WOULD
   REACT APPROPRIATELY GIVEN ANY EMERGENCY.

**ABILITY TO OPERATE UNDER STRESS**
   HE MAY REACT VERY WELL IN A PROFESSIONAL WAY WHEN HE IS UNDER STRESS
   AT THE JOB, BUT WHEN IT CAME TO ANY STRESS CAUSED BY HIS WIFE AND/OR
   CHILDREN, HE FELL VERY SHORT.  SHE WAS UNABLE TO PROVIDE SPECIFICS,
   BUT STATED THAT HE DID NOT OPERATE WELL IF HE HAD PRESSURES ON HIM
   RELATED TO CARE OF OR NEEDS OF HIS FAMILY.  HE IS JUST NOT A·
   FAMILY-ORIENTED PERSON.  HIS PROFESSIONAL AMBITIONS AND HIS
   PROFESSIONAL DESIRES ALWAYS COME FIRST.

**STABILITY; JUDGEMENT; DISCRETION; PHYSICAL HEALTH**
   UNSPECIFIC BUT FAVORABLE

**FINANCIAL RESPONSIBILITY/ABILITY TO LIVE WITHIN MEANS**
   HE HAS NEVER BEEN KNOWN TO HAVE ANY KINDS OF PROBLEMS REGARDING MONEY.
   BECAUSE HE IS SO VERY CAREFUL NOT TO LIVE OUTSIDE HIS MEANS, IT WOULD
   SURPRISE CLEMMONS VERY MUCH IF SHE WERE TO DISCOVER THAT HE DID NOT
   HAVE A LOT OF MONEY SAVED.  HE NEVER HAD ANY BAD CREDIT WHEN THEY WERE
   TOGETHER.  SHE DID NOT KNOW, THOUGH, HOW MUCH HE MADE NOW, NOR HOW
   MUCH HE HAD.

                              ****  END OF REPORT  ****

**TRANSMITTED:** 07/05/00                              **PRINTED:** 07/05/00

## CERTIFICATE OF SERVICE

I certify that the Defendant's response was not appropriate and according to the law and returned such response back to the Defendant and others who are fully aware of the circumstances that exists within the courts and for such persons, agencies or organization listed below to properly advise the Defendant. The Defendant's response is attached with this service and was return to the following list below by regular mail and express certified delivery.

### Office of the Clerk
UNITED STATES DISTRICT COURT
333 Constitution Ave, NW, Room 1225
Washington, DC 20001
Express Mail # EQ 241268273 US
**\*\*\*\* Regular Mail & Express Mail Services**

### Defendant's Assistance or Attorney

The Rainbow PUSH Collation
Attn: The Reverend Jesse L. Jackson, Sr.
930 East, 50th Street
Chicago, IL 60615
Express Mail #: EQ 242463296 US

The NAACP Chapter of the District of Columbia
Attn: Attorney in Charge
1000 U Street NW
Washington, DC 20001
Express Mail #: 242463305 US

Berean Family Worship Center
Attn: Pastor Walter Henderson, III
Dr. Joycelyn Pernell Henderson
**C/O Tonya R. Powell**
4030 N. 34th Street
Milwaukee, WI 53216
Express Mail #: 241268300 US

### Witness to the Records

Mrs. Mary L. Lee, Paralegal
P.O. Box 28558
Atlanta, GA 30358

March 18, 2006
Date

Sam L. Clemmons,
Plaintiff, Pro Se

2

Tonya Rwell
1324 N. 28TH ST
MILW WI 53208

MILWAUKEE WI 532

13 MAR 2006 PM 4 T



USA

Samuel L Clammon
C/O MICHAEL HORVEY
548 SAINT CHARLES PL NE
BROOKHAVEN MS 39601

39601+3175

March 10, 2006

You Foolish Man,

I would be more than happy to accommodate seeing you in court. My children, whom you claim should know the whole truth, will have a ringside seat. Your destruction will come by your own hand. After they throw your case out, I will use the same document, you so generously sent to others, as a publicized defamation of character suit against YOU. I will be asking for double the amount of damages. Then since we are already in court, I will request a referral to family court to discuss those so called support payments you claim to be making.

Also please make sure that my summons comes from Washington DC and not postmarked from Atlanta GA. It kind of ruins the effect. By the way falsifying, editing legal documents is a federal offense.... You should know, after all you do have a degree in Criminal Justice.... One more thing, you may want to contact Gloria to let her know that she will be among the people that will receive a subpoena. Grow up and move on!!!!

