# SECTION (1 or A)
# DEFENDANT'S PROOF / EVIDENCE
# OF <u>NEVER SUPPORT RECEIVED</u>

CASE NUMBER: 1:06CV00123
JUDGE: ROYCE C. LAMBERTH
DECK TYPE: FOIA / PRIVACY
   ACT
DATE STAMP: 01/23/2006

# REASSIGNMENT PROCESSING
For use of this form, see AR 612-10; the proponent agency is PERCEN

## PRIVACY ACT (U.S.C. 552a)

AUTHORITY: Title 10, USC 3012, 8012 and 5031. PRINCIPLE PURPOSE: For personnel service support. ROUTINE USES: (1) To request family member travel to oversea command and family housing. (2) To provide gaining commander sufficient data to make an assignment decision. (3) To provide gaining commander sufficient data to approve or disapprove family travel. DISCLOSURE: Disclosure of information is voluntary. However, if not given, request for travel and housing of family members will be disapproved.

### PART I – PERSONNEL & ASSIGNMENT MANAGEMENT DATA (Completed by losing PSC)

| 1. TO: | 2. FROM: |
|---|---|
| Commander<br>1st Personnel Command<br>ATTN: XXXXX AEUPE-PSSD-PMD<br>APO NY 09081 | Commander<br>US Army Infantry Center<br>ATTN: ATZB-AGS<br>Ft Benning, GA 31905 |

| 3. NAME (Last, First, MI) | 4. SSN | 5. GRADE | 6. PMOS | 7. CURRENT UNIT/STATION/PHONE |
|---|---|---|---|---|
| CLEMMONS, SAMUEL L | 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 | 2LT | 11 | Co B 2/11th Inf TSB USAIS<br>Ft Benning, GA 31905 |

| 8. REASSIGNED TO (UNIT/UIC/APO/COUNTRY) | 9. RSG AUTH | 10. PERS CON NO | 11. REPORT DATE |
|---|---|---|---|
| HHD 21st AG Repl Bn (WA5H1A) APO NY 09057 (Germany) | see atch order | R10E9106R7249 | 17 May 91 |

**12. TDY EN ROUTE (Completed only if applicable)**

| a. MOS/SSI/SQI/ASI | b. Purpose of TDY | c. Grad/Term Date |
|---|---|---|
| | | |

**13. ARMY MARRIED COUPLES PROGRAM (Complete only if Joint Domicile will be requested)**

| a. Name of Military Spouse | b. SSN | c. Grade | d. PMOS | e. Current Unit/Station/Phone |
|---|---|---|---|---|
| | | | | |

### PART II – HOUSING & FAMILY TRAVEL DATA

14. [NA] I have family members who qualify for the Exceptional Family Member Program. (If checked – attach DA Form 5291 series available at local Medical Treatment Facility).

15. [NA] I am a sole parent. (Check only if applicable).

16. APPLICATION FOR FAMILY MEMBER TRAVEL TO OVERSEA COMMAND (Check only one)
 - [XX] I desire concurrent travel and will accept economy quarters if government quarters not available.
 - [ ] I desire concurrent travel, but will not accept economy quarters.

**17. FAMILY MEMBERS WHO WILL TRAVEL TO NEXT PERMANENT DUTY STATION**

| a. Name (Last, First, MI) | b. Relationship/Sex | c. Date of Birth | d. Citizenship |
|---|---|---|---|
| CLEMMONS, TIVAGIA D | Dau | 21 Mar 87 | US |

**18. NAME, RELATIONSHIP, AND ADDRESS OF ANY RELATIVE IN GAINING OVERSEA AREA WHERE FAMILY MEMBERS MAY RESIDE PENDING AVAILABILITY OF HOUSING AT OR NEAR DUTY STATION**

| a. Name (Relationship) | b. Address (Phone Number) |
|---|---|
| | |

| 19. ADDRESS/PHONE NUMBER WHERE MY FAMILY IS CURRENTLY LOCATED | 20. ADDRESS/PHONE NUMBER WHERE MY FAMILY MAY BE CONTACTED WHILE ON LEAVE |
|---|---|
| c/o Cynithia Lewis<br>Rt 2 Box 731<br>Brookhaven, MS 39601 (601) 833-4397 | Same as #19 |

21. The soldier is administratively qualified and available for assignment. Checklists prescribed by DA Pamphlet 600-8-10 (or their equivalents) have been completed. A request for deletion or deferment [ ] IS ANTICIPATED  [XX] IS NOT ANTICIPATED
(NOTE: IF MORE SPACE IS NEEDED FOR ANY ITEM ON THIS FORM, CONTINUE ON SEPARATE SHEET).

| SOLDIER'S SIGNATURE | PSC OFFICIAL'S SIGNATURE | DATE |
|---|---|---|
| /s/ Samuel Clemmons | /s/ | 29 Nov 90 |

FORM 4787, JAN 87    EDITION OF 1 APR 80 IS OBSOLETE

**DATA REQUIRED BY THE PRIVACY ACT**

Authority: Title 5, section 3012; Title 10, U.S.C. E.O. 9397. Principal Purpose: Use by service member in accordance with DA Pamphlet 600-8 when requesting a personnel action on ~r own behalf *(Section III)*. Routine Uses: To initiate the processing of a personnel action being requested by the service member. Disclosure: Voluntary. Failure to provi~ ity Number may result in a delay or error in processing of the request for personnel action.

