# NationsBank

SAVINGS BOND ACKNOWLEDGEMENT

NationsBank of Texas, N.A.

From: Fort Sam Houston Branch, 1422 E. Grayson, P. O. Box 8000, San Antonio, Texas 78208-8000

Received for safekeeping from _____ LT Samuel L Clemmons _____ the following described

U. S. Savings Bonds inscribed _____ Samuel L. Clemmons or Tivagia D Clemmons _____

35

| NUMBER | ISSUE DATE | MATURITY VALUE | NUMBER | ISSUE DATE | MATURITY VALUE |
|--------|-----------|----------------|--------|-----------|----------------|
| C467012266EE | Sept 1994 | 100.00 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

It is understood that the bonds described hereon will be returned only to the registered owner upon appropriate written instructions, and only by registered mail at the owner's expense, if not delivered in person.

NationsBank of Texas, N.A.

By _____ FSelekman _____ Date 9-12-94

---

# NationsBank

NationsBank of Texas, N.A.

SAVINGS BOND ACKNOWLEDGEMENT

From: Fort Sam Houston Branch, 1422 E. Grayson, P. O. Box 8000, San Antonio, Texas 78208-8000

Received for safekeeping from _____ LT Samuel L Clemmons _____ the following described

U. S. Savings Bonds inscribed _____ Samuel L Clemmons or Victoria Nicole Clemons _____

| NUMBER | ISSUE DATE | MATURITY VALUE | NUMBER | ISSUE DATE | MATURITY VALUE |
|--------|-----------|----------------|--------|-----------|----------------|
| C467012267EE | Sept 1994 | 100.00 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

It is understood that the bonds described hereon will be returned only to the registered owner upon appropriate written instructions, and only by registered mail at the owner's expense, if not delivered in person.

NationsBank of Texas, N.A.

By _____ FSelekman _____ Date 9-12-94

---

# NationsBank

NationsBank of Texas, N.A.

SAVINGS BOND ACKNOWLEDGEMENT

From: Fort Sam Houston Branch, 1422 E. Grayson, P. O. Box 8000, San Antonio, Texas 78208-8000

Received for safekeeping from _____ LT Samuel Clemmons _____ the following described

U. S. Savings Bonds inscribed _____ Samuel L Clemmons POD Jordan Denzel Clemmons _____

| NUMBER | ISSUE DATE | MATURITY VALUE | NUMBER | ISSUE DATE | MATURITY VALUE |
|--------|-----------|----------------|--------|-----------|----------------|
| C467012268EE | Sept 1994 | 100.00 | | | |
| | | | | | |
| | | | | | |

35

*36*

Also, I enclose a photocopy of his letter to me dated May 10, 1994, in which he stated:

(1) "First I would like for you to take care the matter concerning my mother's house... Once her house matter is complete, I want the divorce matter taken care."

(2) "I would like for the divorce to be effective 28 July 94. This is the date we was married: this is the official date I want it to end. So the both of us can pursue on with our lives."

If I can be of further service please advise.

Yours sincerely,

James F. Noble, Jr.

JFN,JR/afj

enclosure,

**NOBLE & NOBLE**

ATTORNEYS AT LAW

NOBLE BUILDING

207 SOUTH RAILROAD AVENUE

BROOKHAVEN, MISSISSIPPI 39601

JAMES F. NOBLE (1885-1967)

JAMES F. NOBLE, JR.

P. O. BOX 4
AREA CODE 601
833-3351

January 9, 1995

Mr. Samuel L. Clemmons, Jr.
501 Preston Lake Drive
Tucker, Georgia 30084

Dear Sam:

Please sign and swear to the enclosed complaint before a notary
public and return to me in the enclosed self-addressed, stamped
envelope. Keep the enclosed copy for your records.

Yours sincerely,

NOBLE & NOBLE

James F. Noble, Jr.

JNF,JR/afb

enclosure

**NOBLE & NOBLE**
ATTORNEYS AT LAW
Noble Building
207 South Railroad Avenue • P. O. Box 4
Brookhaven, Mississippi 39601
Phone: 833-3351

2043

DATE 7/1 19 94    36

RECEIVED FROM _Samuel Clemmons_

_Six hundred twenty-five no_ DOLLARS $ _625.00_

FOR _500.00 for lawhwel, 125.00 Advance Court Cost_

THANK YOU!

Amount of Account ...$ _625.00_
Amount Paid ...........$ _625.00_
Balance Due ...........$ _-0-_
Cash ☐    Check ☒    M.O. ☐
Form 1788

By _Troy B Barham_

---

LT. SAMUEL L. CLEMMONS, JR.
SSN 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
1204 RANCE DR.
BROOKHAVEN, MS 39601                  1310

10 May 1994                   30-65/1140

Pay to the order of _NOBEL & NOBEL_                    $ 1,000.00

_one thousand dollars 00/100_                    Dollars

**NationsBank**
NationsBank of Texas, N.A.
Fort Sam Houston Branch
San Antonio, TX 78208-8000
Phone # (210) 978-5000          Military Banking

For _Lawyer fee_                    Samuel Clemmons

⑆114000653⑆ 1310 ⑉582⑈142⑈6⑊    ⑇0000100000⑈

---

LT. SAMUEL L. CLEMMONS, JR.
SSN 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
1204 RANCE DR.
BROOKHAVEN, MS 39601                  1341

1 July 1994                   30-65/1140

Pay to the order of _NOBEL & NOBEL_                    $ 625.00

_Six hundred and twenty-five dollars 00/100_                    Dollars

**NationsBank**
NationsBank of Texas, N.A.
Fort Sam Houston Branch
San Antonio, TX 78208-8000
Phone # (210) 978-5000          Military Banking

For _Legal fees_                    Samuel Clemmons

⑆114000653⑆ 1341 ⑉582⑈142⑈6⑊    ⑇000006 2500⑈

36

39

**SENDER:**
* Complete items 1 and/or 2 for additional services.
* Complete items 3, and 4a & b.
* Print your name and address on the reverse of this form so that we can return this card to you.
* Attach this form to the front of the mailpiece, or on the back if space does not permit.
* Write "Return Receipt Requested" on the mailpiece below the article number.
* The Return Receipt will show to whom the article was delivered and the date delivered.

