Case 1:06-cv-00125-RSR   Document 6-4   Filed 03/14/2006   Page 1 of 22



| NAME (LAST, FIRST, MI) | SSN | GRADE | PAY DATE | YRS SVC | ETS | BRANCH | ADSN | PERIOD COVERED |
|---|---|---|---|---|---|---|---|---|
| CLEMMONS SAMUEL L | 427___ | 02 | 850829 | 08 | 888888 | ARMY | 8360 | 1-31 DEC 93 |

## ENTITLEMENTS

| TYPE | AMOUNT |
|---|---|
| A BASE PAY | 2488.20 |
| B BAG | 444.08 |
| C BAS | 139.39 |
| D INTERIM VHA | 52.59 |
| COLA | -565.30 |
| ADVANCE DEBT | 178.05 |

## DEDUCTIONS

| TYPE | AMOUNT |
|---|---|
| FEDERAL TAXES | 207.56 |
| FICA-SOC SECURITY | 154.27 |
| FICA-MEDICARE | 36.06 |
| STATE TAXES | 51.91 |
| SGLI | 16.00 |
| DEBT | 178.05 |

## ALLOTMENTS

| TYPE | AMOUNT |
|---|---|
| DISCRETIONARY ALT | 1000.00 |
| DISCRETIONARY ALT | 477.00 |
| BANK ACCT ALLOT | 465.00 |

## SUMMARY

| | |
|---|---|
| +AMT FWD | .00 |
| +TOT ENT | 2,737.01 |
| -TOT DED | 643.87 |
| -TOT ALMT | 1,942.00 |
| =NET AMT | 151.14 |
| -CR FWD | .00 |
| =EOM PAY | 151.14 |

| | TOTAL | 2737.01 | | 643.87 | | 1942.00 | | | |
|---|---|---|---|---|---|---|---|---|---|

| LEAVE | BF BAL | ERND | USED | CR BAL | ETS BAL | LOST | PAID | USE LOSE | FED TAXES | WAGE PERIOD | WAGE YTD | M/S | EX | ADD'L TAX | TAX YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 27.0 | 7.5 | 2 | 32.5 | .0 | .0 | .0 | 0 | | 2488.20 | 29858.40 | M | 03 | .00 | 2490.72 |

| FICA TAXES | WAGE PERIOD | WAGE YTD | TAX YTD | MED WB YTD | MD TX YTD | STATE TAXES | ST | WG PERIOD | WAGE YTD | M/S | EX | TAX YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2488.20 | 29858.40 | 1851.24 | 29858.40 | 432.96 | | NM | 2488.20 | 29858.40 | M | 03 | 622.92 |

| PAY DATA | BAG TYPE | BAG DEPN | VHA ZIP | RENT AMT | SHARE | STAT | JFTR | DEPNS | 2D JFTR | BAS TYPE | CHARITY | TPC | PACIDN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W/DEP | SPOUSE | | .00 | 0 | | | 0 | | | 80.00 | | T2P3GH1B |

| REMARKS: | | | | |
|---|---|---|---|---|
| | YTD ENTITLE | 36329.36 | YTD DEDUC | 5759.89 | 76 0 0001434 |

```
CORRECT  COLA                        930715(340)    |COLA                        930701-930714(340)
INDEBTEDNESS         931201-931231(340)    |CHANGE   COLA                       931116(340)
START   QUARTERS ALLOWANCE      931203(344)    |INDEBTEDNESS        931201-931231(344)
START   PCS                          931204(340)    |PCS                         931204-931206(340)
TOTAL $3 CHARITABLE ALLOT-   $80.00           |VHA BASED ON W/DEP, ZIP 30905
BANK  NATIONSBANK OF TEXAS, N.A.              |
ACCT #.5821426                               |
```

DFAS Form 702, May 92

59

# DEFENSE FINANCE AND ACCOUNTING SERVICE MILITARY LEAVE AND EARNINGS STATEMENT

| NAME (LAST, FIRST, MI) | SSN | GRADE | PAY DATE | YRS SVC | ETS | BRANCH | ADSN DSSN | PERIOD COVERED |
|---|---|---|---|---|---|---|---|---|
| SLEMMONS SAMUEL L | 427 | 02 | 850629 | 06 | 000000 | ARMY | 6300 | 1-31 JAN 94 |

| ENTITLEMENTS | | DEDUCTIONS | | ALLOTMENTS | | SUMMARY | |
|---|---|---|---|---|---|---|---|
| TYPE | AMOUNT | TYPE | AMOUNT | TYPE | AMOUNT | | |
| BASE PAY | 2542.80 | FEDERAL TAXES | 210.19 | DISCRETIONARY ALT | 1000.00 | +AMT FWD | .00 |
| BAQ | 486.30 | FICA-SOC SECURITY | 157.65 | DISCRETIONARY ALT | 477.00 | +TOT ENT | 3,228.84 |
| BAS | 142.45 | FICA-MEDICARE | 36.87 | BANK ACCT ALLOT | 465.00 | -TOT DED | 800.10 |
| INTERIM VHA | 55.29 | STATE TAXES | 54.64 | | | -TOT ALMT | 1,942.00 |
| | | SGLI | 16.00 | | | =NET AMT | 484.74 |
| | | MID-MONTH-PAY | 404.75 | | | -CR FWD | .00 |
| | | | | | | =EOM PAY | 484.74 |
| TOTAL | 3228.84 | | 800.10 | | 1942.00 | | |

| LEAVE | BF BAL | ERND | USED | CR BAL | ETS BAL | LOST | PAID | USE LOSE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 27.0 | 10.0 | 5 | 32.0 | 0 | 0 | 0 | 0 | | | | |

| FED TAXES | WAGE PERIOD | WAGE YTD | M/S | EX | ADD'L TAX | TAX YTD |
|---|---|---|---|---|---|---|
| | 2542.80 | 2542.80 | M | 03 | .00 | 210.19 |

| FICA TAXES | WAGE PERIOD | WAGE YTD | TAX YTD | MED WG YTD | MO TX YTD |
|---|---|---|---|---|---|
| | 2542.80 | 2542.80 | 157.65 | 2542.80 | 36.87 |

