gives the Plaintiff equal and fair rights to both the Plaintiff and the Defendant children.

4. The acts and omissions herein complained about occurred in the above-entitled pervious relationship between both parties.

5. On 28th of July 1990 the Plaintiff wed the Defendant and went through a partial period of separation until rejoining when the Plaintiff arrived at his duty station in Germany on April 12, 1991. They both have three lovely children together upon separating in July 1993. The Plaintiff states that he did not want to separate or end this relationship, but due to other stressful causes and many requests by the Defendant, the Plaintiff had to initiate such actions. Since separating, the Plaintiff paid all support according to the separating agreement until the Defendant violated her part of the agreement by keeping the children away from the Plaintiff and other agreed upon statements in the agreement sign by both parties dated July 1993. Upon the Defendant requests wanting the Plaintiff to follow through with a Divorce Creed after previously being caught up in multiple relationships with other male companions. The Plaintiff went through the necessary process of retaining an attorney to grant the Defendant plea. The Plaintiff's Divorce Attorney contact the Defendant several times by phone in attempts to get the children visitation rights added . in the Divorce Creed, the Defendant totally agree not to cooperate and constantly avoided the necessary steps in completing the Divorce Creed.

6. The Defendant has had other male companions and is now residing in the same household with another younger man of greater difference in age between the two.

7. Therefore, the Plaintiff has made several attempts to communicate with the Defendant and their children. The Defendant seems to think that her live in companion (male) has just as much "more" rights to the children then the Plaintiff in visiting, seeing and spending quality time with their children. The Plaintiff states that he has made several calls to the home and the Defendant constantly lies and tells the Plaintiff the best times to call the children are on a weekend when no one is home to take the Plaintiff 's calls. The Plaintiff at times work in the same city where the children are located and still not able to spend quality time with them. The Plaintiff also contest that the Defendant has filled the children head into thinking they cannot develop needs and wants to communicate by phone to the Plaintiff. If the Plaintiff wants to find them or talk to them the Plaintiff is the only one who should do such locating and calling the children. This is solid evidence of false teaching and misleading innocent children down the wrong path into thinking and knowing the truth. The Plaintiff also contest that the children are denied their equal right to learn and know both sides of their families and any history that they so need and deserve to know as they continue to develop into productive human being. The Plaintiff states that since the signing of the separation agreement in July 1993, the Plaintiff has only spent three occasions with the children. One occasion equal two days with the children totally 48 hours. Another one was

an outing at Chuckie Cheeses that total 4 hours. The last day was a clothing-purchasing spree, which total 8 hours. All together a total of 60 hours since July 1993.

8.  The Plaintiff states on his behalf that due to lack of solid support on his behalf has been due to the Defendant lack of communication and behavior problems in trying to make sanctions or demands to the Plaintiff due to the children being in the Defendant custody. The Plaintiff has been attending a higher education institution to rehabilitate himself and working on other projects to secure the children future.

9.  Since both the Plaintiff and the Defendant separation, the Plaintiff has paid enormous amount of child support according to the Internal Revenue Service. and the support needed to be recouped until a balance award is reasonable according to the law established for child support. If the Defendant received any public assistance from AFDC or during any of this time period. All records need to be pulled and the Plaintiff support needs to be reported to the appropriate agency to balance this case prior to going before a Court of Law.

10. In this process to gain equal and fair rights to the children the Plaintiff is requesting fair and equal visitation rights. The parties' children can remain with the Defendant until one request that one will like to live with the Plaintiff. (The Plaintiff does request for full custody of Jordan D. Clemmons when he reaches the age of 12 years old.) Until or if such happen, the children can remain with the Defendant with the children visiting the Plaintiff during spring and summer break of school every year for approximately three

months. Both parties will agreed to pay equal expenses to send the children to and from each resident. The Plaintiff agrees to pay the reasonable amount of child support that's **if** the Defendant **is not** living with another male. If this is or not true, the Defendant must send child support funding when the children are staying three months or longer with the Plaintiff. This equal custody right request includes holidays.

11. The Plaintiff hereby agrees in this document if an agreement or a settlement can be reach that this document will be served to the Veteran Administration to pay the Plaintiff's portion of child support until the Jordan Denzel Clemmons turn 18 years of age. However, support paid must be measure according to heads of people staying or living in the children household.

