# SECTION (2 or B)
# DEFENDANT'S PROOF / EVIDENCE OF <u>INFIDELITY, ADULTERY, BIGAMY, GREED AND BLACKMAIL,</u> ETC.

CASE NUMBER: 1:06CV00123
JUDGE: ROYCE C. LAMBERTH
DECK TYPE: FOIA / PRIVACY ACT
DATE STAMP: 01/23/2006

Mechelle & I made. They are RIGHT. 103

O.K. Sam, I'm tired of trying to → but I won't give up.
fight your decisions, I give in. I don't
have any choice but to accept it. Everything
is cool and I'll make it. It will take
time but I'm really trying! One → now you don't have to avoid me.
thing I can never get over, though,
is being in love with you. I'll
always love you inspite of any
consequences. I hope you can get
over & think through whatever it
is. I also hope that one day you'll
come back to me and love me
just as much as I love you. (not saying that you don't love me)
Love conquers all barriers and if
that is true, then I know that I
can think positive and believe in
my heart that this situation won't
last forever and you'll be back.
                    I Love You
                       Tonya

P.S. I hope you don't mind if      It really doesn't matter
I get you a valentine gift. Also   what you say.
I want to know if we can ever      I'll get it anyway!
have another night together. (no strings attached)
If I have by ourselves ← ↑ → SOON → (I'll help with expenses if necessary)
to help, NOT this week,
I'm broke!!

103

*104*

**FEE BILL, CIVIL CASES, CIRCUIT COURT**

STATE OF MISSISSIPPI
LINCOLN COUNTY

CASE NO. 43/525

*Samuel Clemmons*
vs
*Tonya Powell*

N° 4259

LAWRENCE-GREENWOOD 16002

| | |
|---|---|
| Jury Tax | $ 3.00 |
| Court Reporter's Fee | 10.00 |
| Law Library | 2.50 |
| State Court Education Fund | 2.00 |
| Clerk's Fee | 25.00 |
| Sub-Total | 42.50 |
| Sheriff's Fee | |
| Fees of other Sheriff's | |
| State Comm. or Officers | |
| Other | |
| Other | |
| Other | |
| Other | |
| Other | |
| Marriage License_____ (Domestic Violence 14.00  Clerk's Fee 6.00) | $21.00 |
| Amount Paid | $21.00 |
| Amount Due | |

How Paid: ☒ Cash    Payment received from *Samuel Clemmons*
☐ Check    this the ___ day of *Jul* A. D., 19 92 _____ Dollars $21.00
☐ Money Order
By _____ D. C.    _____ Circuit Clerk

PRESCRIBED BY MISS. STATE DEPT. OF AUDIT

✶ SEE PAGES: 106, 107, 108
TO SUPPORT FEDERAL INVESTIGATED
STATEMENTS

*104*

105

4/22/86

Sam,
    I see you've found someone to do what I couldn't (make you happy) and so there's no use holding on to dreams that will never come true. I've finally found the strength to let go and so I'll stay out of your way. Lisa seems like a nice person and I guess she was meant for you instead of me. I'm sorry things couldn't work out. I wish they could have, but 3 is a crowd.
                      Thanks for the memories,
                            Tonya

P.S. I've tried to be your friend, but right now it's impossible. I still feel too strongly about you. It's better if I just keep my distance because right now I don't think I could be a friend and from how you've acted, that's all you want to be; my ~~fre~~ friend. I'll return your stuff when I go home for the summer.

※ REFER TO PAGE # 13 - 15

(105)

106

25 APR 90

Dear Gramma,

While sitting here in this boring ass class, I decided to start writing you. I've had you on mind since you left last night. You know, you a very special guy. And I can't thank you enough you coming about me even after the horrible way I betrayed you.

\* SEE PAGES 104, 107, 108 TO SUPPORT FEDERAL INVEST STATEMENTS

X SEE PAGES # 13 — 15

106

107

12 FEB 91

Hello Jerome,

How are you? Great, I hope. I just decided to drop a few words to see how you and the family were doing. How's "Little J" doing. You and Rita are doing fine I hope.