R Powell

Tonya Powell

NOTARY PUBLIC
BASHARDETTE
TAYLOR
STATE OF WISCONSIN

# APPENDIX I (EVIDENCE SUBMISSION)

Item: 37 **(FRAUD))**

> Name: Tonya R. Powell (not Clemmons), Administrative Assistant, 1324 North
> 28th Street, Milwaukee, WI 53208.

Issue(s) 03B

Primary Association: Former Spouse
Average Extent of Contact: Infrequent
Span of Contact should be from 1984 to Present

Recommends:

85 % Fraud submission:

My comments to the attorneys or courts are:

I must say that it's a great thing that my mother taught me to tell the truth. The truth will
always set you free and a lie will always destroy you and your creditability and will
commit you to the work of the evil doers of this world in committing more crimes and
problems in the communities in which we live.

All I have to do is produce and provide to the courts with one of many child support
payment checks to discredit Tony Powell's statements and anything that any person care
to use against me in this background investigation is FRAUD.

To be on the safe side, I'm not going to just provide you with one check. I going to
provide you with copies of a many checks alone with a true copy of a check to validate
my statement stating that I give child support in a large check. This check will have
Tonya Powell's signature on the back endorsing such check.

I am going to save all the evidence and submit this evidence for the record in a compete
court that has jurisdiction to accept the record to be submitted as proof at a later date if
needed. There are a total of approximately 400 + documents that can be submitted to
support my stances and counter attack Tonya Powell's and the federal agent's derogatory
remarks against me.

Item 37, Issues 3b is **FRAUD**.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MR. SAM L. CLEMMONS
548 SAINT CHARLES PL
BROOKHAVEN, MS 39601
1-866-409-7758

CIVIL ACTION ·   CASE NUMBER: 1:06CV00123
JUDGE: ROYCE C. LAMBERTH
DECK TYPE: FOIA / PRIVACY
ACT
DATE STAMP: 01/23/2006

V

Tonya R. Powell, Defendant
1324 N. 28th Street
Milwaukee, WI 53208
414-933-2665

## AFFIDAVIT OF SERVICE

I, <u>Sam L. Clemmons</u>, hereby declare that on the 20th of March 1998, I mailed support payments to the Defendant's Grandmother's (Hazel Thadison) address which is **3144 N. 26th Street, Milwaukee, WI 53206** which is a different address from what the Defendant provided the federal government listed above under the Defendant's name. This mailing was mailed by certified mail return receipt requested, to Hazel Thadison and this mailing should be used by the court to justify the Defendant's statements made are fraudulent ones.  Attached hereto is the true green card acknowledging service.

**SENDER:**
* Complete items 1 and/or 2 for additional services.
* Complete items 3, and 4a & b.
* Print your name and address on the reverse of this form so that we can return this card to you.
* Attach this form to the front of the mailpiece, or on the back if space does not permit.
* Write ''Return Receipt Requested'' on the mailpiece below the article number.
* The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address

2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

*HAZEL THADISON*

*3144 N. 26TH STREET*

*MILWAUKEE, WI 53206*

4a. Article Number

*P 282 423 054*

4b. Service Type

☑ Registered      ☐ Insured

☐ Certified       ☐ COD

☐ Express Mail    ☐ Return Receipt for Merchandise

7. Date of Delivery

*3144 N. 26 St*

5. Signature (Addressee)

*Hazel Thadison*

6. Signature (Agent)

8. Addressee's Address (Only if requested and fee is paid)

PS Form **3811**, December 1991   ☆U.S. GPO: 1992—323-402   **DOMESTIC RETURN RECEIPT**

Is your RETURN ADDRESS completed on the reverse side?

Thank you for using Return Receipt Service.

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MR. SAM L. CLEMMONS
548 SAINT CHARLES PL
BROOKHAVEN, MS 39601
1-866-409-7758

CIVIL ACTION NO:

CASE NUMBER: 1:06CV00123
JUDGE: ROYCE C. LAMBERTH
DECK TYPE: FOIA / PRIVACY
ACT
DATE STAMP: 01/23/2006

V

Tonya R. Powell, Defendant
1324 N. 28th Street
Milwaukee, WI 53208
414-933-2665

## AFFIDAVIT OF SERVICE

I, _SAM CLEMMONS_ , hereby declare
that on the _02_ of _MARCH_ 20_06_ , I mailed
a **birthday card** to daughter by certified mail return receipt
requested, to Victoria Clemmons (the plaintiff and defendant's child)
to confirm the address and whereabouts is still the same as stated in
the certified Federal Investigation Report. The Defendant stated in

_____ ned hereto

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )  C. Date of Delivery |
| 1. Article Addressed to:<br><br>MS. VICTORIA N. CLEMMONS<br>1324 N. 28TH STREET<br>MILWAUKEE, WI 53208 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label)  7005 1820 0003 5508 3342 | |