17

| THRU: *(Include ZIP Code)* | TO: *(Include Zip Code)* | FROM: *(Include ZIP Code)* |
|---|---|---|
| COMMANDER<br>4TH BN 7TH INF<br>APO NY 09162 | COMMANDER<br>178TH PSC<br>ATTN: SOLDIERS' ACTIONS<br>APO NY 09162 | COMMANDER<br>C CO, 4/7 INF<br>APO NY 09162 |

**SECTION I - PERSONAL IDENTIFICATION**

| NAME *(Last, first, MI)* | GRADE OR RANK/PMOS *(Enl only)* | SOCIAL SECURITY NUMBER |
|---|---|---|
| CLEMMONS, SAMUEL L. | 2LT/01 | 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 |

**SECTION II - DUTY STATUS CHANGE** *(Proc 9-1, DA Pam 600-8)*

The above member's duty status is changed from _____

_____ to _____

_____ effective _____ hours _____ 19 _____

**SECTION III - REQUEST FOR PERSONNEL ACTION**

I request the following action:

| TYPE OF ACTION | Procedure | TYPE OF ACTION | Procedure |
|---|---|---|---|
| Service School *(Enl only)* | | Reassignment Married Army Couples | |
| ROTC or Reserve Component Duty | | Reclassification | |
| Volunteering For Oversea Service | | Officer Candidate School | |
| Ranger Training | | Assgmt of Pers with Exceptional Family Members | |
| Reasgmt Extreme Family Problems | | Identification Card | |
| Exchange Reassignment *(Enl only)* | | Identification Tags | |
| Airborne Training | | Separate Rations | |
| Special Forces Training/Assignment | | Leave - Excess/Advance/Outside CONUS | |
| On-the-Job Training *(Enl only)* | | Change of Name/SSN/DOB | |
| Retesting in Army Personnel Tests | | XX Other *(Specify)* TRAVEL GUARDIAN SERVICES | |

| SIGNATURE OF MEMBER *(When required)* | DATE |
|---|---|
| *[signed]* Samuel L. Clemmons | 15 MAY 91 |

**SECTION IV - REMARKS** *(Applies to Sections II, III, and V) (Continue on separate sheet)*

Soldier is requesting government sponsorship or financial coverage for the escort services of the soldier's daughter. Daughter is 4 Yrs old (DOB: 870321). Passport#: 082355671
  a. Requested escort is: Cynthia Lewis   SSN: 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   Relationship:
           Rt 2 Box 731            Mother-in-law.
            Brookhaven, MS  39601   Passport #: 082355672
  b. Requested escort is the legal guardian at present.

  c. Reason for request of escort: Soldier's present duty position does not allow him to leave for the moment; soldier's presence is direly needed by the company. And the soldier's daughter is 4 years old, which is too young to travel alone. Soldier's spouse is in the Army. Soldier's spouse is unable to travel to CONUS for child's accompanied return to theater due to duty related responsibilities. Child's port of call is 10 June 1991. Soldier is also command sponsored. Both the child and declared legal guardian are in possession of individual U.S. Passports.

**SECTION V - CERTIFICATION/APPROVAL/DISAPPROVAL**

~tify that the duty status change *(Section II)* or that the request for personnel action *(Section III)* contained herein -

☐ HAS BEEN VERIFIED    ☐ RECOMMEND APPROVAL    ☐ RECOMMEND DISAPPROVAL
     ☑ IS APPROVED         ☐ IS DISAPPROVED

(17)

| COMMANDER/AUTHORIZED REPRESENTATIVE | SIGNATURE | DATE |
|---|---|---|
| TIMOTHY K. BUENNEMEYER<br>CPT, IN, Commanding, C CO, 4/7 INF | *[signed]* | 16 MAY 1991 |

SUBJECT: Request for Escort Service

Commander 178th P    ATTN: AETSB-PSC-PA    AF  NY   09162

FOR  Commander, 1st PERSCOM,  ATTN:  AEUPE-PSSD-PMD APO NY 09081

1. Request for Escort Service pertaining to 2LT CLEMMONS, SAMUEL L. 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 is forward for your consideration.

2. SSG Horne is the Point of Contact for this action at ETS 323-7231.

                                         *Willie B. Horne, SSG*
                                         DENNIS D DAWSON
                                         1LT, AG
                                         Chief Personnel Action

DEPARTMENT OF THE ARMY
HEADQUARTERS, 1st PERSONNEL COMMAND
APO NEW YORK 09081-560



REPLY TO
ATTENTION OF

AEUPE-PSSD-PMD (55-46)                                    31 MAY 1991

MEMORANDUM FOR Commander, 178TH PSC, ATTN: AETSB-PSC-PA
ASCHAFFENBERG APO 09162

SUBJECT: Request for Escort Service pertaining to 2LT CLEMMONS
SAMUEL L, 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

1. Request for escort service is returned without action.

2. In accordance with JFTR, par. U7550-4 only sole parent members or either member of a married army couple may be authorized to escort their dependent(s) who are authorized transportation. Since neither of the above applies, reimbursement for other family members to escort eligible dependent(s) is not authorized.

3. POC this headquarters is Mr. Gerrald, Mil 379-7701/7697.

FOR THE COMMANDER:

RAY G. JENDRAS
Chief, Personnel Movement
Division





**DEPARTMENT OF THE ARMY**
HEADQUARTERS, 1st PERSONNEL COMMAND
APO NEW YORK 09081-5604

REPLY TO
ATTENTION OF

AEUPE-PSSD-PMD (55-46)            6 JUN 1991

20

MEMORANDUM FOR Commander, 178TH PSC ASCHAFFENBURG APO 09162-2007

SUBJECT: Request for Movement of Family Members pertaining to 2LT CLEMMONS SAMUEL, 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. Soldier is assigned to CO C 4/7TH INF (AMUCO) APO 09162.

1. Request for Family Movement (AE FORM 4001 R) is pending for verification of ITEM #12 (DEROS), #17 (DOB of M-I-L) and SECTION F (verification and effective date of hsg.)

2. Upon completion of action requested, a copy of AE Form 4001-R should be returned to this headquarters with requested information attached.