95-0039

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address

2. ☑ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

Tonya Raquel Powell Clemmons
6025 North 61st Street
Milwaukee, Wisconsin 53218

4a. Article Number

Z051182979

4b. Service Type

☐ Registered       ☐ Insured
☑ Certified        ☐ COD
☐ Express Mail     ☑ Return Receipt for Merchandise

7. Date of Delivery   2-4-95

5. Signature (Addressee)

6. Signature (Agent)

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, December 1991    ☆U.S. GPO: 1992—323-402    **DOMESTIC RETURN RECEIPT**

*Is your RETURN ADDRESS completed on the reverse side?*

*Thank you for using Return Receipt Service.*

39

Form 1C

# SUMMONS BY PUBLICATION

### IN THE CHANCERY COURT OF LINCOLN COUNTY, MISSISSIPPI

PLAINTIFF(S)

*(It is sufficient here to state the name of the first plaintiff with an appropriate designation of other plaintiffs.)*

SAMUEL LENNIOUS CLEMMONS, JR.,

VS.                                             CIVIL ACTION, FILE NO. 95-0039

TONYA RAQUEL POWELL CLEMMONS,

*(It is sufficient here to state the name of the first defendant with an appropriate designation of other defendants.)*

DEFENDANT(S)

### SUMMONS

THE STATE OF MISSISSIPPI

: TONYA RAQUEL POWELL CLEMMONS, a non-resident of Mississippi whose
*(Insert name of the person(s) to be served.)*

residence post office address is 6025 North 61st Street, Milwaukee,

Wisconsin 53218.

You have been made the x Defendant in the suit filed in this Court by Samuel Lennious Clemmons, Jr.,
                                                                        *(Insert name of all Plaintiffs)*

Plaintiff(s), seeking divorce and child visitation rights.
                              *(Insert a brief description of the relief being sought)*

Defendants other than you in this action are _____

_____
*(Insert names of all defendants other than the person or persons who are the subject of this summons.)*

You are required to mail or hand deliver a written response to the Complaint filed against you in this action to _____

James F. Noble, Jr.,

Attorney for Plaintiff(s), whose address is P. O. Box 4, Brookhaven, Mississippi 39601

Your response must be mailed or delivered not later than thirty days after the __ 1st _____ day of 40

February ____ 19 95 _____

*41*

IN THE CHANCERY COURT OF LINCOLN COUNTY, MISSISSIPPI

SAMUEL LENNIOUS CLEMMONS, JR.,                          PLAINTIFF

VS.                                                     NO. *95-0039*

TONYA RAQUEL POWELL CLEMMONS,                           DEFENDANT

### COMPLAINT

Comes plaintiff, Samuel Lennious Clemmons, Jr., and respectfully complains of defendant, Tonya Raquel Powell Clemmons, and for cause of complaint shows the following facts, to-wit:

(1)  Plaintiff is an adult resident of Lincoln County, Mississippi, and has been an actual, bona fide resident within the State of Mississippi for more than six (6) months next preceding commencement of this suit. He has been absent due to military service in different places but has now received a medical discharge and has resumed actual, physical residence in this county and state although he is temporarily residing in Tucker, Georgia, while taking instruction and making arrangements to utilize his military training in seeking employment.  He is in transition out of the military to the veterans administration for evaluation of injuries and retraining for civilian life.  Defendant is an adult non-resident of Mississippi whose residence post office address is 6025 North 61st Street, Milwaukee, Wisconsin 53218.  The parties are of the Negro Race and neither is a member of the armed forces of this or any other country.

(2)  The parties were lawfully married in Lincoln County, Mississippi, on July 28, 1990, and finally separated in Schweinfurt, Germany, on July 15, 1993, since which they have not cohabited.

-1-

(41)

(3)   To this union three (3) children were born, namely, Tivagia Danielle Clemmons, born March 21, 1987, Victoria Nicole Clemmons, born March 5, 1992, and Jordan Denzel Clemmons, born April 27, 1993, all of whom are in the care and custody of defendant.

(4)   Plaintiff was a faithful, loving and dutiful husband to defendant, but notwithstanding, she was guilty of habitual cruel and inhuman treatment and constructive desertion of him.   Also, in the alternative plaintiff charges irreconcilable differences as a ground for divorce.

(5)   The parties do not own any property together, real or personal.   Furniture, appliances and other household goods have already been divided between the parties to their mutual satisfaction.

(6)   Plaintiff is willing to pay proper and reasonable child support and provide medical and hospitalization insurance for his children.

Wherefore, plaintiff prays that process issue for and be served on defendant in the manner and for the time required by law and the Mississippi Rules of Civil Procedure and that on final hearing the Court will grant him an absolute divorce from defendant and reasonable rights of visitation with his children.

If plaintiff has prayed for wrong, improper or insufficient relief pray grant him such other or further relief, general or

special as the nature of the case entitles him to receive, and in
duty bound he will ever pray.