| STATE TAXES | ST | WG PERIOD | WAGE YTD | M/S | EX | TAX YTD |
|---|---|---|---|---|---|---|
| | MO | 2542.80 | 2542.80 | M | 03 | 54.64 |

| PAY DATA | BAQ TYPE | BAQ DEPN | VHA ZIP | RENT AMT | SHARE | STA | JFTR | DEPNS | 2D JFTR | BAS TYPE | CHARITY | TPC | PACIDN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | V/DEP | SPOUSE | | .00 | 0 | | 0 | | | | .00 | | T2P3GR1B |

| REMARKS: | YTD ENTITLE | 3228.84 | YTD DEDUCT | 475.35 | 78 0 0001423 |
|---|---|---|---|---|---|

```
RATE CHG BASIC PAY               940101(001)   :RATE CHG BAS              940101(001)
RATE CHG QUARTERS ALLOWANCE      940101(001)   :CHARGE LEAVE        931220-931230(013)
CHANGE  BANK ACCOUNT ALLOTMENT   9401 (015)    :VHA BASED ON V/DEP, ZIP 30905
BANK  NATIONSBANK OF TEXAS, N.A.
ACCT # 5821428
```

DFAS Form 702, May 92

# DEFENSE FINANCE AND ACCOUNTING SERVICE MILITARY LEAVE AND EARNINGS STATEMENT

| NAME (LAST, FIRST, MI) | SSN | GRADE | PAY DATE | YRS SVC | ETS | BRANCH | ADSN | PERIOD COVERED |
|---|---|---|---|---|---|---|---|---|
| CLEMMONS SAMUEL L | 4270 | 02 | 850829 | C8 | 888888 | ARMY | 6360 | 1-28 FEB 94 |

| ENTITLEMENTS | | DEDUCTIONS | | ALLOTMENTS | | SUMMARY | |
|---|---|---|---|---|---|---|---|
| TYPE | AMOUNT | TYPE | AMOUNT | TYPE | AMOUNT | | |
| BASE PAY | 2542.80 | FEDERAL TAXES | 210.19 | DISCRETIONARY ALT | 1000.00 | +AMT FWD | .00 |
| BAQ | 488.30 | FICA-SOC SECURITY | 157.65 | DISCRETIONARY ALT | 477.00 | +TOT ENT | 3,178.93 |
| BAS | 142.46 | FICA-MEDICARE | 36.87 | BANK ACCT ALLOT | 465.00 | -TOT DED | 859.84 |
| INTERIM VHA | 7.37 | STATE TAXES | 54.64 | | | -TOT ALMT | 1,942.00 |
| | | SGLI | 16.00 | | | =NET AMT | 377.09 |
| | | MID-MONTH-PAY | 384.49 | | | -CR FWD | .00 |
| | | | | | | =EOM PAY | 377.09 |
| TOTAL | 3178.93 | | 859.84 | | 1942.00 | | |

| LEAVE | BF BAL | ERND | USED | CR BAL | ETS BAL | LOST | PAID | USE LOSE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 27.0 | 12.5 | 5 | 34.5 | .0 | .0 | .0 | 0 | FED TAXES | WAGE PERIOD | WAGE YTD | MS EX ADD'L TAX TAX YTD |
| | | | | | | | | | | 2542.80 | 5085.60 | M 03 .00 420.38 |
| FICA TAXES | WAGE PERIOD | WAGE YTD | TAX YTD | MED WG YTD | MD TX YTD | | | | STATE TAXES | ST WG PERIOD | WAGE YTD | MS EX TAX YTD |
| | 2542.80 | 5085.60 | 315.30 | 5085.60 | 73.74 | | | | | 2542.80 | 5085.60 | M 03 109.28 |
| PAY DATA | BAQ TYPE | BAQ DEPN | VHA ZIP | RENT AMT | SHARE | STA | JFTR | DEPNS | 2D JF TR | BAS TYPE | CHARITY | TPC PACIDN |
| | W/DEP | SPOUSE | | .00 | 0 | | | 0 | | | .00 | T2P30M1B |

REMARKS:
YTD ENTITLE    9405.77    YTD DEDUCT    950.70

76 0 0001510

CHANGE BANK ACCOUNT ALLOTMENT    9402 (032)    STOP    INTERIM VHA    940204(035)
BANK NATIONSBANK OF TEXAS, N.A.
ACCT # 5821426

DFAS Form 702, May 92

DEFENSE FINANCE AND ACCOUNTING SERVICE MILITARY LEAVE AND EARNINGS STATEMENT

| ID | NAME (LAST, FIRST, MI) | SOC SEC NO | GRADE | PAY DATE | YRS SVC | ETS | BRANCH | ADSN/DSSN | PERIOD COVERED |
|---|---|---|---|---|---|---|---|---|---|
| | CLEMMONS SAMUEL L | 427## | 02 | 850829 | 08 | 888888 | ARMY | 636# | 1-31 MAR 94 |

| ENTITLEMENTS | | DEDUCTIONS | | ALLOTMENTS | | SUMMARY | |
|---|---|---|---|---|---|---|---|
| TYPE | AMOUNT | TYPE | AMOUNT | TYPE | AMOUNT | | |
| BASE PAY | 2542.80 | FEDERAL TAXES | 210.19 | DISCRETIONARY ALT | 1000.00 | +AMT FWD | .00 |
| BAQ | 486.30 | FICA-SOC SECURITY | 157.65 | DISCRETIONARY ALT | 477.00 | +TOT ENT | 3,274.75 |
| BAS | 142.46 | FICA-MEDICARE | 36.87 | BANK ACCT ALLOT | 465.00 | | |
| VHA | 143.73 | STATE TAXES | 54.64 | | | -TOT DED | 852.47 |
| INTERIM VHA | -40.54 | SGLI | 16.00 | | | -TOT ALMT | 1,942.00 |
| | | MID-MONTH-PAY | 377.12 | | | =NET AMT | 480.28 |
| | | | | | | -CR FWD | .00 |
| | | | | | | =EOM PAY | 480.28 |
| TOTAL | 3274.75 | | 852.47 | | 1942.00 | | |

| | BF BAL | ERND | USED | CR BAL | ETS BAL | LOST | PAID | USE LOSE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LEAVE | 27.0 | 15.0 | 30 | 12.0 | .0 | .0 | .0 | .0 | | | | | | | | | |