12. The Plaintiff states before the court(s) that the children future is secure on his end in providing them with an equal and fair opportunity to live and gain an education in America. A full scholarship account is established for all three. All three children must go through the Veteran Administration to receive such award. A reasonable compensation policy and package has been established if the Plaintiff dies before either one of the children is fully developed according to the United States Statute. Other royalties will be presented to the children to protect the Plaintiff's name and the family of the Plaintiff and the Plaintiff's next generation and so forth.

13. The Plaintiff also agrees that if the Defendant wish to contest this proposal and demands more than what she is allowed. The Plaintiff agrees to contend and dispute the Defendant request by bring **all** the evidence forward from the

start to the end of this relationship dispute with a full explanation as to why
both parties disagree with each other. All evidences and statements should
become public record and made available to the children upon their request.
The Plaintiff agrees and feels that no information should be held from any
child or children when such a child becomes of age of understanding and
wanting to know why they have or had to live separate from their birth
parents.

14. In closing this petition to the Defendant and the Defendant's Attorney, the
Plaintiff agree to mail a copy of this petition to the Veteran Administration
and to the Plaintiff's Attorney. Therefore, the Plaintiff will wait on the
Defendant to response by mail within thirty days of signing the certified mail
receipt to review and initiate a Defendant rebuttal in writing, before
forwarding any actions plans to the Plaintiff's Attorney or before making any
necessary correction if needed. If the Defendant agrees and offers a settlement
without any action filed by any attorneys this petition should stand on its own
merit. If the Defendant later violates any section of this petition all support
shall be cut or ended and all other matters in altering this agreement shall be
address to the nearest Court of Law at the expense of the Defendant.

Samuel L. Clemmons
722 W. Irving Park Road, Apt 1-S
Chicago, IL 60613
(773) 528-6208

I, Samuel L. Clemmons, state that I have prepared and read the
foregoing response and the statements contained therein and true and
correct to the best of my knowledge and belief. Therefore, a notary is not
need to verify signature in this release. A certificate of service will follow
all communication thereafter to all parties who should be brought involved
in this matter for the fair child or children custody rights suit.

# CERTIFICATE OF SERVICE

I certify that the attached Document (s) was (were) sent by certified mail, unless

Otherwise indicated below, this day to each of the following:

### Plaintiff's Attorney

LAW OFFICE of
JEFFERY M. LEVING, LTD.
19 S. LaSalle • SUITE 450
CHICAGO, IL 60602
312-807-3990

### Defendant

Tonya Raquel Powell Clemmons
1324 N. 28th Street
Milwaukee, WI 53208
(414) 933-8076·

### Defendant 2nd Alternative Address
**Hazel Thadison (Grand Mother)**
c/o Tonya Raquel Powell Clemmons
3144 N 26th Street
Milwaukee, WI 53206
(414)-871-1896

### Defendant 3rd Alternative Address
**Mrs. Cynthia Lewis (Mother)**
c/o Tonya Raquel Powell Clemmons
440 Chickasaw Street
Brookhaven, MS 39601
Phone #: (601) Unknown

### Defendant's Attorney

Unknown

### Reporting Agency
Veteran Administration
536 N. Clark Street
Chicago, IL 60680

March 25, 1999
(Date)

Samuel L. Clemmons
Plaintiff

# Samuel L. Clemmons
# 722 W. Irving Park Road
# Chicago, IL 60613

*88*

**August 12, 1999**


**Tivagia, Victoria and Jordan Clemmons**
**1324 N. 28ᵗʰ Street**
**Milwaukee, WI 53208**

Dear my wonderful Children:

This card is strictly for the use of Tivagia, Victoria and
Jordan Clemmons. Its purpose to train you away from my
presence to assist you in managing your own money. Each one
of you as you grow and reach the age of 18 will have this
card on one similar care in your procession while I'm away
from you.

If you want to know how to use it, you will need to contact
me in advance concerning all your immediate needs and
wants.

Tivagia you're first. You will only have this privilege
until you reach the age of 18. The card will be terminated
and another one will be passed on to Victoria the s    and
then on to Jordan until the last of you turn 18.

Only funds will be there for allowance purposes. I have
other means set up if you come in need for more than your
allowance can satisfy you.

If you don't choose to use the card, that ok whatever
this will be there until one of you claims it.

I must inform you do not to try to cont ct USAA to get an
unapproved authorization to have acc    to your account.
You must first and always go through m to place your
request.