Seeing that you're not the good friend that I thought you were, I'll end here. Take care. Just worried about you that's all.

I'm sure Rita wouldn't mind if you answered just to say you all were okay. Being that it is nothing more personal then that. But oh well. Hope you're not in Saudia. I wish you and your family the

{ * REFER TO PAGES 13-15, PAGE 104 )

(107)

108

best. Since you won't respond. I will send this letter plus our friendship here. Good Luck 5'0

Love ya

A TRUE FRIEND REGARDLESS

Mrs. Tony Clemmer

108

**PAGE INTENTIONALLY LEFT BLANK
FOR THE DEFENDANT**

① /10

3 OCT 93

Dear Sam,

How are you? Fine I hope. By now you would have received the packet with some of Jivaya's school work, my form for you to verify my injuries and the money order. You did say "fill in the money order. Payee DPP" right? Well anyway since you didn't call to say I guess it's right.

The kids are fine. Jai is finally off the pacifier but not diapers (sigh). She is so hard-headed! I finally got her to say "poo-poo" but she says it afterwards and even has the nerve to bring me the baby wipes! (smile) Jivaya is doing well and she misses you. Jordan is officially crawling

(110)

② 

By the time you receive this I should be starting my paper route. It's from 3:30 AM to 6:00 AM 7 days a week. It's not much but it's a start. I've also applied for weekend jobs at department stores. Tillman says I should get a modelling job with one of the stores. Yeah right!!!

Anyway how's it going with you. ~~Are you getting use to be single yet?~~ ~~I hope you don't decide to. ~~Do you like it better than family life (smile)~~ Nevertheless ~~If I don't get a husband, the kids still need you as their father.~~ They miss you. ~~Dee~~ Dei is so use to talking to you on the phone that she picks up the phone and says "Hello..... DADA" & walks around with the toy phone doing the same.

{ SEE PAGES 13-15 }

(111)

③

112

Here are some more school papers. Also the kids are taking pictures on the 15th. Will you take care of yourself. The kids still think about you and so do I. We love you.

Love,
Jay

P.S. MY ZIP CODE IS 53206

I KNOW I TOLD YOU WRONG. SORRY

(112)

113

① 

1 SEPT 93

Dear Sam,

To keep from seeming like I'm making up excuses, I am making time to write you and tell you exactly what's going on in my mind.

Honestly, I don't know. Everything has to happen at one time and my mind feels scrambled.

I am twenty-six years old with nothing to show for myself except 3 kids. I always said I didn't want to be another statistic but it seems as if everyday brings me closer.

} SEE PAGES 13-15

What I want is a man whose willing to accept me for who and what I am. Who can help me see the potential in myself and stand behind me to make that potential a reality.

I want a man who loves me even when he doesn't understand me.

(113)

② 114

A man who is willing to make up with (not alone) me just as furiously as he fought with me.

Least of all I want a man who can see himself with me in the next 75 yrs. Growing old together. A man who won't give up so easily.

~~I know I may not have supported you as much as I should have.~~ But you only confided in me when you thought you should. Sam, I'm your wife, I should know everything about you and I don't. I would like to though.

I want our marriage to be a partnership. Not whoever pays the bills rules. I don't want to be your child.

I want romance in our life. I want to be able to meet you at the door in (XXXX-RATED) if the mood strikes. But there's a door there that holds me back. You have to open that door.

SEE PAGES 13-15,

114

115

Sam, what we went through was not unique to any marriage. People go through the same situations daily. The deciding factor is if the couple is strong enough to survive the hardships. No one can save our marriage but us. There will be other times when we will fight. That's normal. We just have to get over the hump and keep going. I want us to work but it takes two.

I want us to be able to say "I love you" and see it in our eyes. For a long time, I've felt the love was gone on your part. That made it even harder for me to respond to you. Even sex was cold. What was I to think? You didn't even like to kiss me.

Like I said make sure its what you want. I have nothing to offer

PROOF AGAINST FEDERAL INVESTIGATION STATEMENT PAGES 13-15

PROOF AGAINST FEDERAL STATEMENT PAGES 13-15

115