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

Sam L. Clemmons vs. Tonya R. Powell and the State of Wisconsin, 1324 N. 28th
Street, Milwaukee, WI 53208

7

Sam L. Clemmons
548 Saint Charles PL
Brookhaven, MS 39601

February 27, 2006

The Rainbow PUSH Collation
**Attn: The Rev. Jesse L. Jackson, Sr.**
930 East, 50th Street
Chicago, IL 60615

**Re: Tonya R. Powell, Defendant**

Dear The Reverend Jesse L. Jackson:

We (the Clemmons' family) are sending you this letter for your assistance in getting the person listed in the reference section of this letter to cooperate with the United States Justice Department and the District of Columbia's court system.

It is possible that such person (Powell) is from your communities in which you serves, protects and represents. It is possible that such person has committed a criminal act and such person response is needed within the 60 days as ordered by the courts.

The address of such person and persons who knows the subject is listed in the available documentation enclosed.

Please advise your contingent not to neither run nor avoid the written communication that is thoroughly tracked and is now in such person procession.

We would greatly appreciate your assistance and a cooperative effort in advising such person to cooperate with the justice system in making sure justice is served accordingly.

Sincerely,

Sam L. Clemmons
Plaintiff, Pro Se

CC: U.S. District Court for the District of Columbia
NAACP Chapter for the District of Columbia
Tonya R. Powell, Defendant

Attachment: Certified Copy of Federal Investigation
Complaint
Certified documents of Affidavit of Service

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MR. SAM L. CLEMMONS
548 SAINT CHARLES PL
BROOKHAVEN, MS 39601
1-866-409-7758

CIVIL ACTION NO:    CASE NUMBER: 1:06CV00123
JUDGE: ROYCE C. LAMBERTH
DECK TYPE: FOIA / PRIVACY
ACT
DATE STAMP: 01/23/2006

V

Tonya R. Powell, Defendant
1324 N. 28th Street
Milwaukee, WI 53208
414-933-2665

## AFFIDAVIT OF SERVICE

I, _SAM CLEMMONS_____, hereby declare
that on the _1st_ of _APRIL_____ 20_06___, I mailed
a copy of the summons and complaint, certified mail return receipt
requested, to _NAACP CHAPTER FOR DISTRICT OF COLUMBIA_ (the defendant & defendant's
attorney). Attached hereto is the green card acknowledging service.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. ■ Print your name and address on the reverse so that we can return the card to you. ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X _Denise W. Lang_ ☐ Agent ☐ Addressee  B. Received by (Printed Name) _Louise K. Norkie_  C. Date of Delivery |
| 1. Article Addressed to:  THE NAACP CHAPTER FOR THE DISTRICT OF COLUMBIA ATTN: ATTORNEY IN CHARGE 1000 U STREET, N.W. WASHINGTON, DC 20001 | D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No  APR 01 2006  3. Service Type  ☐ Certified Mail  ☑ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D. |
| 2. Article Number (Transfer from service label)  EQ 2424633305US US | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| PS Form 3811, February 2004    Domestic Return Receipt | 102595-02-M-1540 |

PH 866-409-7758

Sam L. Clemmons vs. Tonya R. Powell and the State of Wisconsin, 1324 N. 28th

Street, Milwaukee, WI 53208

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MR. SAM L. CLEMMONS
548 SAINT CHARLES PL
BROOKHAVEN, MS 39601
1-866-409-7758

CIVIL ACTION NO:    CASE NUMBER: 1:06CV00123
                    JUDGE: ROYCE C. LAMBERTH
V                   DECK TYPE: FOIA / PRIVACY
                    ACT
                    DATE STAMP: 01/23/2006

Tonya R. Powell, Defendant
1324 N. 28th Street
Milwaukee, WI 53208
414-933-2665

## AFFIDAVIT OF SERVICE

I, _SAM L CLEMMONS_____, hereby declare
that on the _16TH_ of _MARCH_____ 20_06_, I mailed
a copy of the summons and complaint, certified mail return receipt
requested, to _RAINBOW PUSH ATTN: REV JESSE L JACKSON_ (the defendant & defendant's
attorney). Attached hereto is the green card acknowledging service.

(TBP)

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

THE RAINBOW PUSH
ATTN: REV. JESSE L. JACKSON/SR.
930 EAST, 50TH STREET
CHICAGO, IL 60615

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _E W GRAY_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
E W GRAY    3/16/06

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Certified Mail    ☑ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    EQ24246329US US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Sam L. Clemmons vs. Tonya R. Powell and the State of Wisconsin, 1324 N. 28th
Street, Milwaukee, WI 53208