3. This action should be processed expeditiously to preclude hardship on soldier and family.

4. Point of contact this headquarters is Mr Gerrald, ETS 379-7697/7701.

FOR THE COMMANDER:

                 RAY G. JENDRAS
                 Chief, Personnel Movement
                 Division

CF: Soldier
Housing Office ASCHAFFENBURG

DATA REQUIRED BY THE PRIVACY ACT

Authority: Title 5, section 8012; Title 10, U.S.C. ... 9367. Principal Purpose: Use by ... in accordance with DA Pamphlet 600-8 when requesting a personnel action on his/her own behalf ... Section III. Routine Uses: To initiate the process of a personnel action being requested by the service member. Disclosure: Voluntary. Failure to provide Social Security Number may result in a delay or error in processing of the request for personnel action.

| THRU: (Include ZIP Code) | TO: (Include ZIP Code) | FROM: (Include ZIP Code) |
|---|---|---|
| COMMANDER<br>4TH BN 7TH INF<br>APO NY 09162 | COMMANDER<br>178TH PSC<br>APO NY 09162 | COMMANDER<br>C CO, 4TH BN, 7TH INF<br>APO NY 09162 |

21

## SECTION I - PERSONAL IDENTIFICATION

| NAME (Last, first, MI) | GRADE OF RANK/PMOS (Enl only) | SOCIAL SECURITY NUMBER |
|---|---|---|
| CLEMMONS, SAMUEL L. | 2LT | 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 |

## SECTION II - DUTY STATUS CHANGE (Proc 9-1, DA Pam 600-8)

The above member's duty status is changed from _____

to _____

effective _____ hours, _____ 19 ___

## SECTION III - REQUEST FOR PERSONNEL ACTION

I request the following action:

| TYPE OF ACTION | Procedure | TYPE OF ACTION | Procedure |
|---|---|---|---|
| Service School (Enl only) | | Reassignment Married Army Couples | |
| ROTC or Reserve Component Duty | | Reclassification | |
| Volunteering For Oversea Service | | Officer Candidate School | |
| Ranger Training | | Asgmt of Pers with Exceptional Family Members | |
| Reasgmt Extreme Family Problems | | Identification Card | |
| Exchange Reassignment (Enl only) | | Identification Tags | |
| Airborne Training | | Separate Rations | |
| Special Forces Training/Assignment | | Leave - Excess/Advance/Outside CONUS | |
| On-the-Job Training (Enl only) | | Change of Name/SSN/DOB | |
| Retesting in Army Personnel Tests | | X Other (Specify) Escort Service | |

SIGNATURE OF MEMBER (When required): /s/ Samuel L. Clemmons
DATE: 11 JUN 91

## SECTION IV - REMARKS (Applies to Sections II, III, and V) (Continue on separate sheet)

1. SOLDIER IS REQUESTING GOVERNMENT SPONSORSHIP OR FINANCIAL COVERAGE FOR THE ESCORT SERVICES OF THE SOLDIER'S DAUGHTER. DAUGHTER IS 4 YEARS OLD (DOB: 87/0321) PASSPORT # 062355671.

   A. REQUESTED ESCORT IS: TONY R. POWELL CLEMMONS
      SSN: 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
      RELATIONSHIP: MOTHER

      SAMUEL L. CLEMMONS
      SSN: 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
      RELATIONSHIP: FATHER

   B. BOTH PARENTS ARE SERVICE MEMBERS

2. REASON FOR REQUEST OF ESCORT: SOLDIER HAS F... ...CURATE ...SING. SOLDIER IS COMMAND SPONSORED. DAUGHTERS PORT OF CALL DATE ... ORDERS HAS EXPIRED, WHICH WAS EFFECTIVE UNTIL 11 JUN 91.

## SECTION V - CERTIFICATION/APPROVAL/DISAPPROVAL

I ...y that the duty status change (Section II) or that the request for personnel action (Section III) conta...

☐ HAS BEEN VERIFIED  ☒ RECOMMEND APPROVAL  ☐ ...MEND DISAPPROVAL
☐ IS APPROVED  ☐ IS DISAP...ED

| COMMANDER/AUTHORIZED REPRESENTATIVE | SIGNATURE | DATE |
|---|---|---|
| TIMOTHY K. BUENNEMEYER | /s/ | 11 June '91 |

DA FORM 4187    EDITION OF FEB 81 WILL BE USED.    COPY 1

(21)

# REQUEST AND AUTHORIZATION FOR TDY TRAVEL OF DOD PERSONNEL
*(Reference: Joint Travel Regulations)*
Travel Authorized as Indicated in Items 2 through 21.

**1. DATE OF REQUEST:** 11 JUN 91

22

## REQUEST FOR OFFICIAL TRAVEL

**2. NAME** *(Last, First, Middle Initial)*: CLEMMONS, SAMUEL L.

**3. POSITION TITLE AND GRADE OR RATING:** 2LT, PLATOON LEADER

**4. OFFICIAL STATION:** ASCHAFFENBURG, GERMANY

**5. ORGANIZATIONAL ELEMENT:** C CO 4/7TH INF APO NY 09162

**6. PHONE NO.:** 323-8896

**7. TYPE OF ORDERS:** TDY

**8. SECURITY CLEARANCE:** TS

**9. PURPOSE OF TDY:** TO RETURN TO CONUS TO PICK UP DEPENDENTS AND RETURN TO ASCHAFFENBURG.

**10a. APPROX. NO. OF DAYS OF TDY** *(Including travel time)*: 5

**b. PROCEED O/A** *(Date)*: 11 JUN 91

**11. ITINERARY** ☐ VARIATION AUTHORIZED

TO DEPART ASCHAFFENBURG ENROUTE TO BROOKHAVEN, MS TO PICK UP DEPENDENTS AND RETURN TO ASCHAFFENBURG UPON COMPLETION OF TDY.

**12. MODE OF TRANSPORTATION**

| COMMERCIAL | | | | GOVERNMENT | | | PRIVATELY OWNED CONVEYANCE (Check one) |
|---|---|---|---|---|---|---|---|
| RAIL | AIR | BUS | SHIP | AIR | VEHICLE | SHIP | |
| | | | | XX | | | |

RATE PER MILE:
☐ MORE ADVANTAGEOUS TO GOVERNMENT
☐ AS DETERMINED BY APPROPRIATE TRANSPORTATION OFFICER *(Overseas Travel only)*
☐ MILEAGE REIMBURSEMENT AND PER DIEM LIMITED TO CONSTRUCTIVE COST OF COMMON CARRIER TRANSPORTATION & RELATED PER DIEM AS DETERMINED IN JTR. TRAVEL TIME LIMITED AS INDICATED IN JTR.