*43*

Respectfully submitted,

SAMUEL LENNIOUS CLEMMONS, JR.,
Plaintiff,

BY: _____
                    COUNSEL

James F. Noble, Jr.
Noble & Noble
Attorneys at Law
P. O. Box 4
Brookhaven, MS 39601
(601) 833-3351
State Bar No. 3871

STATE OF GEORGIA

COUNTY OF <u>GWINNETT</u>

This day personally appeared before me, the undersigned authority
in and for the county and state aforesaid, SAMUEL LENNIOUS CLEMMONS, JR.,
who, being by me first duly sworn, states on oath that the facts stated
in the foregoing Complaint are true and correct as therein stated and
that this suit is not brought by collusion with the defendant for the
purpose of obtaining a divorce but that the causes for divorce stated
in the complaint are true as therein stated.

_____
SAMUEL LENNIOUS CLEMMONS, JR.

Sworn to and subscribed before me, this 21st day of January,
1995.

(SEAL)

My Commission Expires:

Notary Public, Gwinnett County, Georgia.
My Commission Expires May 12, 1995

_____
NOTARY PUBLIC

# PROOF OF PUBLICATION

May 19, 1997

RONNY SMITH
CHANCERY CLERK
By _Kari Nolt_ D.C.

## THE STATE OF MISSISSIPPI
### Lincoln County

PERSONALLY APPEARED before the undersigned _authority_
of the County aforesaid _Charles R. Jacobs_ of DAILY LEADER 44
a newspaper printed and published in the city of Brookhaven, State and County aforesaid, who make affidavit that said newspaper was established and being published in said County for more than twelve months next to the date of the first publication hereinafter mentioned and that publication of a certain notice, a printed copy of which is hereto annexed, has been made in said newspaper for _3(three)_ weeks consecutively as follows, towit:

On the _1_ day of _Feb_ 19 _95_
Volume _113_ Number _1_

On the _8_ day of _Feb_ 19 _95_
Volume _113_ Number _6_

On the _15_ day of _Feb_ 19 _95_
Volume _113_ Number _11_

On the _____ day of _____ 19 ____
Volume _____ Number _____

On the _____ day of _____ 19 ____
Volume _____ Number _____

_Charles R. Jacobs_
Publisher/Gen. Mgr.

Sworn to and subscribed before me this _15_ day of _Feb_ 19 _95_

_Sheila F. Furlow_
Notary Public

(SEAL)

**LEGAL NOTICE**
SUMMONS BY PUBLICATION
IN THE CHANCERY COURT OF
LINCOLN COUNTY, MISSISSIPPI
SAMUEL LENNIOUS CLEMMONS, JR.,
PLAINTIFF(S)
VS.
CIVIL ACTION, FILE NO. 95-0039
TONYA RAQUEL POWELL CLEMMONS,
DEFENDANT(S)
SUMMONS
THE STATE OF MISSISSIPPI
TO:
TONYA RAQUEL POWELL CLEMMONS, a non-resident of Mississippi whose residence post office address is 6025 North 51st Street, Milwaukee, Wisconsin 53218.
You have been made the Defendant in the suit filed in this Court by Samuel Lennious Clemmons, Jr., Plaintiff(s), seeking divorce and child visitation rights.
You are required to mail or hand deliver a written response to the Complaint filed against you in this action to James F. Noble, Jr., Attorney for Plaintiff(s), whose address is P. O. Box 4, Brookhaven, Mississippi 39601.
Your response must be mailed or delivered not later than thirty days after the 1st day of February 1995, which is the date of the first publication of this summons. If your response is not so mailed or delivered, a judgement by default will be entered against you for the money or other relief demanded in the complaint.
You must also file the original of your Response with the Clerk of this Court within a reasonable time afterward.
Issued under my hand and the seal of said Court, this 27th day of January, 1995.
J. Ronny Smith
Chancery Clerk of Lincoln County, MS
P.O. Box 555
Brookhaven, MS 39601
By:/s/Debra Littleton, D.C.
(SEAL)
February 1, 8, 15, 1994.

May 9, 1997

---

M _Noble & Noble_ clk# 3395

### TO DAILY LEADER, DR.

To publishing above advertisement of _228_ words _3_ times and making proof, $ _43.84_

RECEIVED OF _Noble & Noble_ $ _43.84_ payment in full.

_5.19_ 19 _95_ _Wanda Costilow_

FOR DAILY LEADER



SEPARATION AGREEMENT

THIS AGREEMENT, made on this __20th__ day of __July_____, 19__93__, by and
between TONYA R. CLEMMONS, hereinafter referred to as the Wife, and SAMUEL L.
CLEMMONS JR., hereinafter referred to as the Husband;

WITNESSETH:

WHEREAS, the parties were married on July 28, 1990, in Brookhaven,
Mississippi; and

WHEREAS, there are three (3) children of their marriage, namely, TIVAGIA D.
CLEMMONS, born March 21, 1987, and VICTORIA N. CLEMMONS, born March 5, 1992,
and JORDAN D. CLEMMONS, born April 27, 1993, hereinafter referred to as the
children, and there are no other children born or conceived of this marriage;
and

WHEREAS, the relationship of the parties has reached the point where their
separation is necessary for their health, welfare, and happiness; and

WHEREAS, they separated on _15 July 93_ with the intention of
permanently terminating the marital relationship, and are currently living
separate and apart from each other without expectation of resuming marital
relations; and

WHEREAS, the parties have arrived at mutually agreeable provisions concerning
the custody and support of the minor children, and also terminating and
settling all property and other rights and obligations arising out of the
marital relationship;