| | | FED TAXES | WAGE PERIOD | WAGE YTD | MS | EX | ADD'L TAX | TAX YTD |
|---|---|---|---|---|---|---|---|---|
| | | | 2542.80 | 7628.40 | M | 03 | .00 | 630.57 |

| FICA TAXES | WAGE PERIOD | WAGE YTD | TAX YTD | MED WG YTD | MD TX YTD | STATE TAXES | ST | WG PERIOD | WAGE YTD | MS | EX | TAX YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2542.80 | 7628.40 | 472.95 | 7628.40 | 110.61 | | MS | 2542.80 | 7628.40 | M | 03 | 163.92 |

| PAY DATA | BAQ TYPE | BAQ DEPN | VHA ZIP | RENT AMT | SHARE | STA | JFTR | DEPNS | 2D JFTR | BAS TYPE | CHARITY | TPC | PACIDN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W/DEP | SPOUSE | 30905 | 540.00 | 1 | R | | 0 | | | .00 | | T2P30M1B |

REMARKS:      YTD ENTITLE    9680.52      YTD DEDUCT    1426.05      75 0 0001602

CHARGE LEAVE      940118-940211(063)      1START    VHA      940113(070)
VHA BASED ON W/DEP, ZIP 30905      1BANK   NATIONSBANK OF TEXAS, N.A.
     1ACCT # 5821426

DFAS Form 702, May 92

| ID | NAME (LAST, FIRST, MI) | | SSN | GRADE | PAY DATE | YRS SVC | ETS | BRANCH | SSN PERIOD COVERED | |
|---|---|---|---|---|---|---|---|---|---|---|
| | CLEMMONS SAMUEL L | | 42■■■ | 02 | 850829 | 08 | 888888 | ARMY | 6360 | 01-30 APR 94 |

| ENTITLEMENTS | | | DEDUCTIONS | | | ALLOTMENTS | | | SUMMARY | |
|---|---|---|---|---|---|---|---|---|---|---|
| | TYPE | AMOUNT | TYPE | AMOUNT | TYPE | | AMOUNT | | | |
| A | BASE PAY | 2542.80 | FEDERAL TAXES | 210.19 | DISCRETIONARY ALT | | 1000.00 | +AMT FWD | | .00 |
| B | BAQ | 486.30 | FICA-SOC SECURITY | 157.65 | DISCRETIONARY ALT | | 477.00 | +TOT ENT | 3,226.84 | |
| C | BAS | 142.46 | FICA-MEDICARE | 36.87 | BANK ACCT ALLOT | | 465.00 | | | |
| D | VHA | 55.28 | STATE TAXES | 54.64 | | | | -TOT DED | 880.11 | |
| E | | | SGLI | 16.00 | | | | | | |
| I | | | MID-MONTH-PAY | 404.76 | | | | -TOT ALMT | 1,942.00 | |
| J | | | | | | | | | | |
| K | | | | | | | | -NET AMT | 404.73 | |
| L | | | | | | | | | | |
| M | | | | | | | | -CR FWD | .00 | |
| N | | | | | | | | | | |
| O | | | | | | | | +EOM PAY | | |
| | | | | | | | | | 404.73 | |
| | TOTAL | 3226.84 | | 880.11 | | | 1942.00 | | | |

| LEAVE | BF BAL | ERND | USED | CR BAL | ETS BAL | LOST | PAID | USE/LOSE | FED TAXES | WAGE PERIOD | WAGE YTD | M/S | EX | ADD'L TAX | TAX YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 27.0 | 17.5 | 39 | 5.5 | 0 | 0 | 0 | 0 | | 2542.80 | 10171.20 | M | 02 | .00 | 840.76 |

| FICA TAXES | WAGE PERIOD | WAGE YTD | TAX YTD | MED WG YTD | MD TX YTD | STATE TAXES | ST | WG PERIOD | WAGE YTD | M/S | EX | TAX YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2542.80 | 10171.20 | 630.60 | 10171.20 | 147.48 | | MN | 2542.80 | 10171.20 | M | 03 | 218.56 |

| PAY DATA | BAQ TYPE | BAQ DEPN | VHA ZIP | RENT AMT | SHARE | STA | JFTR | DEPNS | 2D JFTR | BAS TYPE | CHARITY | TPC | PACIDN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W/DEP | SPOUSE | 30905 | 540.00 | 1 | R | | 0 | | | .00 | | T2P3GN1B |

| REMARKS: | | | | |
|---|---|---|---|---|
| | YTD ENTITLE | 12907.36 | YTD DEDUCT | 1901.40 | 81 0 0001448 |

CHNGE LEAVE              940317-940325(091)      VHA BASED ON W/DEP, ZIP 30905
BANK  NATIONBANK OF TEXAS, N.A.
ACCT # 5621426

DFAS Form 702, May 92

# DEFENSE FINANCE AND ACCOUNTING SERVICE MILITARY LEAVE AND EARNINGS STATEMENT

| NAME (LAST, FIRST, MI) | | SSN | GRADE | PAY DATE | YRS SVC | BRANCH | ADSN/DSSN | PERIOD COVERED |
|---|---|---|---|---|---|---|---|---|
| SIMMONS SAMUEL L | | 427****02 | 850829 | 08 | 888888 | ARMY | 6360 | 31 MAY 94 |

| ENTITLEMENTS | | DEDUCTIONS | | ALLOTMENTS | | SUMMARY | |
|---|---|---|---|---|---|---|---|
| TYPE | AMOUNT | TYPE | AMOUNT | TYPE | AMOUNT | | |
| BASE PAY | 2542.80 | FEDERAL TAXES | 216.19 | | | +AMT FWD | .00 |
| BAQ | 486.30 | FICA-SOC SECURITY | 157.65 | | | +TOT ENT | 3,226.84 |
| BAS | 142.46 | FICA-MEDICARE | 36.87 | | | -TOT DED | 3,226.84 |
| VHA | 55.28 | STATE TAXES | 54.64 | | | -TOT ALMT | .00 |
| | | SGLI FOR 200,000 | 18.00 | | | =NET AMT | .00 |
| | | STATUS DET | 2751.49 | | | -CR FWD | .00 |
| | | | | | | =EOM PAY | .00 |
| TOTAL | 3226.84 | | 3226.84 | | | | |