You can always reach me at this num     -877-680-3398
**(Toll Free)**

(Page 1 of 2)



89

Take care my children a copy of this note will also be place in your record of communication to support my attempts to assist you.

I will also be mailing you, your gifts that I had for our next meeting or gathering. You should get them by mail in the next few weeks.

If I never get a chance to say this to you, I want you to grow up and become someone special for your families and I want the three of you to stay close and to support each other.

Love Always Your Daddy,


Samuel L. Clemmons

Enclosures (1)

CC: Attorney
    Family Records

USAA First Start
Pre-Paid Spending Card

**Information and Account Access**
**Online.** Log on to **usaa.com** and enter keycode B6D0
**Call Toll Free.** Seven days a week (866) 522-7025.     90

# Important Note to Parents

You've made a smart decision obtaining a USAA First Start Pre-Paid Spending Card for your teen. It is not only a creative teaching tool, it's also a smart way to launch your teen, with parental guidance, on the road to financial freedom.

We've prepared the enclosed material to get your teen started. There are some functions you will need to complete prior to card use. Please take a minute to look over the following checklist before you present the new card and enclosed learning materials to your teen.

## Parent Checklist

- **Activate your teen's card.** Call our toll free number. Your teen cannot activate the card on his/her own.

- **Help your teen obtain account access at usaa.com.** He can register and set up a password using his USAA number. To find your teen's USAA number, log on to **usaa.com** under your own USAA number and go to "Personal Profile" at the bottom of the USAA main page. Your dependent's info is there.

- **Review the enclosed Responsible Spending Agreement.** It will help you and your teen establish guidelines for card use and it can be modified to suit your needs.

- **Report a lost or stolen card immediately.** You can do this either online or by calling toll free.

### Congratulations on taking the first step in teaching your teen financial responsibility.



FDIC INSURED
84940-110

**USAA®**

*91*

# Responsible Spending Agreement for Parents and Teens

We encourage you, the parents, to communicate your expectations clearly about how to use the USAA First Start® Pre-Paid Spending Card. This document will help you lay the groundwork for a discussion with your teen. Please feel free to modify its content to suit your situation and expectations.

I (teen), *TIVAGIA D. CLEMMONS* , understand that, in accepting this card, I am expected to use it responsibly. I will:

☑ Treat the card as I would treat cash, and be accountable for its whereabouts at all times.

☑ Establish a budget and review it with my parents [select one] ☐ weekly ☑ monthly

☑ Track my spending to ensure I stay within the limits of the money loaded on the card. Review my purchases and balance online [select one] ☐ daily ☑ weekly

☑ Keep my PIN private, and not share it with my friends. Store my PIN and Web site access information in a safe place, different from the place I keep my card. (If a thief steals your card and PIN, he could access all your money.)

☑ Not share my card number with friends or over the phone to telemarketers. (The information you provide could be used to access the money in your account.)

☑ Make sure any purchases online are from stores I know and that the site is secure.

☑ Use the card instead of cash to better track my purchases.

☐ _____
_____
_____

☐ _____
_____

I/We (parent(s) or guardian), _____ , agree to:

☑ Assist you in learning to manage your money by helping you establish a budget.

☑ Have $*500.00* loaded directly to the card on a [select one] ☐ weekly ☐ monthly basis.

☑ Give you access to **usaa.com** to monitor balances and purchases.

☐ _____

_____    3/21/99 - 3/29/05
Parents' Signatures           Date

*Tivagia Clemmons*

*91*


## WELCOME TO CAPITAL ONE !

ngratulations on your new partnership with Capital One, and thank you for choosing us as your credit card company. You now have one of the leading financial services institutions in the U.S. at your service. We have enclosed your Capital One credit card(s). To activate your new card(s) and request your Personal Identification Number (PIN), call the toll-free number listed on the sticker affixed to your card(s). You should also be receiving your welcome materials and Customer Agreement shortly. If you do not receive them within the next 10 business days, call our Customer Relations department. The number is printed on the back of your card. We look forward to providing you with the superior service and financial benefits that we know you will come to enjoy!

### TO OUR EXISTING CUSTOMERS...

Thank you for your continued business. To activate your card(s), call now. If you need to request another copy of your PIN, write us at Capital One, P.O. Box 85015, Richmond, VA 23285-5015.

### TO PROTECT YOUR CARD, PLEASE:

- Make sure you sign the back of your card immediately. Your card must be signed in order to be valid.
- Check your name and address. Notify Customer Relations right away of any corrections.