**13.** ☐ PER DIEM AUTHORIZED IN ACCORDANCE WITH JTR.
☐ OTHER RATE OF PER DIEM *(Specify)*

**14. ESTIMATED COST**

| PER DIEM | TRAVEL | OTHER | TOTAL |
|---|---|---|---|
| $ | $ | $ | $ |

**15. ADVANCE AUTHORIZED:** $

**16. REMARKS** *(Use this space for special requirements, leave, superior or 1st-class accommodations, excess baggage, registration fees, etc.)*

**17.** 2LT Clemmons TDY. Stateside to pick up daughter

**19. ACC**

**20. ORI**

*(and signature)*

UED

ORDER NUMBER

**DD** 1 JUN 67 **1610**

22

AUTHORITY 10 USC 3012
PRINCIPAL PURPOSE(S): Used by active Army and DoD employees to request movement of their family members from the United States, Alaska, Hawaii, Puerto Rico, territory or possession... used to dispatch electrical messages to the appropriate CONUS... authorization for movement of family members and household goods to foreign. See routine uses set forth at 40 Federal Register 35151.
MANDATORY OR VOLUNTARY DISCLOSURE AND EFFECT ON PERSONNEL NOT PROVIDING INFORMATION. The information provided by the individual is mandatory. Without the accompanying information movement of family members to the overseas command cannot be approved.

## SECTION A - SOLDIER DATA

| 1. SSN | 2. NAME (Last, First, MI) | 3. GRADE | 4. GRADE AT TIME OF PCS |
|---|---|---|---|
| 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 | CLEMMONS, SAMUEL | 2LT | 2LT |

| 5. UNIT | 6. UIC | 7. APO | 8. CITY | 9. DUTY PHONE |
|---|---|---|---|---|
| C Co 4/7 Inf | WAMUC0 | 09162 | Aschaffenburg | 323-8896 |

| 10. ETS | 11. DATE DEPARTED U.S. | 12. DEROS | 13. DATE OF MARRIAGE |
|---|---|---|---|
| 17 April 94 | 16 April 91 | 15 April 94 | 28 July 90 |

14. IF PRIOR SERVICE, DATE AND PLACE OF REENTRY ON ACTIVE DUTY: Yes, 26 Aug 90, Ft Benning, GA

### SECTION B - FAMILY MEMBER(S) DATA

| 15. NAME (First, MI) (Last Name only if different from sponsor) | 16. RELATIONSHIP | 17. DOB | 18. MED/ED RELATED PROBLEM | 19. CURRENT ADDRESS (Include County and Phone Number) |
|---|---|---|---|---|
| TONYA R. | WIFE | NA | ☐ YES ☒ NO | Rt 2 Box 321 |
| TINAGIA D. | DAU | 910321 | ☐ YES ☒ NO | Brookhaven, MS 39601 |
| ////////NOTHING FOLLOWS//////// | | | ☐ YES ☐ NO | |
| | | | ☐ YES ☐ NO | |
| | | | ☐ YES ☐ NO | |
| | | | ☐ YES ☐ NO | |

20. WAS/IS SPOUSE A MEMBER OF THE UNIFORMED SERVICES ☒ YES ☐ NO. IF YES, ETS DATE: 7 Aug 91
21. PASSPORTS HAVE BEEN APPLIED FOR: ☒ YES ☐ NO   PASSPORTS ARE BEING HELD AT: Brookhaven, MS
22. IS SPOUSE PREGNANT? ☒ YES ☐ NO  IF YES, PROVIDE DUE DATE: Mar 92
23. WERE FAMILY MEMBER(S) WITH YOU AT YOUR OLD PERMANENT DUTY STATION? ☐ YES ☒ NO  IF NO, GIVE LOCATION WHERE FAMILY RESIDED.  same as #19
24. a. DATE FAMILY MEMBER(S) LASTED MOVED AT GOVERNMENT EXPENSE: Mar 91
    b. LOCATION TO WHICH THEY MOVED   Brookhaven, MS

### SECTION C - SUPPLEMENTAL DATA

25. a. DATE GOVERNMENT LAST PAID FOR THE MOVEMENT OF HOUSE HOLD GOODS: Feb 91
    b. LOCATION TO WHICH THEY WERE MOVED   Brookhaven, MS
    c. PRESENT LOCATION OF HOUSEHOLD GOODS   Brookhaven, MS
    d. IF IN STORAGE, HOUSEHOLD GOODS ARE IN ☐ TEMPORARY STORAGE   ☐ NON TEMPORARY STORAGE   NA

26. a. ☒ POV HAS BEEN SHIPPED TO THIS COMMAND.
    b. ☐ SPOUSE WILL SHIP POV ON HIS/HER TRAVEL ORDERS.
    c. ☐ NO POV WILL BE SHIPPED TO THIS COMMAND DURING THIS TOUR.

### SECTION D - VERIFICATION BY SOLDIER

I verify that the above information is correct. I understand that if any of the above information is not correct that it may result in a delay of the travel of my family members.

| SIGNATURE | NAME, GRADE, AND TITLE | DATE |
|---|---|---|
| /s/ Samuel Clemmons | SAMUEL CLEMMONS, 2LT, | 25 AUG 91 |

### SECTION E - VERIFICATION BY PERSONNEL MANAGER

I verify that the above information is correct and has been verified from official records.

| SIGNATURE | | DATE |
|---|---|---|
| /s/ MELVIN O. HAWKINS, CW3, USA, Asst., Personnel Officer | | 910826 |

### SECTION F - HOUSING VERIFICATION (FOR 1ST PERSCOM USE ONLY)

| NAME OF HOUSING OFFICIAL | DATE VERIFIED | CLERK'S INITIAL |
|---|---|---|
| | | |

☐ GOVERNMENT   ☐ ECONOMY   NUMBER OF BEDROOMS: ____   EFFECTIVE DATE: ____

AE FORM 4001-R (TEST)

★ U.S. GOVERNMENT PRINTING OFFICE: 1990 (259-696)

24

SC667192

**TRAVELOPE**    Tkt: 006 1811 450 162/3
(Port Call and Travel Information)

PREPARED BY ___jca___

DATE ___22 Oct 91___

PORT CALL INSTRUCTIONS FOR ___OFD TONYA R. CLEMMONS___ AND ___-1-___ OTHERS.