NOW, THEREFORE, in settlement, adjustment, and compromise of all of their
property and other rights and obligations, except as otherwise hereinafter
provided, and for and in consideration of the premises and mutual covenants
and agreements herein contained, it is agreed as follows:

1. SEPARATION: The parties may and shall at all times hereafter continue to
live separate and apart. Each shall be free from interference, authority, and
control, direct or indirect, by the other, as fully as permissible by law.
Each may, for his or her separate use and benefit, conduct, carry on, and
engage in any business, profession, or employment which to him or her may seem
advisable. Each may reside in any such place or places as he or she may
select with careful consideration being given to maintaining an appropriate
residence for the children and conducive to the best interest of the health,
safety, and well-being of such children. Neither shall visit the residence of
the other except where such visit is arranged for in advance by telephone and
with mutual agreement. Each shall be at liberty to act and to do as he or she
shall see fit and to conduct his or her personal and social life as freely and

TONYA R. CLEMMONS                      SAMUEL L. CLEMMONS JR.

fully as allowed by law.  The parties shall not anno, molest, disturb, or
otherwise interfere with each other professionally, socially, or sexually; nor
shall either of them compel or attempt to compel the other to cohabit with him
or her by any means whatsoever.

2.  GENERAL RELEASE:  The parties mutually accept the provisions herein in
full satisfaction of all property rights and all obligations whatsoever
arising out of the marital relationship of the parties or otherwise, except as
otherwise hereinafter provided.  Each party, except as herein otherwise
provided, does hereby release the other, and his or her respective legal
representatives, successors, and assigns, from all causes of actions, claims,
rights, or demands whatsoever which either ever had or now has against the
other, and specifically relinquishes any right, title, and interest in or to
any past, present, or future earnings, accumulation, money, or property of the
other party.

3.  ESTATE CLAIMS:  Each party hereby releases and forever discharges the
other, his or her heirs, executors, administrators, assigns, property, and
estate from any and all rights, claims, and demands or obligations, past,
present, or future, arising out of or by virtue of the marital relationship of
the parties, including, but not limiting the generality of the foregoing to,
dower rights, curtesy, homestead rights, right to use of mansion house, right
to election regarding the estate of the other, or to take against the will of
the other, right to act as executor or administrator of the estate of the
other, and all other similar and related rights, under the laws of any state
or territory of the United States or of any foreign country, as such laws
exist, or may hereafter be enacted or amended.  Each party will, upon the
request of the other, execute good and sufficient releases of dower or curtesy
to the other, to his or her heirs, executors, administrators, or assigns, or
will join, at the request of the other, in executing any deed or other
instrument affecting property acquired subsequent to the date of this
Agreement.

4.  DEBTS:  The Husband shall be solely responsible for all that have occurred
during the marriage.

    a.  Each party shall hold harmless and indemnify the other against any and
all liability in connection with those bills that he or she is obligated to
pay under the terms of this agreement.  The parties hereto agree that no
further debts will be contracted in the name of the other party, and to hold
the other harmless in the event of a breach of this paragraph.  The parties
further agree that neither party shall charge or cause or permit to be charged
to or against the other any purchase or purchases which either of them may
hereafter make, and neither party shall hereafter secure or attempt to secure
any credit upon or in connection with the other party, or in his or her name,
and each of them will promptly pay all debts and discharge all financial
obligations which each may incur for himself or herself.


_____          _____
TONYA R. CLEMMONS                           SAMUEL L. CLEMMONS JR.


Page 2

5.  PROPERTY DIVISION.  The parties have already divided their personal property, formerly located in the marital domicile and otherwise, to their mutual satisfaction.  It is expressly agreed between the parties that each of them shall retain possession of and title to, and shall have and enjoy independently of, any claim or right of the other party, as his or her own property, that tangible and intangible property which is in his or her respective possession as of the signing of this Agreement, the same as though he or she were unmarried.

a.  INTANGIBLE PERSONAL PROPERTY:  The Wife and Husband share an Investment Plan.  The Husband's portion will be signed over to the oldest daughter, TIVAGIA D. CLEMMONS, as of August 1, 1993.  The Wife Agrees to continue to contribute one hundred dollars per month, ($100.00) to the plan.  The husband agrees to continue to purchase savings bonds in the names of the children for the education of the children.

6.  MILITARY RETIRED PAY:  The parties hereby reserve the issue of the division of any military retired pay or disability benefits to which the Husband may become entitled for later decision by a court of competent jurisdiction.

7.  WAIVER OF PROPERTY RIGHTS:  All property and money received by the parties after the date of this Agreement shall be the separate property of the respective parties, free and clear of any right, interest, or claim of the other party, and each party shall have the right to deal with, and dispose of, his or her separate property, both real and personal, as fully and effectively as if the parties had never been married.

8.  SPOUSAL SUPPORT:

a.  The husband will pay the wife the sum of $1,000.00 for travel expenses before the 15th of July, 1993.

b.  The parties agree that the support payments will be treated as alimony for purposes of I.R.C. Sections 71 and 215, and that the payments will be deductible by the Husband and will be treated as gross income to the Wife.

9.  CHILD CUSTODY:  The Wife shall have sole custody of the children; the Husband shall have visitation rights with no limitations.  The Husband shall give the Wife reasonable advance notice whenever he intends to exercise his rights.