| LEAVE | BF BAL | ERND | USED | CR BAL | ETS BAL | LOST | PAID | USE/LOSE | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 27.0 | 20.0 | 45 | 2.0 | 0 | 0 | .0 | 0 | | | | | | |

| FED TAXES | WAGE PERIOD | WAGE YTD | M/S | EX | ADD'L TAX | TAX YTD |
|---|---|---|---|---|---|---|
| | | | M | 03 | .00 | 1050.95 |

| FICA TAXES | WAGE PERIOD | WAGE YTD | TAX YTD | MED WG | MD TX YTD |
|---|---|---|---|---|---|
| | 2542.80 | 12714.00 | 788.25 | 12714.00 | 184.35 |

| STATE TAXES | ST | WG PERIOD | WAGE YTD | M/S | EX | TAX YTD |
|---|---|---|---|---|---|---|
| | TX | 2542.80 | 12714.00 | M | 03 | 273.20 |

| PAY DATA | BAQ TYPE | BAQ DEPN | VHA ZIP | RENT AMT | SHARE | STA | JFTR | DEPNS | 2D JFTR | BAS TYPE | CHARITY | TPC | PACIDN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W/DEP | SPOUSE | 30905 | 540.00 | F | R | | 0 | | | .00 | | T2P30H1B |

| REMARKS: | YTD ENTITLE | 16134.20 | YTD DEDUCT | 2370.73 | | 80 0 0001437 |
|---|---|---|---|---|---|---|

STATUS DETERMIN HLDPAY BAL        \$2751.49    ISTDP    DISCRETIONARY ALLOTMENT  \$404  (123)
STOP   DISCRETIONARY ALLOTMENT  \$404  (123)    ISTRP    BANK ACCOUNT ALLOTMENT   \$404  (123)
START  HELD PAY-STATUS          940503(123)    ICHARGE LEAVE            940415-940419(133)
ADVANCE LEAVE          940420-940420(133)      IVHA BASED ON W/DEP, ZIP 30905
BANK   NATIONSBANK OF TEXAS, N.A.
ACCT # 5021420

DFAS Form 702, May 92

66

SAMUEL L. CLEMMONS
625 Pleasant Home Road
Apartment #254
Augusta, GA  30907
(706) 869-0581/831-7171

6/21/99

Dear Tonya,

Here is the money for the children clothing.  Like I discussed with
you over the phone, you need to take a complete inventory of all the
items that were destroyed in the entire room.  You need to also list
the value of each item.  You also need to obtain a copy of the police
and fireman report.  Without the two report I will not be able to
successful file a claim for the damages.  If you have taken photos of
the rooms, I will need those as well.

Enclosed in this letter is an emergency card for the children and
yourself.  Use this card for emergency.  If one of the children get
severely sick like Jordan did.  Have them admitted into the hospital
for a night at least for observation.

The child support payment will decrease tremendously.  Why, because of
this emergency hospital plan I am paying for.  The saving bonds I'm
paying for.

The total support payment you will received will probably turn out to
be approximately $205.00.  If you have any questions, I can fully
explain to you how I got the amount.

I will close here.  You should have received the stroller by now in
the mail.  If you have not I need to know.


                    Sincerely,


                    Samuel Clemmons

**SAMUEL L. CLEMMONS**
501 Preston Lake Drive
Tucker, GA 30084
Phone (404) 493-3972

September 15, 1994

3144 N. 26th Street
Milwaukee, WI 53206

Dear Tonya:

Here are the last forms and documentation you can present to any
military transportation department. You have one more time to move
anywhere in the United States you would like to move to. This is the
last entitlement you are entitled to receive on my orders. If and
when you decide to move use orders #D33-16 dated 17 Feb. 94. If you
would like to move your things out of storage to another location.
You must present both orders to the transportation department. Tell
them where your items are storage and what area or city you would like
for them to be move to.

Do not use these orders to get your things out of storage. You can
used the power of attorney if you needed. Only used the entire
documents enclosed if you would like to relocate to another state.

If you have any additional questions or concerns please contact me.

Sincerely,


Samuel L. Clemmons

# JCPenney CATALOG

SAMUEL CLEMMONS
501 PRESTON LAKE DR
TUCKER GA 30084

December 18, 1994
Inv. No. 86347-47118
Terms  VISA
Exp. date 07/96
Routing  1982-0
Store  404-493-3972

| Qty | Catalog No. | Item | Price | | Tax | Ln. | / C |
|---|---|---|---|---|---|---|---|
| 1 | R721-7789A | Twin Comforter | 39.99 | 1.75 | 2.30 | 01 | 8 |
| 1 | R720-2401A | Nancer Blanket | 14.99 | .70 | .86 | 02 | 6 |
| 1 | R729-9548A | Nancer Twin Sheet St | 22.99 | .70 | 1.30 | 03 | 4 |
| 1 | R721-9077A | Twin Comforter | 39.99 | .35 | 2.22 | 04 | 2 |
| 1 | R729-9894A | Twin Sheet Set | 22.99 | .70 | 1.30 | 05 | 9 |

Notify Customer At 414-438-0390.

Cust Approved Trans

$2,079.69 Has Been Charged To Your VISA Account.

THIS ORDER WAS SHIPPED TO TONYA POWELL
MILWAUKEE   WI  53218

Thank You For Shopping JCPenney.