### MANAGE YOUR CAPITAL ONE ACCOUNT ONLINE:

Visit www.capitalone.com to take advantage of our FREE online account service.

Register your account online, and how easy it is to:
- pay your Capital One bill online
- get up-to-date account information
- view past and current statements

Plus, log on to www.capitalone.com to take advantage of special customer offers—with Capital One, your account information and great offers are just a click away!



**LOST OR STOLEN CARDS**
Be sure to report your loss immediately,
24 hours a day, 7 days a week.

4388 6424 6083

## CALL NOW TO ACTIVATE YOUR CARD!
### *NEW CARDHOLDERS—GET YOUR CREDIT LINE WHEN YOU CALL*
**YOUR CARD MUST BE ACTIVATED BEFORE YOU CAN USE IT.**
You can activate your card anytime—24 hours a day, 7 days a week—except on Mondays from 12:00 a.m. to 6:00 a.m. EST.

### REGISTER NOW!

## PROTECT YOUR ACCOUNT AND ENJOY PEACE OF MIND

Payment Protection prepares you for situations beyond your control. It pays the minimum monthly payment on your Capital One account if you or your secondary cardholder becomes involuntarily unemployed or can't work due to temporary disability.

Over 5 million Capital One customers safeguard their credit with Payment Protection. To join them, enroll today! Please see reverse for enrollment information.

### IMPORTANT INFORMATION ON YOUR NEW CAPITAL ONE CREDIT CARD

ACCOUNT NUMBER

4388 6424

NUMBER OF CARDS

1


SAM CLEMONS          001663
PO BOX 28558
SANDY SPRINGS   GA 30358-0558

**ACCOUNT NUMBER**
Always use this number when calling or writing us about your account.

Account activation is not required to process the Payment Protection transaction and other special offers.

© 2002 Capital One Services, Inc. Capital One is a federally registered service mark. All rights reserved.

C-DCC-0404



Your new card is he    *93*

## The USAA **First Star**
## Pre-Paid Spending Card
*Use it responsibly.*

Parents of TIVIGEA D CLEMMONS

>000058 5095337 000058 1  2 OZ  000000
TIVIGEA D CLEMMONS
PO BOX 28558
SANDY SPRINGS GA  30358

- ◆ **Safer than cash**
- ◆ **Good anywhere Debit MasterCard® is accepted**
- ◆ **ATM access with parent's approval**
- ◆ **Check your balances and review purchases in real-time on usaa.com**
- ◆ **Helps develop good money management skills**

Dear TIVIGEA D CLEMMONS:

Your parents support your independence and want to help you make responsible spending choices. That's where your USAA First Start Pre-Paid Spending Card comes in.



**Please sign your Card immediately!**

*Another First Start money management tool*

### Keep in mind...

- ◆ Your parent needs to activate your new Card before you can use it.
- ◆ Treat the Card as you would cash and keep it in a safe place.
- ◆ To make purchases with your Card, select the "credit" option.
- ◆ To obtain cash at ATMs with your Card, select the *checking* option when you are prompted.  You may be charged a fee from the ATM owner.
- ◆ Save your receipts to keep track of your balance.
- ◆ Never share your PIN with anyone. Do not store your PIN with your Card.

**USAA**

# Responsible Spending Agreement for Parents and Teens

We encourage you, the parents, to communicate your expectations clearly about how to use the USAA First Start® Pre-Paid Spending Card. This document will help you lay the groundwork for a discussion with your teen. Please feel free to modify its content to suit your situation and expectations.

I (teen), _VICTORIA N. CLEMMONS_ , understand that, in accepting this card, I am expected to use it responsibly. I will:

- ☑ Treat the card as I would treat cash, and be accountable for its whereabouts at all times.
- ☑ Establish a budget and review it with my parents _(select one)_ ☐ weekly ☑ monthly
- ☑ Track my spending to ensure I stay within the limits of the money loaded on the card. Review my purchases and balance online _(select one)_ ☐ daily ☑ weekly
- ☑ Keep my PIN private, and not share it with my friends. Store my PIN and Web site access information in a safe place, different from the place I keep my card. (If a thief steals your card and PIN, he could access all your money.)
- ☑ Not share my card number with friends or over the phone to telemarketers. (The information you provide could be used to access the money in your account.)
- ☑ Make sure any purchases online are from stores I know and that the site is secure.
- ☑ Use the card instead of cash to better track my purchases.
- ☐ _____
- ☐ _____