REPORT TO ___MILITARY AIRLIFT COMMAND (MAC)___ PASSENGER RESERVATION COUNTERS

AT ___CHARLESTON INTL ARPT, SC___ NOT LATER THAN ~~1115~~ 1500 HRS (3:00 / 11:15AM) ON ~~30~~ 24 NOV 19 91.

FOR FLIGHT ___BKA MC~~29~~ 31___ TO ___FRANKFURT, GERMANY___ TOTAL BAGGAGE AUTHORIZED IS ___-4-___ PIECES.
(ARR: ~~01 DEC/6:00AM~~ 25 NOV 8:45)

FOR THE COMMANDER:
DEPARTMENT OF THE ARMY
TRANSPORTATION DIVISION
ATTN: ATZQ-DI-T
FORT RUCKER, AL 36362-5000

_Jackie C. Allum_
BENJAMIN C. PEOPLES, CH, TRANS DIV
(Issuing Authority's Signature)

I understand that I (~~am required to~~) (must) report to the above named airport/air base for transportation on the date and time stated above. (FOR MILITARY PERSONNEL. This date takes priority over the termination date appearing in item 8b of your leave form (DA Form 31)).

_Tonya Clemmons_
(Traveler's Signature and Date)

..... FOR ALL TRAVELERS. If you cannot report on time, call collect to the US Army Personnel Assistance Point (PAP) located ___CHARLESTON, SC 1-800-554-3210___, Area Code _____ or AUTOVON ___673-5806/7___.
Do not contact the Military Airlift Command (MAC), or the commercial carrier about this reservation.

..... FOR MILITARY PERSONNEL. Late arrivals are subject to disciplinary action. If you require a leave extension for emergency reasons, contact the PAP listed above. Collect calls will be accepted.

..... FOR DEPARTMENT OF THE ARMY CIVILIANS: If you require a leave extension for emergency reasons, contact the Civilian Personnel Office (CPO) _____.

Area Code _____ or contact the nearest CPO for assistance.

Tips for Travelers pamphlets are inclosed to assist you in your travel to the airport/air base listed on the TRAVELOPE. Read the pamphlets immediately and refer to them when you require information regarding your travel.

MAKE YOUR TRAVEL ARRANGEMENTS TO THE AIRPORT/AIR BASE IDENTIFIED ON THIS TRAVELOPE AT LEAST TEN (10) DAYS IN ADVANCE OF YOUR PORT CALL DATE.

**DA FORM 4600** JAN 83

EDITION OF MAR 77 MAY BE USED.

For use of this form, see DA CIR 55-82-1; the proponent agency is MILPERCEN.

DEPART: Jackson, MS        30 NOV 91    7:00AM     DL 1004
ARRIVE: Atlanta, GA         30 NOV 91    9:12AM
DEPART: Atlanta, GA         30 NOV 91    9:58AM     DL 984
ARRIVE: Charleston, SC                   10:55AM
DEPART:                                  3:55       MC 31

24 nov 91

COPIES OF MTA AND GTR FOR USE BY FINANCE.

GOVERNMENT TRAVEL REQUEST (GTR) ARE HERE. RETAIN WHITE



SC 667142
26

PRIORITY

```
                    PT 02930     262/12487                       PAGE 01
ACTION:_____( )___DOD___(h_DPat_(/_____( )_____( )
PI(INFO)_____( )_____( )_____( )_____( )_____( )
CYS FOR (1 EA):_____/_SGS_/_____/_____/_____/_____/
_____/_____/_____/_____/_____/_____/

                                    TCC-1 ACT BY ___ SUSPENSE:_____
PCAUZYUW RUFDCMT0035 2620100-UUUU--RUCLEUA.
ZNR UUUUU
P 190035Z SEP 91
FM CDR 1ST PERSCOM SCHWEIZINGEN GE//AEUPE PSD PWD//
TO RUCLEUA/CDRUSAAVNC FT RUCKER AL//ATZQ DI T//
INFO RHFFAFG/CDRUSMCA ASCHAFFENBURG GE//AETSARG DEH H/DCC DPCA//
RUCLOMA/CDRUSAIC FT BENNING GA//ATZB DL TO P//
RHFFAFH/CDR17PTH PSC ASCHAFFENBURG GE
BT
UNCLAS
SUBJ: TVL AUTH FOR FAMILY OF - O1 CLEMMONS, SAMUEL L - 427096671
A. CHAPTER 4, AR 55-46
*********************************************************************
* FOR USAREUR DEPUTY COMMUNITY COMMANDERS:                           *
*     DISTRIBUTION OF THIS MESSAGE WILL BE MADE TO SOLDIER'S UNIT    *
*     OF ASSIGNMENT AND ALL COMMUNITY AGENCIES                       *
*     AS DEEMED APPROPRIATE.                                         *
*********************************************************************
*********************************************************************
* FOR FAMILY MEMBERS ONLY:                                           *
*     DO NOT ARRANGE FOR SHIPMENT OF HOUSEHOLD GOODS OR TRAVEL       *

PAGE 02 RUFDCMT0035 UNCLAS
*     UNTIL CONTACTED BY THE ARMY INSTALLATION LISTED IN THE         *
*     "TO" ADDRESS OF THIS MESSAGE.                                  *
*********************************************************************
1. THIS IS TRAVEL AUTHORIZATION NUMBER: TD17-91-09-0027
HOUSING CONTROL NUMBER 003-91-09-0011
2. SPACE REQUIRED TRAVEL AUTH. FAMILY HAS OPTION TO TRAVEL
COMMERCIAL (US FLAG CARRIER) ON A REIMBURSABLE BASIS OR MILITARY
AIRLIFT COMMAND (MAC). REIMBURSEMENT IS LIMITED TO COST OF TICKET
OR MAC RATE, WHICHEVER IS LESS.
3. FAMILY MEMBER(S):
NAME              DATE OF BIRTH      RELATIONSHIP
TONYA R                              SPOUSE
TINAGIA D         910321             DAUGHTER
4. FAMILY RESIDES:
RT 2 BOX 321 BROOKHAVEN MS 39601
TELE: (601) 835-2063
5. SOLDIER ASSIGNED:
D 7RIN BN  08 CAV C (AMUCO), ASCHAFFENBURG APO 09162
```

26



Lincoln County
Health Department

Truett Simmons, District Administrator

P.O. Box 630, 304 South Second Street, Brookhaven, Mississippi 39601, (601) 833-3314

DATE: 10-16-91

TO WHOM IT MAY CONCERN:

THIS IS TO CERTIFY THAT _Tonya Clemmons_ IS PREGNANT AND
IS DUE _3-12-92_.