10.  CHILD SUPPORT:

a.  The Husband shall pay the Wife for child support the amount of four hundred seventy seven dollars ($477.00) per month, payable on the first day of August, 1993, and continuing on the first day of each and every month thereafter until the youngest of such children attains the age of eighteen years, or is otherwise emancipated as defined below.  An emancipation event

TONYA R. CLEMMONS

SAMUEL L. CLEMMONS JR.

shall occur or be deemed to occur upon the happening of the earliest of the following: Marriage by the child, death of the child, adoption of the child by another party, child entering the Armed Forces, whichever shall first occur. Such payments shall terminate at the death of the Husband.

11. DEPENDENCY EXEMPTIONS: The Wife shall be entitled to the dependency exemptions of the children for income tax purposes. The Husband agrees to properly complete and provide to the Wife the documents and forms necessary for the Wife to take advantage of such exemption, if any such documents become required.

12. TAX MATTERS: The parties agree to file separate Federal and State income tax returns for the year 1993, and for all subsequent years. Any tax refund from said returns shall be the sole property of the party filing the separate return.

13. MILITARY PRIVILEGES: The Husband and Wife shall cooperate in arranging for the Wife and children's use of such military facilities and privileges as they are entitled to by law.

14. ADDITIONAL INSTRUMENTS: Each of the parties shall promptly execute and deliver such deeds, title documents, releases, assignments, identification cards, applications for dependent identification cards, medical policies, applications for benefits, and other written instruments as may be required from time to time to carry into effect fully the terms and conditions of this Agreement.

15. TRANSPORTATION: The Husband will arrange for transportation of the Wife and children and their property to whatever place the Wife shall designate, to the extent of the Husband's Army entitlement for transportation of his dependents, such transportation to be at no cost to the Wife or to the Husband.

16. MODIFICATION, PRIOR, AND SUBSEQUENT AGREEMENTS: The parties hereby cancel, annul, and invalidate any and all prior property settlement agreements made by them at any time heretofore, whether oral or written. All modifications of this Agreement shall be of no effect unless expressed in writing and signed by both parties. The parties agree that this Agreement contains their entire understanding, there being no representations, promises, warranties, covenants, or undertakings ("side-agreements") other than those expressly set forth herein.

17. BINDING EFFECT: All covenants, promises, stipulations, agreements, and provisions contained herein shall apply to, bind, and be obligatory upon the heirs, executors, administrators, personal representatives, and assigns of the parties hereto.


TONYA R. CLEMMONS                    SAMUEL L. CLEMMONS JR.


Page 4

18. NOTICES: For the purpose of this Agreement, all notices and other communications given or made hereunder shall be sent to an address to be supplied by the parties to each other as soon as the parties have resettled.

19. LEGAL ADVICE: Both parties have been given the opportunity to seek and obtain legal advice from a member of the bar before executing this Agreement and each acknowledges that he or she fully understands his or her rights and obligations hereunder.

20. CHOICE OF LAW: The Agreement will be construed and obligations thereunder will be governed by the laws of the state with jurisdiction over the divorce.

21. COUNSEL FEES AND COURT COSTS: The Husband and Wife agree that in the event of a divorce proceeding each party will pay his or her own counsel fees and court costs.

22. SEVERABILITY: If any provision of this Agreement is held to be invalid, illegal, void, or for any other reason unenforceable, that provision shall be severed without affecting the remaining provisions, and those remaining shall be construed to be given as much meaning and effect as is legally possible.

--------------------------- End of Agreement ---------------------------

TONYA R. CLEMMONS                              SAMUEL L. CLEMMONS JR.

Page 5

IN WITNESS WHEREOF, the Husband has at ___Wuerzburg, Germany___,
this _20th_ day of _July_____, 19_93_, set his hand and seal to this
Separation Agreement consisting of __7__ typewritten pages, this included, the
preceding pages hereof bearing his signature.

SAMUEL L. CLEMMONS JR.

WITH THE ARMED FORCES OF THE UNITED    )
                                       )   ss:
STATES IN EUROPE, APO AE _09036_____  )

I, THE UNDERSIGNED OFFICER, certify that I am now in active Federal Service as
a Commissioned Officer of the Judge Advocate General's Corps, United States
Army, that in such capacity I have the General Power of a Notary Public, and
that the person whose name appears above personally appeared before me this
day and date and after the contents had been fully read and explained,
acknowledged that he had signed and executed said instrument freely and
voluntarily for the uses and purposes therein set forth.

WITNESS MY HAND AND SEAL OF OFFICE, on the day and date hereinabove written.

Marc D.A. Cipriano
CPT, JA
Assistant Staff Judge Advocate

TONYA R. CLEMMONS

SAMUEL L. CLEMMONS JR.

IN WITNESS WHEREOF, the Wife has at _Schweinfurt Germany_____, 51
this _14th_ day of _July_____, 19_93_, set her hand and seal to this
Separation Agreement consisting of _2_ pages, this included, the preceding
pages hereof bearing her signature.

<br/>

_____
TONYA R. CLEMMONS

<br/>

WITH THE ARMED FORCES OF THE UNITED    )
                                       )  ss:
STATES IN EUROPE, APO AE _09226____    )

<br/>

I, THE UNDERSIGNED OFFICER, certify that I am now in active Federal Service as
a Commissioned Officer of the Judge Advocate General's Corps, United States
Army, that in such capacity I have the General Power of a Notary Public, and
that the person whose name appears above personally appeared before me this
day and date and after the contents had been fully read and explained,
acknowledged that she had signed and executed said instrument freely and
voluntarily for the uses and purposes therein set forth.

WITNESS MY HAND AND SEAL OF OFFICE, on the day and date hereinabove written.