PAGE 1

# JCPenney CATALOG

SAMUEL CLEMMONS
501 PRESTON LAKE DR
TUCKER GA 30084

December 18, 1994
Inv. No. 86347-47118
Terms  VISA
Exp. date 07/96
Routing  1982-0
Store  404-493-3972

| Qty | Catalog No. | Item | Price | | Tax | Ln. | / C |
|---|---|---|---|---|---|---|---|
| 1 | R720-2567A | Looney Tunes Blanket | 14.99 | .70 | .86 | 06 | 7 |
| 1 | R720-2419B | Blanket History | 24.99 | 1.05 | 1.43 | 07 | 5 |
| | | The following items makeup R798-0968A priced at $399.97 | | | | | |
| 1 | 798-1014A | Table | 166.66 | 19.25 | 10.23 | 08 | 3 |
| 2 | 798-1147A | Pr Chairs | 233.31 | 19.25 | 13.89 | 09 | 1 |
| | | End of items for R798-0968A | | | | | |
| | | Each item listed below was sent in a separate carton . . . | | | | | |
| 1 | R792-6830A | Sleeper | 699.99 | 31.75 | 40.25 | 10 | 9 |

We're never closed!
For Shopping and
Customer Service
Call Toll-Free
1-800-222-6161

SAMUEL CLEMMONS
501 PRESTON LAKE DR
TUCKER GA 30084

We're never closed!
For Shopping and
Customer Service
Call Toll-Free

PAGE 2

69

M03154

# JCPenney
## CATALOG

SAMUEL CLEMMONS
501 PRESTON LAKE DR
TUCKER GA 30084

**December 18, 1994**
Inv. No. **M347-37115**
Terms  VISA
Exp. date 07/98
Routing
Store  1992-0
        404-483-3972

| Qty. | Catalog No. | Item | Price | | Tax | Ln. | ✓ | CL |
|------|-------------|------|-------|---|-----|-----|---|-----|
| 1 | R792-2347FA | 3yr Stain Protection | 25.95 | .00 | 1.43 | 14 | 1 | F |
| | | LOT 792-4200 | | | | | | |
| | | Policy will be mailed to you. | | | | | | |
| 1 | R792-5373FA | 3yr Stain Protection | 14.95 | .00 | .82 | 15 | 8 | F |
| | | LOT 792-7171 | | | | | | |
| | | Policy will be mailed to you. | | | | | | |
| 1 | R726-1314B | Twn Comforter Minnie | | | | | | |
| | | Backordered – We will ship on or before Jan 4. | | | | | | |

PAGE 4

SAMUEL CLEMMONS
501 PRESTON LAKE DR
TUCKER GA 30084

We're never closed!
For Shopping and
Customer Service
Call Toll-Free
1-800-222-6161

---

M03153

# JCPenney
## CATALOG

SAMUEL CLEMMONS
501 PRESTON LAKE DR
TUCKER GA 30084

**December 18, 1994**
Inv. No. **M347-37115**
Terms  VISA
Exp. date 07/98
Routing
Store  1992-0
        404-483-3972

| Qty. | Catalog No. | Item | Price | | Tax | Ln. | ✓ | CL |
|------|-------------|------|-------|---|-----|-----|---|-----|
| 1 | R792-8322A | Chair | 349.99 | 19.25 | 20.31 | 11 | 7 | W |
| 1 | R792-7171A | Ottoman | 149.99 | 11.20 | 8.87 | 12 | 5 | W |
| | | Items below will be shipped direct from the factory within 4 weeks. | | | | | | |
| | | You will then be charged $85.30 for merchandise, tax, and S/H. | | | | | | |
| 1 | R792-2339FA | 3yr Stain Protection | 39.95 | .00 | 2.20 | 13 | 3 | F |
| | | LOT 792-6330 | | | | | | |
| | | Policy will be mailed to you. | | | | | | |

PAGE 3

SAMUEL CLEMMONS
501 PRESTON LAKE DR
TUCKER GA 30084

We're never closed!
For Shopping and
Customer Service
Call Toll-Free

(69)

70

## JCPenney CATALOG

SAMUEL CLEMMONS
501 PRESTON LAKE DR
TUCKER GA 30084

PAGE 5

December 18, 1994
Inv. No.  M347-57115
Terms  VISA
Acct. No.  4417-1225-6790-9040
Exp. date 07/98
Routing
Store  1962-0
404-493-3972

| Qty. | Catalog No. | Item | Price |
|------|-------------|------|-------|
| 1 | R720-2419B | Blanket Minnie | 1,780.87 |
| 1 | R729-7583B | Tw Sheet Set Minnie | 190.40 |

Backordered - We will ship on or before Feb 1.
Backordered - We will ship on or before Jan 4.

Merchandise total          1,780.87
Shipping and handling        190.40
Tax on mdse, shipping
& handling  5.50%             108.42
Invoice total              2,079.69

SAMUEL CLEMMONS
501 PRESTON LAKE DR
TUCKER GA 30084

We're never closed!
For Shopping and
Customer Service
Call Toll-Free
1-800-222-6161

M02822

## JCPenney CATALOG

SAMUEL CLEMMONS
501 PRESTON LAKE DR
TUCKER GA 30084

PAGE 2

December 28, 1994
Inv. No.  M351-24842
Terms  VISA
Acct. No.  4417-1225-6790-9040
Exp. date 07/98
Routing  UPS
Store  1962-0
404-493-3972

| Qty. | Catalog No. | Item | Price |
|------|-------------|------|-------|
| | | | 22.99 |

Merchandise total             22.99
Shipping and handling           .73
Tax on mdse, shipping
& handling  5.50%              1.30
Invoice total                 25.02

SAMUEL CLEMMONS
501 PRESTON LAKE DR
TUCKER GA 30084

THIS ORDER WAS SHIPPED TO TONYA POWELL
MILWAUKEE  WI  53218

Thank You For Shopping JCPenney.

We're never closed!
For Shopping and
Customer Service
Call Toll-Free
1-800-222-6161

# JCPenney CATALOG

PAGE 1

**December 20, 1994**
Inv. No. M346-39648
Terms VISA
Acct. No.

Routing UPS
Store 1962-0
404-463-3872

SAMUEL CLEMMONS
501 PRESTON LAKE DR
TUCKER GA 30084

We're never closed!
For Shopping and
Customer Service
Call Toll-Free
1-800-222-6161

| Qty. | Catalog No. | Item | Price | Tax | Ln. / Cl. |
|------|-------------|------|-------|-----|-----------|
| 1 | R726-1514B | Twin Comforter Minnie | 49.99 | 2.10 | 8 M |
| | | | 2.86 | .01 | 8 M |

SAMUEL CLEMMONS
501 PRESTON LAKE DR
TUCKER GA 30084

R726-2419B Blanket Minnie
Backordered - We will ship on or before Feb 1.

R729-7583B Tv Sheet Set Minnie
Backordered - We will ship on or before Feb 1.