I/We (parent(s) or guardian), _S. L. CLEMMONS_ , agree to:

- ☑ Assist you in learning to manage your money by helping you establish a budget.
- ☑ Have $_200.00_ loaded directly to the card on a _(select one)_ ☐ weekly ☑ monthly basis.
- ☑ Give you access to **usaa.com** to monitor balances and purchases.
- ☐ _____

_Parents' Signatures_                     _3.21_ _Date_

_Victoria Clemmons_

(94)

Your new card is h. *95*

## The USAA **First Start**®
## Pre-Paid Spending Card

*Use it responsibly.*

Parents of VICTORIA N CLEMMONS

>000059 5095337 000059 1  2 OZ  000000
VICTORIA N CLEMMONS
PO BOX 28558
SANDY SPRINGS GA  30358

Dear VICTORIA N CLEMMONS:

Your parents support your independence and want to help you make responsible spending choices. That's where your USAA First Start Pre-Paid Spending Card comes in.



**Please sign your Card immediately!**

### Keep in mind...

♦ Your parent needs to activate your new Card before you can use it.

♦ Treat the Card as you would cash and keep it in a safe place.

♦ To make purchases with your Card, select the "credit" option.

♦ To obtain cash at ATMs with your Card, select the *checking* option when you are prompted.  You may be charged a fee from the ATM owner.

♦ Save your receipts to keep track of your balance.

♦ Never share your PIN with anyone. Do not store your PIN with your Card.

♦ **Safer than cash**

♦ **Good anywhere Debit MasterCard® is accepted**

♦ **ATM access with parent's approval**

♦ **Check your balances and review purchases in real-time on usaa.com**

♦ **Helps develop good money management skills**

*Another First Start money management tool*



USAA First Start®
**Pre-Paid Spending Card**

**Information and Account Access**
**usaa.com**
**Toll Free** (866) 522-7025

# Responsible Spending Agreement for Parents and Teens

We encourage you, the parents, to communicate your expectations clearly about how to use the USAA First Start® Pre-Paid Spending Card. This document will help you lay the groundwork for a discussion with your teen. Please feel free to modify its content to suit your situation and expectations.

I (teen), _JORDAN D. CLEMMONS_ , understand that, in accepting this card, I am expected to use it responsibly. I will:

☑ Treat the card as I would treat cash, and be accountable for its whereabouts at all times.

☑ Establish a budget and review it with my parents *(select one)* ☐ weekly ☐ monthly

☑ Track my spending to ensure I stay within the limits of the money loaded on the card. Review my purchases and balance online *(select one)* ☐ daily ☐ weekly

☑ Keep my PIN private, and not share it with my friends. Store my PIN and Web site access information in a safe place, different from the place I keep my card. (If a thief steals your card and PIN, he could access all your money.)

☑ Not share my card number with friends or over the phone to telemarketers. (The information you provide could be used to access the money in your account.)

☑ Make sure any purchases online are from stores I know and that the site is secure.

☑ Use the card instead of cash to better track my purchases.

☐ _____

☐ _____

I/We (parent(s) or guardian), _S. L. CLEMMONS_ , agree to:

☑ Assist you in learning to manage your money by helping you establish a budget.

☑ Have $_____ loaded directly to the card on a *(select one)* ☐ weekly ☑ monthly basis.

☑ Give you access to **usaa.com** to monitor balances and purchases.

☐ _____

Parents' Signatures    3/21/94  3/21/05
                        Date

Jordan Clemmons

(96)

*Your new card is her*

# The USAA **First Start**®
## Pre-Paid Spending Card
*Use it responsibly.*

Parents of JORDAN D CLEMMONS

>000060 5095337 000060 1  2 OZ  000000
JORDAN D CLEMMONS
PO BOX 28558
SANDY SPRINGS GA  30358

Dear JORDAN D CLEMMONS:

Your parents support your independence and want to help you make responsible
spending choices. That's where your USAA First Start Pre-Paid Spending Card
comes in.