NUMBER OF FETUSES _1_

DATE OF FIRST PRENATAL VISIT _____

CHARGE FOR FIRST PRENATAL VISIT _$43.25_

REQUEST FOR RETRO-COVERAGE

_Lynda G. Lee_
W. T. MAYER, M. D.
LYNDA G. LEE, M.D.
MISSISSIPPI STATE DEPARTMENT OF HEALTH PHYSICIANS

DEPENDENT TRAVEL QUESTIONNAIRE (AR 55-46)

| TO: Transportation Officer<br>ATTN: Passenger Section<br>Fort Rucker, AL 36362<br>PH  AC 205 255-5105 | FROM: **Mrs Tonya R. Clemmons**<br>**234 Smith Street**<br>**Brookhaven, MS 39601**<br>PHONE: **(601) 835-2063** | 28 |

### DATA REQUIRED BY THE PRIVACY ACT OF 1974

1. AUTHORITY: 37 USC 406
2. PRINCIPAL PURPOSE: To verify data received from overseas CDR and collect additional info from dependents necessary for processing oversea movement.
3. ROUTINE USES: Ascertain correctness of info and determine eligibility and readiness for travel.
4. DISCLOSURE IS MANDATORY: Refusal to furnish data makes it impossible to make travel arrangements and process dependents.

INSTRUCTIONS: Before completing this form, read and understand your travel authorization & inclosed Instructions Sheet. If additional information is needed, contact the office shown above. In all letters you write about your oversea travel, please refer to your travel authorization number. Fill in both copies of this form, PRINTING, KEEP ONE COPY, AND SIGN AND RETURN ONE COPY to this office within 5 days in the envelope provided.

1. SPONSOR: **SAMUEL L. CLEMMONS**   OVERSEA ADDRESS (Include APO): **C CO 4/7th BOX 978 APO, NY 09162**
   (NAME)
   **2LT**            **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**
   (GRADE)            (SSN)

2. If the name, age, or relationship of a dependent listed in your travel authorization is INCORRECT, complete columns a, b, c, and d below:

| a. NAME SHOWN IN TRAVEL AUTHORIZATION | Enter CORRECT NAME, AGE, OR RELATIONSHIP TO SPONSOR ||| 
| --- | --- | --- | --- |
| | b. Name | c. Date of Birth | d. Relationship |
| | | | |
| | | | |

3. If a dependent who is to travel oversea has been OMITTED from your travel authorization list the dependent below: (enter date of birth under AGE)

| NAME | SEX | AGE | RELATIONSHIP TO SPONSOR |
| --- | --- | --- | --- |
| | | | |
| | | | |

4. Are all dependents listed planning to travel overseas? If not, list below in order that their names may be deleted from the travel authorization.

| NAME OF DEPENDENT WHO IS NOT TO TRAVEL | AGE | RELATIONSHIP TO SPONSOR |
| --- | --- | --- |
| | | |

5. If a passport is required and you have not filed an application, notify this office immediately. A delay in applying for a passport WILL DELAY YOUR PORT CALL. If you have made application for a passport complete the following:

| DATE APPLICATION SUBMITTED: | CITY-STATE IN WHICH APPLICATION SUBMITTED: |
| --- | --- |
| | |

| EXACT NAME USED ON PASSPORT APPLICATION: | IS PASSPORT IN POSSESSION?  YES ✓  NO<br>Passport Number **082492514**<br>Expires **26 AUG 01**  (SEE ITEM 13) |
| --- | --- |

USAAVNC (DOL-TD) Fm 1313, 1 Jun 82, previous edition obsolete.

# SatoTravel

24-HOUR
EMERGENCY SERVICE
1-800-827-7777

```
SALES PERSON: 3S          ITINERARY/INVOICE NO. 0022299              DATE: 23 OCT
CUSTOMER NBR: 522100                            QNBOHR                PAGE: 01

          TO: BENJAMIN C PEOPLES/ACH/TRANS DIV FT RUCKER AL 36362
              FOR 24HR ASSIST CALL SATOTRAVEL AT 1-800-827-7777
              FOR ASSIST DURING HOURS 730A-415P CALL 1-205-255-5147
              REF ONLY FAO/CML ACCTS/FT RUCKER AL 36362
              THIS IS*DA FORM 4556*FILE WITH TVL VOUCHER
              YOUR SATOTRAVEL REFERENCE CODE IS**5XC0**
FOR: CLEMMMONS/TONYA                    REF:0,036,BKZ,S99999
     CLEMMMONS/TIRAGIA                      0,036,BKZ,S99999


30 NOV 91  -  SATURDAY
    AIR   DELTA AIR LINES INC FLT:1004    COACH         SNACK
          LV JACKSON           MS          700A         EQP: DC-9 STRETCH
          AR ATLANTA                       912A         NON-STOP
             RESERVED SEATS          24E, 24D
    AIR   DELTA AIR LINES INC FLT:984     COACH
          LV ATLANTA                       958A         EQP: MD-80
          AR CHARLESTON        SC         1055A         NON-STOP
             RESERVED SEATS          18A, 18B

30 DEC 91  -  MONDAY
    OTHER DOTHAN

AIR TICKET     DL1811450162      CLEMMMONS TONYA
                                 BILLED TO DC38892051312003               249.6
AIR TICKET     DL1811450163      CLEMMMONS TIRAGIA
                                 BILLED TO DC38892051312003               249.6
                                                                         -------
                                 SUB TOTAL                                499.2
                                 LESS AMOUNT BILLED TO CC                 499.2
                                                                         -------
                                 TOTAL AMOUNT                               0.0

  GOVERNMENT DINERS CLUB NUMBER ON ORIGINAL TICKET
  MUST NOT BE USED WHEN EXCHANGING A TICKET
AGE 4YRS
MAC CONN ARR CHS 30NOV91 1055HRS
MAC FLT DPT CHS TO FRA 1315HRS 30 NOV91
 BILLING PERIOD 16OCT-31OCT 1991
S/O AUTH  CHS  *RTG APPRVD
 JAN DL X/ATL DL CHS243.64YCA

0-DC38892051312003
```