<br/>

_____
Arthur P. Stone
Cpt. JA
Asst. SJA

<br/>
<br/>

_____          _____
TONYA R. CLEMMONS                         SAMUEL L. CLEMMONS JR.

<br/>

Page 7

501 Preston Lake Drive
Box #48
Tucker, GA 30084

August 9, 1994

Noble & Noble
Attorney At Law
P.O. Box 4
Brookhaven, MS 39601

Dear Lawyer Nobel:

I have enclosed a check payable to Tonya R. Clemmons in the
amount of $600.00 for child support payment. The amount covers
the months of July and August.

You can call her, or her mother "Cynitha Lewis" informing them
you are in possession of the children child support payment.
Only Tonya must be able to pick up the check. When she come into
your office to pick up the check. I would like for you to inform
her to start producing receipts to show exactly where these kids
money is spent and utilized.

Once she is in your office you can also summon her with the
necessary documents to bring this whole ordeal to an end.

If you have any questions or concerns please contact me.

Sincerely,

Samuel L. Clemmons

1 Enclosure

53



53

# AUTHORIZATION TO START, STOP OR CHANGE
## AN ALLOTMENT FOR ACTIVE DUTY
### OR RETIRED PERSONNEL

COPY CTRL NO.

PREPARED

## Privacy Act Statement

**AUTHORITY:** 37 U.S.C. 101 et seq; E.O. 9397, November 1943 (SSN).

**PRINCIPAL PURPOSES:** To permit starts, changes, or stops to allotments other than bond allotments. To maintain a record of allotments other than bond allotments and ensure starts, changes, and stops are in keeping with member's desires.

**ROUTINE USES:** Information may be released to computer service centers and other accounting services when such centers and services act as authorized agents of financial organizations specified by the member to receive allotments. Disclosure may be made to the Federal Reserve System when payment of allotment is made through the electronic fund transfer system to financial organizations. Records may also be disclosed to Congress; allottees; Secret Service; General Accounting Office; Federal, State and local courts; U.S. Treasury; and to the Department of Justice, in some cases for prosecution, civil litigation, or for investigative purposes.

**DISCLOSURE:** Voluntary; however, failure to provide the requested information as well as the SSN may result in the member not being able to start, change, or stop allotments.

| TO BE COMPLETED BY ALLOTTER | | |
|---|---|---|
| **1. ALLOTTER'S NAME** (Last, First, Middle Initial) (Print or type)<br>CLEMMONS, SAMUEL L. | **2. SOCIAL SECURITY NUMBER**<br>427-XX-XXXX | **3. GRADE** (AD only)<br>O2 |
| **4. ALLOTTER'S MAILING ADDRESS** (Street or Box Number, City, State, Zip Code)<br>HHC 2-15TH INF. BOX 48<br>UNIT# 25652<br>APO, AE 09033 | **5. EFFECTIVE DATE** (YYMM)<br>1 AUG 93 | **6. ALLOTMENT AMOUNT** (Per Month)<br>$477.00 |

| | |
|---|---|
| **7. ALLOTTEE'S NAME** (First, Middle Initial, Last)<br>TONYA R. CLEMMONS | **8. ALLOTMENT ACTION**<br>⊠ a. START    ☐ b. STOP    ☐ c. CHANGE |

| 9. CREDIT LINE (If applicable) | 10. ALLOTMENT CLASS AUTHORIZED (X only one) |
|---|---|
| | C   CHARITY / CFC (Note 2) |
| | ⊠ D   SUPPORT (Note 1) |
| | F   CHARITY - EMERGENCY / ASSISTANCE FUND CONTRIBUTIONS |
| **ALLOTTEE'S MAILING ADDRESS** (Street or Box Number, City, State, Zip Code)<br>3144 N. 26TH STREET<br>MILWAUKEE, WI 53216 | H   REPAYMENT OF HOME LOAN (Note 2) |
| | I   INSURANCE |
| | L   REPAY SERVICE ORGANIZATION (Red Cross, etc.) |
| | N   PAY PREMIUMS ON USGLI OR NSLI TO VA (Note 2) |
| | S   PAYMENT TO FINANCIAL ORGANIZATION / VEAP (Note 3) |
| **12. IF FOREIGN ADDRESS COMPLETE AS FOLLOWS** (Province, Country) | T   LIQUIDATION OF DEBTS TO U.S. OR DELINQUENT STATE / LOCAL INCOME / EMPLOYMENT TAXES |
| | X   LOCALLY PAID ALLOTMENT |
| | OTHER (Specify) |

| 13. REMARKS | |
|---|---|
| | **14. ACCOUNT NUMBER / POLICY NUMBER** |
| | **15. TOTAL CLASS L AMOUNT**<br>$     **16. TOTAL CLASS T AMOUNT**<br>$ |

| 17. SIGNATURE OF ALLOTTER | 18. DATE (YYMMDD) |
|---|---|
| Samuel L. Clemmons | 93 AUG 1 |

**NOTE 1.** Must be different address than allotter. Each dependent allotment must have a different credit line. Only one support allotment per dependent is allowed.