Notify Customer At 414-438-0390.

Delayed From Invoice Number 347-57115

---

# JCPenney CATALOG

PAGE 2

**December 20, 1994**
Inv. No. M346-39689
Terms VISA
Acct. No.

Routing UPS
Store 1962-0
404-463-3872

SAMUEL CLEMMONS
501 PRESTON LAKE DR
TUCKER GA 30084

We're never closed!
For Shopping and
Customer Service
Call Toll-Free
1-800-222-6161

| Qty. | Catalog No. | Item | Price | Tax | Ln. / Cl. |
|------|-------------|------|-------|-----|-----------|

We Apologize For Not Shipping The Delayed Items. Our
Suppliers Could Not Provide The Merchandise As
Promised. We Regret Disappointing You. Thank You For
Your Understanding.

Cust. Approved Trans.

$54.93 Has Been Charged To Your VISA Account.

THIS ORDER WAS SHIPPED TO TONYA POWELL
MILWAUKEE    WI  53218

71

72

# JCPenney CATALOG

SAMUEL CLEMMONS
501 PRESTON LAKE DR
TUCKER GA 30084

PAGE 3

| Qty. | Catalog No. | Item | Price | Tax Ln. / Cl. |
|------|-------------|------|-------|---------------|

Merchandise total                    49.99
Shipping and handling                 2.08
Tax on mdse, shipping
& handling  5.50%                      2.86
Invoice total                        54.93

December 20, 1994
Inv. No.  N348-34949
Terms     VISA
Acct. No.

Routing   UPS
Store     1982-0
          404-493-3972

SAMUEL CLEMMONS
501 PRESTON LAKE DR
TUCKER GA 30084

We're never closed!
For Shopping and
Customer Service
Call Toll-Free
1-800-222-6161

M03119

Thank You For Shopping JCPenney.

# JCPenney CATALOG

SAMUEL CLEMMONS
501 PRESTON LAKE DR
TUCKER GA 30084

PAGE 1

| Qty. | Catalog No. | Item | Price | Tax Ln. / Cl. |
|------|-------------|------|-------|---------------|
| 1 | R728-1314B | Twin Comforter Minnie | 49.99 | 2.10 | 2.86 01 8 M |

R720-2410B Blanket Minnie
Backordered - We will ship error before Feb 1.

R728-7583B Tw Sheet Set Minnie
Backordered - We will ship on or before Feb 1.

Notify Customer At 414-438-0390.

Delayed From Invoice Number 347-57115

December 20, 1994
Inv. No.  N348-34949
Terms     VISA
Acct. No.

Routing   UPS
Store     1982-0
          404-493-3972

SAMUEL CLEMMONS
501 PRESTON LAKE DR
TUCKER GA 30084

We're never closed!
For Shopping and
Customer Service
Call Toll-Free
1-800-222-6161

72

73

# JCPenney
CATALOG

501 PRESTON LAKE DR
TUCKER GA 30084

| Qty. | Catalog No. | Item | Price | Tax. Ln. J Cl. |
|------|-------------|------|-------|----------------|
| 1 | R729-7583B | Tw Sheet Set Minnie | 22.99 | .70 | 1.30 | 01 | 8 | A |
| 1 | R720-3419B | Banket Minnie | | | | | | |
| | | Backordered * We will ship on or before Feb 1. | | | | | | |

PAGE 1

December 28, 1994
Inv. No.  M381-94942
Terms  VISA
Acct. No. 4417-1225-9790-9040
Exp. date 07/96
Routing  UPS
Store  1962-0
404-493-3972

SAMUEL CLEMMONS
501 PRESTON LAKE DR
TUCKER GA 30084

Notify Customer At 414-438-0390.

Delayed From Invoice Number 348-36589

We Apologize For Not Shipping The Delayed Items. Our
Suppliers Could Not Provide The Merchandise As
Promised. We Regret Disappointing You. Thank You For
Your Understanding.

Cust Approved Trans

$25.02 Has Been Charged To Your VISA Account.

We're never closed!
For Shopping and
Customer Service
Call Toll-Free
1-800-222-6161

M20932

---

# JCPenney
CATALOG

501 PRESTON LAKE DR
TUCKER GA 30084

| Qty. | Catalog No. | Item | Price | Tax. Ln. J Cl. |
|------|-------------|------|-------|----------------|
| | | | | |

SAMUEL CLEMMONS
501 PRESTON LAKE DR
TUCKER GA 30084

| | | |
|---|---|---|
| Merchandise total | 22.99 | |
| Shipping and handling | .73 | |
| Tax on mdse, shipping | | |
| & handling  5.50% | 1.30 | |
| Invoice total | 25.02 | |

PAGE 2

December 28, 1994
Inv. No.  M381-94942
Terms  VISA
Acct. No. 4417-1225-9790-9040
Exp. date 07/96
Routing  UPS
Store  1962-0
404-493-3972

SAMUEL CLEMMONS
501 PRESTON LAKE DR
TUCKER GA 30084

THIS ORDER WAS SHIPPED TO TONYA POWELL
MILWAUKEE  WI  53218

Thank You For Shopping JCPenney.

We're never closed!
For Shopping and
Customer Service
Call Toll-Free
1-800-222-6161

73

74

**SENDER:**
- Complete items 1 and ᵗ ̲ ̲ ̲ or additional services.
- Complete items 3, and ᵗ, & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also ᵗ ̲ ̲ ̲ to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

TURNER, VICTORIA, JOAN
CLEMMONS
4O HAZEL THADEER
3144 N. 26TH STREET
MILWAUKEE, WI 53206

4a. Article Number
P 872 322 568

4b. Service Type
☐ Registered       ☐ Insured
☒ Certified         ☐ COD
☐ Express Mail      ☐ Return Receipt for Merchandise

7. Date of Delivery
MAY 13 1995

5. Signature (Addressee)

8. Addressee's Address (Only if requested and fee is paid):

6. Signature (Agent)
_Hazel Thadeer_

PS Form 3811, December 1991    ☆U.S. GPO: 1992—323-402    **DOMESTIC RETURN RECEIPT**

Thank you for using Return Receipt Service.