**Please sign
your Card
immediately!**

- ◆ Safer than cash

- ◆ Good anywhere
  Debit MasterCard
  is accepted

- ◆ ATM access with
  parent's approval

- ◆ Check your
  balances and
  review purchases
  in real-time on
  usaa.com

- ◆ Helps develop
  good money
  management
  skills

## Keep in mind...

- ◆ Your parent needs to activate your new Card before you can use it.
- ◆ Treat the Card as you would cash and keep it in a safe place.
- ◆ To make purchases with your Card, select the "credit" option.
- ◆ To obtain cash at ATMs with your Card, select the *checking* option when you are
  prompted.  You may be charged a fee from the ATM owner.
- ◆ Save your receipts to keep track of your balance.
- ◆ Never share your PIN with anyone. Do not store your PIN with your Card.

*Another
First Start
money
management
tool*



98

The 4 digit number below is your confidental and personal identification number (PIN). It is the key to access the Automated Teller Machine (ATM) with your Card ending in (062).



For your protection, you should memorize this number and keep this mailer in a safe place. Only you have a record of this number.

Your Personal Identification Number is ====>

Do not carry your number with your card, and do not write your number on your card.





THEN FOLD AND TEAR THIS STUB ALONG PERFORATION
REMOVE SIDE EDGES FIRST

---

The 4 digit number below is your confidential and personal identification number (PIN). It is the key to access the Automated Teller Machine (ATM) with your Card ending in (054).



For your protection, you should memorize this number and keep this mailer in a safe place. Only you have a record of this number.

Your Personal Identification Number is ====>

Do not carry your number with your card, and do not write your number on your card.



---

The 4 digit number below is your confidential and personal identification number (PIN). It is the key to access the Automated Teller Machine (ATM) with your Card ending in (047).



For your protection, you should memorize this number and keep this mailer in a safe place. Only you have a record of this number.

Your Personal Identification Number is ====>

Do not carry your number with your card, and do not write your number on your card.



98

*gg*

# JCPenney Catalog

July 29, 2005

Samuel Clemmons
P.O. Box 28558
Atlanta, Ga 30058

Dear Mr. Clemmons,

We have received your request for a copy of an invoice for a purchase in 1996.

Unfortunately, our records for that year have been purged. We are only able to retrieve invoice record copies for the past 3 years.

We are sorry we could not help you at this time.

Sincerely,

JPMills
Customer Relations Representative

Catalog Fulfillment Center
JCPenney Company, Inc. 11111 Stead Blvd, Reno, NV 89506-1521 1-800-221-5898

*(94)*

From:     Internet Florist <Florist@InternetFlorist.com>
To:       slclem@earthlink.net
Subject:  Internet Order #I-271017 (537605)
Date:     Mar 8, 2006 12:50 PM

*100*

The florist made good on his promise for delivery Monday, 3/6, and Victoria received her flowers at 5:00PM that evening. They were given directly to her.


Thanks again for your order: we value and appreciate your business, and look forward to the privilege of serving you again!  If you have other concerns or questions regarding this order, please let us know.


InternetFlorist

Shirley



From:     Internet Florist <Florist@InternetFlorist.com>
To:       slclem@earthlink.net                                          *101*
Subject:  Floral Order Confirmation
Date:     Mar 3, 2006 1:29 PM

Dear S.L. Clemmons,

Thank you very much for using Internet Florist.  We have received your
order at our Internet Headquarters and will be processing it directly.
If we have any problems with your order we will contact you at the
phone number or e-mail address you provided.  A summary of your order
is printed below.

Your confirmation number is: I-271017

If you have any questions, we can be contacted by
    email:  Florist@InternetFlorist.com
    phone:  1-800-600-9882

We appreciate the confidence you have placed in us.  We hope you will
consider us again for your upcoming floral needs.

http://www.iflorist.com


=================================================================

DELIVERY DATE:  Saturday, March 4 2006
PAYMENT TYPE:   American Express - 2006

RECIPIENT:                      BILLING:
Victoria N. Clemmons            S.L. Clemmons
1324 N. 28th Street             P.O. Box 28558
Milwaukee, WI  53208            Atlanta, GA  30358


| ITEM   | PRODUCT DESCRIPTION        | PRICE (US) |
|--------|----------------------------|------------|
| TF43-2 | Birthday Fireworks - Shown | 49.95 |
| TB     | Add a Teddy Bear - Small   | 12.95 |

                              Subtotal: $62.90
                         Service Charge: $ 9.95
                              -----------
                              Total: $72.85

CARD MESSAGE:
Happy Birthday my love child...Hope all is well....I hope these flowers are
first ones and I hope you cherish them as every child should do as a gift :
I LOVE YOU!

S.L. CLEMMONS

/02