# PERSONNEL ACTION
For use of this form see DA PAM 600-8 and AR 680-1; the proponent agency is MILPERCEN.

30

### DATA REQUIRED BY THE PRIVACY ACT

Authority: Title 5, section 3012; Title 10, U.S.C. E.O. 9397. Principal Purpose: Use by service member in accordance with DA Pamphlet 600-8 when requesting a personnel action on his/her own behalf (Section III). Routine Uses: To initiate the processing of a personnel action being requested by the service member. Disclosure: Voluntary. Failure to provide Social Security Number may result in a delay or error in processing of the request for personnel action.

| THRU: (Include ZIP Code) | TO: (Include ZIP Code) | FROM: (Include ZIP Code) |
|---|---|---|
| COMMANDER<br>1ST BN, 7TH INF<br>ATTN: PSNCO<br>APO NY 09162 | COMMANDER<br>APO FSU<br>APO NY 09162 | COMMANDER<br>1ST BN, 7TH INF<br>APO AE 09162 |

### SECTION I - PERSONAL IDENTIFICATION

| NAME (Last, first, MI) | GRADE OF RANK/PMOS (Enl only) | SOCIAL SECURITY NUMBER |
|---|---|---|
| CLEMMONS, SAMUEL L. | 2LT/11A00 | 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 |

### SECTION II - DUTY STATUS CHANGE (Proc 9-1, DA Pam 600-8)

The above member's duty status is changed from _____ to _____ effective _____ hours, _____ 19 ___

### SECTION III - REQUEST FOR PERSONNEL ACTION

I request the following action:

| TYPE OF ACTION | Procedure | TYPE OF ACTION | Procedure |
|---|---|---|---|
| Service School (Enl only) | | Reassignment Married Army Couples | |
| ROTC or Reserve Component Duty | | Reclassification | |
| Volunteering For Oversea Service | | Officer Candidate School | |
| Ranger Training | | Asgmt of Pers with Exceptional Family Members | |
| Reasgmt Extreme Family Problems | | Identification Card | |
| Exchange Reassignment (Enl only) | | Identification Tags | |
| Airborne Training | | Separate Rations | |
| Special Forces Training/Assignment | | Leave - Excess/Advance/Outside CONUS | |
| On-the-Job Training (Enl only) | | Change of Name/SSN/DOB | |
| Retesting in Army Personnel Tests | | X Other (Specify) UPDATE COLA | |

SIGNATURE OF MEMBER (When required) _[signed]_   DATE 14 MAY 92

### SECTION IV - REMARKS (Applies to Sections II, III, and V) (Continue on separate sheet)

1. SOLDIER REQUEST UPDATE COLA FROM GE101 2 DEPN TO GE101 3 DEPN

2. REQUEST EFFECTIVE DATE BE: 07 MAR 92

3. FAMILY ARRIVED IN COMMAND: 21 NOV 91

4. FAMILY MEMBERS IN COMMAND: 3

5. SM IS COMMAND SPONSORED: YES

6. DATE OF BIRTH OF CHILDREN: 07 MAR 92

7. SEPERATE RATIONS AUTHORIZED: 15 APR 91

### SECTION V - CERTIFICATION/APPROVAL/DISAPPROVAL

I certify that the duty status change (Section II) or that the request for personnel action (Section III) contained herein -

☐ HAS BEEN VERIFIED    ☒ RECOMMEND APPROVAL    ☐ RECOMMEND DISAPPROVAL
☐ IS APPROVED    ☐ IS DISAPPROVED

| COMMANDER/AUTHORIZED REPRESENTATIVE | SIGNATURE | DATE |
|---|---|---|
| RICHARD J. CABALDON CPT, IN Commanding | _[signed]_ | |

DA FORM 4187    EDITION OF FEB 81 WILL BE USED.    COPY 4

DEPARTMENT OF THE ARMY
177th Personnel Service Company
Army Post Office New York 09033-2009

31

TRAVEL AUTHORIZATION #082                               23 JUNE 1993

SUBJECT: Travel Authorization for Dependents to Conus without Sponsor

SEE DISTRIBUTION

Movement of Dependents(s) is directed as indicated.

| NAME | DOB | REL | PP NUMBER | CURRENT LOCATIO |
|---|---|---|---|---|
| TONYA R | NA | WIFE | 082492514 | SCHWEINFURT,FRG |
| TIVAGIA D | 870321 | DAU | 082355671 | SCHWEINFURT,FRG |
| VICTORIA N | 920305 | DAU | 700280651 | SCHWEINFURT,FRG |
| JORDAN D | 930427 | SON | 700267621 | SCHWEINFURT,FRG |

DEPENDENTS(s) OF: CLEMMONS, SAMUEL L, 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, 1LT, HHC 2-15TH IN (WAM4TO) APO AE 09033

ADMINISTRATIVE ACCOUNTING DATA
Authority: Joint Federal Travel Regulation, Paragraphs U5240-1.2.
PSC MDC:  4CE3
CIC:  231A64

FOR THE INDIVIDUAL:
Report to:  To be determined by portcall.
Reporting Date:  In accordance with portcall
Destination: 435 N 41ST MILWAUKEE, WI 53216

Additional Instructions:
  (a)  You family members are authorized space-required travel at Government expense by air transportation.  When Military Airlift Command (MAC) space-required movement is not available, Government procured commercial transportation is authorized for the shortest route.  They are not authorized to travel by commercial carrier at personal expense and claim reimbursement.  Family member(s) will not be entitled to further transportation entitlements until the sponsor is relieved from oversea duty.  Should they return to this location, they will not be given command sponsorship.
  (b)  Report to the Installation Transportation Office (ITO) for issuance of applicable travel documents (Government Transportation Request or Military Transportation Authorization (GTR/MTA).