**NOTE 2.** May not be started after retirement.

**NOTE 3.** May not be started or changed after retirement.

**DD Form 2558, MAR 90**

398 079

54

## SOURCE DOCUMENT REJECT CONTROL SLIP

## C DET, 106TH FINANCE BATTALION
## APO AE 09033

*55*

TO: CLEMMONS, SAMUEL L
HHC 2-15th INF

### ERROR DESCRIPTION

_____ **SSAN WRONG**

_____ **NAME WRONG**

_____ **TRANSACTION PREVIOUSLY POSTED**

_____ **DOCUMENT PREPARATION INCORRECT**
**REFERENCE**

_____

_____

**X** **OTHER (EXPLAIN)**

SM HAS ALLOTMENT FOR 477.00 GOING

TO 4035 N 41ST MILWAUKEE WI 53216

ALREADY. DOES HE WANT ANOTHER

MUST DO A CHANGE TO INCREASE THE
SECOND ALLOT. CANT HAVE TWO TO THE SAME PLACE

**DATE**                    **CLERK'S INITIALS**

930810                    MO

(55)

56

# DEFENSE FINANCE AND ACCOUNTING SERVICE MILITARY LEAVE AND EARNINGS STATEMENT

| ID | NAME (LAST, FIRST, MI) | SSN | GRADE | PAY DATE | YRS SVC | ETS | BRANCH | ADSN DSSN | PERIOD COVERED |
|----|------------------------|-----|-------|----------|---------|-----|--------|-----------|----------------|
|    | CLEMMONS SAMUEL L | 427088671 | 02 | 850929 | 06 | 888888 | ARMY | 6359 | 1-31 AUG 93 |

## ENTITLEMENTS / DEDUCTIONS / ALLOTMENTS / SUMMARY

| | ENTITLEMENTS | | DEDUCTIONS | | ALLOTMENTS | | SUMMARY | |
|---|---|---|---|---|---|---|---|---|
| | TYPE | AMOUNT | TYPE | AMOUNT | TYPE | AMOUNT | | |
| A | BASE PAY | 2488.20 | FEDERAL TAXES | 207.56 | CFC ALLOT | 18.00 | +AMT FWD | .00 |
| B | BAS | 139.39 | FICA-SOC SECURITY | 154.27 | DISCRETIONARY ALT | 477.00 | +TOT ENT | 3,035.76 |
| C | COLA | 408.17 | FICA-MEDICARE | 36.08 | DISCRETIONARY ALT | 100.00 | -TOT DED | 979.36 |
| D | | | STATE TAXES | 51.91 | BANK ACCT ALLOT | 377.70 | | |
| E | | | SGLI | 16.00 | BANK ACCT ALLOT | 465.00 | -TOT ALMT | 1,429.70 |
| F | | | MID-MONTH-PAY | 513.54 | | | | |
| G | | | | | | | +NET AMT | 626.70 |
| H | | | | | | | | |
| I | | | | | | | -CR FWD | .00 |
| J | | | | | | | | |
| K | | | | | | | +EOM PAY | |
| L | | | | | | | | 626.70 |
| M | | | | | | | | |
| N | | | | | | | | |
| O | | | | | | | | |
| | TOTAL | 3035.76 | | 979.36 | | 1429.70 | | |

| | BF BAL | ERND | USED | CR BAL | ETS BAL | LOST | PAID | USE LOSE | FED TAXES | WAGE PERIOD | WAGE YTD | M/S | EX | ADD'L TAX | TAX YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LEAVE | 27.0 | 27.5 | 30 | 24.5 | .0 | .0 | .0 | 0 | | 2488.20 | 19905.60 | M | 03 | .00 | 1960.48 |

| | WAGE PERIOD | WAGE YTD | TAX YTD | MED WG YTD | MD TX YTD | STATE TAXES | ST | WG PERIOD | WAGE YTD | M/S | EX | TAX YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FICA TAXES | 2488.20 | 19905.60 | 1234.18 | 19905.60 | 288.64 | | MS | 2488.20 | 19905.60 | M | 03 | 415.28 |

| PAY DATA | BAQ TYPE | BAQ DEPN | VHA ZIP | RENT AMT | SHARE | STA | JFTR | DEPNS | 2D JFTR | BAS TYPE | CHAR TY | TPC | PACIDN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | .00 | 0 | | GE153 | 4 | | | 60.00 | | A12AM3AT |

| REMARKS: | YTD ENTITLE | 24390.28 | YTD DEDUCT | 3718.56 | | 33 0 0001565 |
|---|---|---|---|---|---|---|

| START DISCRETIONARY ALLOTMENT 9308 (213) | STOP DISCRETIONARY ALLOTMENT 9307 (223) |
| LONGEVITY UPDATED 930628(233) | BANK NATIONSBANK OF TEXAS, N.A. |
| COLA LOCATION - | ACCT # 5821426 |
| OTHER GERMANY | |

DFAS Form 702, May 92

56

# DEFENSE FINANCE AND ACCOUNTING SERVICE MILITARY LEAVE AND EARNINGS STATEMENT

| NAME (LAST, FIRST, MI) | SSN | GRADE | PAY DATE | YRS SVC | ETS | BRANCH | ADSN DSSN | PERIOD COVERED |
|---|---|---|---|---|---|---|---|---|
| CLEMMONS SAMUEL L | 427 | 02 | 850629 | 08 | 999999 | ARMY | 6359 | 1-30 SEP 93 |

| ENTITLEMENTS | | DEDUCTIONS | | ALLOTMENTS | | SUMMARY | |
|---|---|---|---|---|---|---|---|
| TYPE | AMOUNT | TYPE | AMOUNT | TYPE | AMOUNT | +AMT FWD | .00 |
| BASE PAY | 2488.20 | FEDERAL TAXES | 207.58 | DISCRETIONARY ALT | 477.00 | +TOT ENT | 3,022.59 |
| BAS | 139.39 | FICA-SOC SECURITY | 154.27 | BANK ACCT ALLOT | 465.00 | -TOT DED | 1,273.21 |
| COLA | 395.00 | FICA-MEDICARE | 36.08 | | | -TOT ALMT | 942.00 |
| | | STATE TAXES | 51.91 | | | •NET AMT | 807.38 |
| | | SGLI | 6.00 | | | -CR FWD | .00 |
| | | MID-MONTH-PAY | 807.39 | | | •EOM PAY | 807.38 |
| TOTAL | 3022.59 | | 1273.21 | | 942.00 | | |