14

75

**JORDAN D. CLEMMONS**
**1324 N. 28TH STREET**
**MILWAUKEE, WI 53208**

1566

⑆311074269⑆ ⑈03207684⑈ 1566 ⑆00000072200⑆

⑆311074269⑆ ⑈03207684⑈ ⑆000000 7200⑈

Check: 1566 Amount:72.00

---

SAMUEL L. CLEMMONS
501 PRESTON LAKE DR. PH. 770-939-9633
TUCKER, GA 30084

1568

$136.00

Check: 1568 Amount:136.00

---



SAMUEL L. CLEMMONS
501 PRESTON LAKE DR. PH. 770-939-9633
TUCKER, GA 30084

1569

KOHL'S

$276.00

Check: 1569 Amount:276.00

---

SAMUEL L. CLEMMONS
501 PRESTON LAKE DR. PH. 770-939-9633
TUCKER, GA 30084

1570

$107.00

Check: 1570 Amount:107.00

---



SAMUEL L. CLEMMONS
501 PRESTON LAKE DR. PH. 770-939-9633
TUCKER, GA 30084

1575

PRESTON LAKE APTS HOMES

$760.00

Check: 1575 Amount:760.00

---

SAMUEL L. CLEMMONS
501 PRESTON LAKE DR. PH. 770-939-9633
TUCKER, GA 30084

1576

$250.00

Check: 1576 Amount:250.00

---

SAMUEL L. CLEMMONS
501 PRESTON LAKE DR. PH. 770-939-9633
TUCKER, GA 30084

1578

PERSHING ROAD CURRENCY EXCHANGE INC

$37.00

Check: 1578 Amount:37.00

15

76



Check:        Amount:4,218.00



Check:        Amount:500.00



Check: 1700  Amount:100.00

Check: 1702  Amount:3,474.00

Check: 1706  Amount:81.00

16

77

**USAA FEDERAL SAVINGS BANK**
10750 McDermott Fwy
San Antonio, TX 78288-0568

ACCOUNT NUMBER: 033207684

DEPOSIT TICKET

Date: 4-26-00

NAME: Samuel Clemmons

| Items for Deposit | Dollars | Cents |
|---|---|---|
| Currency | | |
| Coin | | |
| Checks | | |
| | | |
| Total items on reverse side | | |
| TOTAL | | |
| Less Cash Received | | |
| NET DEPOSIT | $ 494 | 00 |

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

⑆314074269⑆ ⑈032207684⑈ 10/0000049.00/

**Check: Amount:494.00**

---

SAMUEL L. CLEMMONS
3803 N CLARENDON AVE APT 305
CHICAGO, IL 60613-3281
PH 773-636-6006                                    1802

Date: 4/26/ 20 00

Pay to the Order of: Loyola University of Chicago    $ 5.00

Five dollars 00/100    Dollars

USAA FEDERAL SAVINGS BANK

For: Transcript

⑆314074269⑆ ⑈032207684⑈ 1802 /0000000500/

**Check: 1802  Amount:5.00**

---

SAMUEL L. CLEMMONS
3803 N CLARENDON AVE APT 305
CHICAGO, IL 60613-3281
PH 773-636-6006                                    1817

Date: 4/25/ 2000

Pay to the Order of: Tafta T. Clemons    $ 250.00

Two hundred and fifty dollars 00/100    Dollars

USAA FEDERAL SAVINGS BANK

⑆314074269⑆ ⑈032207684⑈ 1817 /000002500/

**Check: 1817  Amount:250.00**

---

SAMUEL L. CLEMMONS
3803 N CLARENDON AVE APT 305    677 FALLON CT.
CHICAGO, IL 60613-3281
PH 773-636-6006                                    1818

Date: 4/25/ 2000

Pay to the Order of: Discount Cleaners    $ 83.42

Eighty three dollars 00/100    Dollars

USAA FEDERAL SAVINGS BANK

For: Cleaning Services

⑆314074269⑆ ⑈032207684⑈ 1818 /0000008342/

**Check: 1818  Amount:83.42**

---

SAMUEL L. CLEMMONS
3803 N CLARENDON AVE APT 305
CHICAGO, IL 60613-3281
PH 773-636-6006                                    1819