31

## SPECIAL POWER OF ATTORNEY
## to Receive or Take Possession of Personal and Household Property

32

**KNOW ALL PERSONS BY THESE PRESENTS:**

That I, _SAMUEL L. CLEMMONS_, Social Security Number _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_, of the State of _GEORGIA_, do hereby appoint _TONYA R. CLEMMONS_, presently of _2144 N. 26TH ST. MILWAUKEE, WI_, as my true and lawful attorney-in-fact to do the following in my name and in my behalf:

To accept delivery of, receipt for, and/or clear through customs, my Household Goods and/or Unaccompanied Baggage, and to execute any document, release, voucher, receipt, shipping ticket or other instrument necessary or convenient for such purpose.

BY THIS DOCUMENT I GIVE AND GRANT TO my attorney full power and authority to perform every act that is necessary or appropriate to accomplish the purposes for which this Power of Attorney is granted, as fully and effectually as I could do if I were present.

I HEREBY RATIFY ALL THAT MY ATTORNEY SHALL LAWFULLY DO OR CAUSE TO BE DONE BY VIRTUE OF THIS DOCUMENT.

All business transacted hereunder for me or for my account shall be transacted in my name, and that all endorsements and instruments executed by my attorney for the purpose of carrying out the foregoing powers shall contain my name, followed by that of my attorney and the designation "attorney-in-fact."

Unless sooner revoked or terminated by me, this Power of Attorney shall become NULL and VOID on _29 JUNE 96_.

IN WITNESS WHEREOF, I sign, seal, declare, publish, make and constitute this as and for my Power of Attorney in the presence of the Notary Public witnessing it at my request this date, _2 JUNE 94_.

_[signature]_   _[signature]_ (L.S.)
WITNESS

PRINTED NAME & SSN: _SAMUEL L. CLEMMONS, 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_

GEORGIA

RICHMOND

I, the undersigned, certify that I am a duly commissioned, qualified, and authorized notary public. Before me personally, within the territorial limits of my warrant of authority, appeared _SAMUEL L. CLEMMONS_, who is known by me to be the person who is described herein, whose name is subscribed to, and who signed this Power of Attorney as Grantor, and who, having been duly sworn, acknowledged that this instrument was executed after its contents were read and duly explained, and that such execution was a free and voluntary act and deed for the uses and purposes herein set forth.

IN WITNESS WHEREOF, I have hereunto set my hand and affix my official seal on _29 June 94_.

_[signature]_
Notary Public

My Commission Expires: _____

Notary Public, Richmond County, Georgia
My Commission Expires March 23, 1998

32

SSN 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
1204 RANCE DR
BROOKHAVEN, MS 39601

Pay to the order of HAZEL THOMPSON     $ 400.00

Four hundred dollars 00/100                    Dollars

**NationsBank**                                 Military Banking
NationsBank of Texas, N.A.
Fort Sam Houston Branch      0030 01 008 09 008 22JUN94  12:50$
San Antonio, TX 78208-8000
Phone # (210) 978-5000                          $400.00   CHK

For TOMMY NICOLE TEXAS
CLOTHES

⑈114000653⑈ 1334 ⸺ 582 ⸺ 142 6⸺        ⸺00000040000⸺

33

**NationsBank**
NationsBank of Texas, N.A.
Case 1:06-cv-00123-RCL   Document 5-2   Filed 05/12/2006   Page 20 of 20

10F200

SAVINGS BOND
ACKNOWLEDGEMENT

From: Fort Sam Houston Branch, 1422 E. Grayson, P. O. Box 8000, San Antonio, Texas 78208-8000

Received for safekeeping from __Samuel L Clemmons__ the following described
U. S. Savings Bonds inscribed __Samuel L Clemmons or Tivagia D Clemmons__

34

| NUMBER | ISSUE DATE | MATURITY VALUE | NUMBER | ISSUE DATE | MATURITY VALUE |
|---|---|---|---|---|---|
| C456110619EE | August 1994 | 100.00 | | | |

It is understood that the bonds described hereon will be returned only to the registered owner upon appropriate written instructions, and only by registered mail at the owner's expense, if not delivered in person.

NationsBank of Texas, N.A.

By __FSelekman__   Date __8-15-94__

---

**NationsBank**
NationsBank of Texas, N.A.

SAVINGS BOND
ACKNOWLEDGEMENT

From: Fort Sam Houston Branch, 1422 E. Grayson, P. O. Box 8000, San Antonio, Texas 78208-8000

Received for safekeeping from __Samuel L Clemmons__ the following described
U. S. Savings Bonds inscribed __Samuel L Clemmons or Victoria Nicole Clemons__

| NUMBER | ISSUE DATE | MATURITY VALUE | NUMBER | ISSUE DATE | MATURITY VALUE |
|---|---|---|---|---|---|
| C456110618EE | August 1994 | 100.00 | | | |

It is understood that the bonds described hereon will be returned only to the registered owner upon appropriate written instructions, and only by registered mail at the owner's expense, if not delivered in person.

NationsBank of Texas, N.A.

By __FSelekman__   Date __8-15-94__

---

**NationsBank**
NationsBank of Texas, N.A.

SAVINGS BOND
ACKNOWLEDGEMENT

From: Fort Sam Houston Branch, 1422 E. Grayson, P. O. Box 8000, San Antonio, Texas 78208-8000

Received for safekeeping from __Samuel L Clemmons__ the following described
U. S. Savings Bonds inscribed __Samuel L Clemmons POD Jordan Denzel Clemmons__

| NUMBER | ISSUE DATE | MATURITY VALUE | NUMBER | ISSUE DATE | MATURITY VALUE |
|---|---|---|---|---|---|
| C456110620EE | August 1994 | 100.00 | | | |

34

(1 of 200 + pages)