| LEAVE | BF BAL | ERND | USED | CR BAL | ETS BAL | LOST | PAID | USE LOSE | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 27.0 | 30.0 | 30 | 27.0 | .0 | .0 | .0 | 0 | | | | | |

| | FED TAXES | WAGE PERIOD | WAGE YTD | MS | EX | ADD'L TAX | TAX YTD |
|---|---|---|---|---|---|---|---|
| | | 2488.20 | 22393.80 | M | 03 | .00 | 1868.04 |

| FICA TAXES | WAGE PERIOD | WAGE YTD | TAX YTD | MED WG YTD | MD TX YTD | STATE TAXES | ST | WG PERIOD | WAGE YTD | MS | EX | TAX YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2488.20 | 22393.80 | 1388.43 | 22393.80 | 324.72 | | MO | 2488.20 | 22393.80 | M | 03 | 467.19 |

| PAY DATA | BAQ TYPE | BAQ DEPN | VHA | ZIP | RENT AMT | SHARE | STAT | JFTR | DEPNS | 2D JFTR | BAS TYPE | CHARITY | TPC | PACIDN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | .00 | 0 | GE153 | 4 | | | | 80.00 | | A12AN3AT |

**REMARKS:**   YTD ENTITLE   27412.87   YTD DEDUCT   4184.38   32 0 0001605

```
STOP    BANK ACCOUNT ALLOTMENT    9308   (244)    :STOP   CFC ALLOTMENT              9308   (244)
STOP    DISCRETIONARY ALLOTMENT   9308   (244)    :BANK   NATIONSBANK OF TEXAS, N.A.
COLA LOCATION =                                   :ACCT = 5821428
OTHER               GERMANY
```

DFAS Form 702, May 92

# DEFENSE FINANCE AND ACCOUNTING SERVICE MILITARY LEAVE AND EARNINGS STATEMENT

| ID | NAME (LAST, FIRST, MI) | SSN | GRADE | PAY DATE | YRS SVC | ETS | BRANCH | ADSN/DSSN | PERIOD COVERED |
|---|---|---|---|---|---|---|---|---|---|
| | CLEMMONS SAMUEL L | 427 | 02 | 850829 | 08 | 888888 | ARMY | 6359 | 1-30 NOV 93 |

| ENTITLEMENTS | | DEDUCTIONS | | ALLOTMENTS | | SUMMARY | |
|---|---|---|---|---|---|---|---|
| TYPE | AMOUNT | TYPE | AMOUNT | TYPE | AMOUNT | +AMT FWD | .00 |
| A BASE PAY | 2488.20 | FEDERAL TAXES | 207.56 | DISCRETIONARY ALT | 1000.00 | +TOT ENT | 3,062.09 |
| B BAS | 139.39 | FICA-SOC SECURITY | 154.27 | DISCRETIONARY ALT | 477.00 | | |
| C COLA | 434.50 | FICA-MEDICARE | 36.08 | BANK ACCT ALLOT | 465.00 | -TOT DED | 812.71 |
| | | STATE TAXES | 51.91 | | | | |
| H | | SGLI | 16.00 | | | -TOT ALMT | 1,942.00 |
| I | | MID-MONTH-PAY | 46.89 | | | | |
| J | | | | | | -NET AMT | 307.38 |
| K | | | | | | -CR FWD | .00 |
| L | | | | | | | |
| M | | | | | | +EOM PAY | |
| N | | | | | | | 307.38 |
| O | | | | | | | |
| TOTAL | 3062.09 | | 812.71 | | 1942.00 | | |

| LEAVE | BF BAL | ERND | USED | CR BAL | ETS BAL | LV LOST | LV PAID | USE/LOSE | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 27.0 | 5.0 | 2 | 30.0 | 0 | 0 | 0 | 0 | | | | | | | | | | | |

| FICA TAXES | WAGE PERIOD | WAGE YTD | TAX YTD | MED WG | MED WG YTD | MD TX YTD | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2488.20 | 27370.20 | 1696.97 | 27370.20 | | 396.88 | | | | | | | | | | | | |

| FED TAXES | WAGE PERIOD | WAGE YTD | M/S | EX | ADD'L TAX | TAX YTD |
|---|---|---|---|---|---|---|
| | 2488.20 | 27370.20 | M | 03 | .00 | 2283.16 |

| STATE TAXES | ST | WG PERIOD | WAGE YTD | M/S | EX | TAX YTD |
|---|---|---|---|---|---|---|
| | MS | 2488.20 | 27370.20 | M | 03 | 571.01 |

| PAY DATA | BAQ TYPE | BAQ DEPN | VHA ZIP | RENT AMT | SHARE | STAT | JFTR | DEPNS | 2 JF TR | BAS TYPE | CHARITY | TPC | PACIDN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | .00 | 0 | | | 853 | 4 | | 80.00 | | A12AM3AT |

REMARKS:   YTD ENTITLE   33592.38   YTD DEDUCT   5116.00   28 0 0001399

CHARGE LEAVE   931104-931105(314)     RATE CHG COLA                              931116(322)
BANK  NATIONBANK OF TEXAS, N.A.       COLA LOCATION -
ACCT # 5821426                        OTHER                 GERMANY

DFAS Form 702, May 92