Date: May 1 2000

Pay to the Order of: One US Staples    $ 74.00

Seventy four dollars 00/100    Dollars

USAA FEDERAL SAVINGS BANK

For: #171

⑆314074269⑆ ⑈032207684⑈ 1819 /000007400/

**Check: 1819  Amount:74.00**

18

78

**SAMUEL L. CLEMMONS**
3933 N CLARENDON AVE APT 305
CHICAGO, IL 60613-2201
PH 773-528-6208

DATE 8/8/00

$ 980.55

USAA FEDERAL SAVINGS BANK

:311074269: 032=0768=4: 10/0000098055/

Check:    Amount: 980.55

---

**SAMUEL L. CLEMMONS**
3933 N CLARENDON AVE APT 305
CHICAGO, IL 60613-2201
PH 773-528-6208

1847

8/10/ 2000

Pay to the Order of   TONYA R. CLEMMONS           $ 350.00

THREE HUNDRED AND FIFTY DOLLARS AND NO/100   Dollars

USAA FEDERAL SAVINGS BANK

For   RENTAL OF CREDO SHOW

:311074269: 032=0768=4: 1847 /0000035000/

Check: 1847  Amount: 350.00

---

**SAMUEL L. CLEMMONS**
3933 N CLARENDON AVE APT 305
CHICAGO, IL 60613-2201
PH 773-528-6208

1848

9/1/ 2000

Pay to the Order of   STONE BROOKE APARTMENTS        $ 225.00

TWO HUNDRED AND TWENTY-FIVE 00/100   Dollars

USAA FEDERAL SAVINGS BANK   40-A

For   SECURITY DEPOSIT

:311074269: 032=0768=4: 1848 /0000022500/

Check: 1848  Amount: 225.00

---

**SAMUEL L. CLEMMONS**
3933 N CLARENDON AVE APT 305
CHICAGO, IL 60613-2201
PH 773-528-6208

1849

960192458  3258  4109  81-708-10-00

9/4/ 2000

Pay to the Order of   TOYOTA FINANCIAL SERVICES        $ 374.88

THREE HUNDRED AND SEVENTY-FOUR 88/100   Dollars

USAA FEDERAL SAVINGS BANK

For   04 0692 46242

:311074269: 032=0768=4: 1849 /0000037488/

Check: 1849  Amount: 374.88

---

**SAMUEL L. CLEMMONS**
3933 N CLARENDON AVE APT 305
CHICAGO, IL 60613-2201
PH 773-528-6208

1875

8/19/ 2000

Pay to the Order of   GEORGIA SKEF : CANCER        $ 10.00

Ten dollar 00/100   Dollars

USAA FEDERAL SAVINGS BANK   5061  4700  4757  00  09-22-90

For   MEDICAL SERVICE

:311074269: 032=0768=4: 1875 /0000001000/

Check: 1875  Amount: 10.00

18

79



## Federal Employee Program

APRIL 26, 1999

SAMUEL L CLEMMONS
3933 N CLAREDON AVE
APT 305
CHICAGO IL 60613-3201

## DISCLOSURE OF COVERAGE
★ ★ ★ ★

Important - This certificate provides evidence of your prior health coverage. You may need to furnish this certificate if you become eligible under a group health plan that excludes coverage for certain medical conditions that you have before you enroll. This certificate may need to be provided if medical advice, diagnosis, care or treatment was recommended or received for the condition within the 6-month period prior to your enrollment in the new plan. If you become covered under another health plan, check with the plan administrator to see if you need to provide this certificate. You may also need this certificate to buy, for yourself or your family, an insurance policy that does not exclude coverage for medical conditions that are present before you enroll.

1. Name of health plan:   BLUE CROSS BLUE SHIELD FEDERAL EMPLOYEE PROGRAM

2. Name of participant:   SAMUEL L CLEMMONS

3. Identification number of participant:   R58237923

4. Names of any dependents to whom certificate applies:

| First name | Last name (if different) | Effective Date of Coverage |
|---|---|---|
| TIVAGIA | | 01-17-1998 |
| JORDAN | | 01-17-1998 |
| VICTORIA | | 01-17-1998 |

5. If the participant(s) has at least 18 months of creditable coverage, check here _____
   Date affiliation began if less than 18 months: _____ 01-17-1998 _____

   This information is not always available to us. If not provided, please contact employer.

6. Termination date of coverage:   _____

· For further information, please call the telephone number listed on your service card.

## NOTE:  SEPARATE CERTIFICATES WILL BE ISSUED IF INFORMATION IS NOT

## IDENTICAL FOR THE PARTICIPANT AND EACH BENEFICIARY.

**SENDER:**
- ☐ Complete items 1 an/for 2 for additional services.
- ☐ Complete items 3, 4a, and 4b.
- ☐ Print your name and address on the reverse of this form so we can return this card to you.
- ☐ Attach this form to the front of the mailpiece, or on the back if space does not permit.
- ☐ Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Article Addressed to:

HAZEL THADISON
3144 N. 26TH STREET
MILWAUKEE, WI 53206

4a. Article Number
Z 531 433 851

4b. Service Type
- ☐ Registered
- ☑ Certified
- ☐ Express Mail
- ☐ Insured
- ☐ Return Receipt for Merchandise
- ☐ COD

7. Date of Delivery  APR 0 1 1999

5. Received By: (Print Name)

6. Signature (Addressee or Agent)
Hazel Thadison

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, December 1994          102595-99-B-0223   Domestic Return Receipt

---

**SENDER:**
- Complete items 1 an/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:

MRS. CYNTHIA LEWIS
440 CHICKASAW STREET
ROCKHANEL, MS 39601
¾ TONYA RAQUEL POWELL CLEMMONS

4a. Article Number
Z 531 433 908

4b. Service Type
- ☐ Registered
- ☑ Certified
- ☐ Express Mail
- ☐ Insured
- ☐ Return Receipt for Merchandise
- ☐ COD

7. Date of Delivery  4-3-99

5. Received By: (Print Name)
Cynthia Lewis

6. Signature: (Addressee or Agent)
X Cynthia Lewis

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, December 1994          102595-98-B-0229   **Domestic Return Receipt**

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:

TONYA RAQUEL POWELL CLEMMONS
1324 N. 28TH STREET
MILWAUKEE, WI 53208

4a. Article Number
Z 531 433 852

4b. Service Type
- ☐ Registered
- ☑ Certified
- ☐ Express Mail
- ☐ Insured
- ☐ Return Receipt for Merchandise
- ☐ COD

7. Date of Delivery  APR 0 6 1999

5. Received By: (Print Name)

6. Signature: (Addressee or Agent)
X

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, December 1994          102595-98-B-0229   **Domestic Return Receipt**

---

Handwritten notes (right margin):

#1) PLEASE VERIFY ADDRESS HIGHLIGHTED. ARE THEY THE SAME?

#2) PLEASE REVIEW STATE FROM TONY POWELL ALL THE INVESTIGATION WHERE SHE LIVE.

#3) HER GRANDMOTHER NAME IS HAZEL THADISON, WHO LIVE AT 3144 N.2 STREET.

#4) WHAT YOUR ANSWER TO TONYA POWELL'S STATEMENT

80

*81*

# Samuel L. Clemmons
# 722 W. Irving Park Road, Apt # 1-S
# Chicago, IL 60613
# 773-528-6208

## CASE NO. 4
## FAMILY DOCKET NUMBER: <u>SC-0752-99-0118-1</u>

**DATE: March 25, 1999**

SAMUEL L. CLEMMONS                                   Plaintiff

vs.

### CHILDREN CUSTODY RIGHTS COMPLAINT

Tonya Raquel Powell Clemmons                         Defendant

COMES the Plaintiff, Samuel L. Clemmons, by personal, and for his complaint herein states his response to charge the Defendant with a fair but equal Children Custody Rights lawsuit.

1. Plaintiff, Samuel L. Clemmons, is a temporary resident of 722 West Irving Park Road, Apt 1-S, Chicago, Illinois, 60613

2. The Defendant, Tonya Raquel Powell Clemmons reside in the state of Wisconsin at, 1324 N. 28th Street, Milwaukee, Wisconsin 53208.

3. The cause of action arises under several claim acts that protect the Plaintiff from unnecessary Child Support Action; Public Deformation of Character, but

*(22)*