(4)

116

Most of all, think about what you could be getting yourself into. I gave the choice of finding out or doing what you wanted. Be sure that what you're looking for is not out there. I'm I don't intend to be like anyone else but myself. Second, I will not, I repeat will not compete against any penpals. I don't expect you to either.

If we're going to try to work we have to start all over again. No past!!! After we are together the separation is void. We will legally do this. That paper will not be used as something to fall back on. It will be a whole new ballgame. Your worries are my worries. Nothing should be your burden alone.

Also for our 5th Anniversary I would like a real wedding

SEE PAGES 106, 107, 108: 109 13-15

116

(5)

117

I'm still dizzy and will probably always be but I can't help it. I try but nothing seems to work for me. But I have a heart and I've had enough pain to last me a lifetime. So be sure Sam. I can't go through this again. A marriage should be for keeps.

Love
George

P.S. YOU'RE RIGHT. A HOUSE IS A BIG RESPONSIBILITY. DARLENE, (PT'S WIFE) SAID THERE ARE SOME NICE HOUSES FOR UNDER ($50,000) YOU WOULD PAY THE SAME AMOUNT IN MORTGAGE AS YOU WOULD FOR AN APT. HOW'S THAT SOUND; WILL GET MORE INFO..

117

118

**SENDER:** Complete items 1 and 2 when additional services are desired, and complete items 3 and 4.
Put your address in the "RETURN TO" Space on the reverse side. Failure to do this will prevent this card from being returned to you. The return receipt fee will provide you the name of the person delivered to and the date of delivery. For additional fees the following services are available. Consult postmaster for fees and check box(es) for additional service(s) requested.

1. ☐ Show to whom delivered, date, and addressee's address. *(Extra charge)*
2. ☑ Restricted Delivery *(Extra charge)*

3. Article Addressed to:
MRS. RETA BROWN
HHB 4-29 FA
APO, NY 09034

4. Article Number
P294381014

Type of Service:
☐ Registered ☐ Insured
☐ Certified ☐ COD
☐ Express Mail ☑ Return Receipt for Merchandise

Always obtain signature of addressee or agent and DATE DELIVERED.

5. Signature — Address
X Reta Brown

6. Signature — Agent
X

7. Date of Delivery
15 Aug 91

8. Addressee's Address *(ONLY if requested and fee paid)*

PS Form 3811, Mar. 1988 ★ U.S.G.P.O. 1988-212-865 DOMESTIC RETURN RECEIPT

118

119

Miss Pam
D. Co. 17th SIG. B.
APO N.Y. 09757
ARMY POSTAL SERVICE
SEP.
1991
APO 09039
USA
Tony Clemmons
659 Virginia AVE
Brookhaven MS

119



(7 Sept 91) 120

(1)

Hey "T"

I knew you would write your not crazy. Yeah same old bullshit at D & 17th. I'm in the field now I've been doing ok. How about yourself? Man after I broke up with Buff it seemed like I seen him twice out of everyday.

Sometimes he talk too much I'm still not 100% sure he won't flip through. Hes too Unpredictable (Stephanie)

I remember him, Nat and I went to that Chinese restaurant and him & I were on the same thinking level about the time we went there. I can't believe your board!

You better get out there while you can because in a couple of months you know



121

(2)

your not going to want to go anywhere. Man, if I was there we would turn that place out. I hope he sends for you soon. I can believe he started that at the airport because, Jerome & Rita called me tring to get in contact with you.

(address) But you know I wasn't sure if I wanted to give it to them or not. I told them I would have to get with you first. He wanted to talk to you because Sam sent Rita a certified ~~[illegible]~~ letter in the mail were no one could touch it but her. It was telling her that he believe that you & Jerome were messing around and he made it sound as if you & him were married at the time

SEE PAGES 13-15
PAGES 104, 106, 107, 108, 118

SEE PAGE 118

SEE PAGES 104, 106, 107, 108, 109,
PAGES 13-15

(3)

122

He also gave her a number to get in touch with him if she wanted to talk about it. What Sam didn't know is that Rita already knows about it and her & Jerome worked it out a long time ago. Jerome got pissed off though he started to call Sam hisself but, he didn't because he didn't know the status. I told him not to call.

SEE PAGES 13-15
PAGES - 104, 106-108

I guess I need to talk to him again. I think his unit is suppose to be going to Kuwait. Hopefully he'll catch up with me.

You know I figured something was going to happen that day you came over

123

(4)

Just buy me some stuff with the $60 and if the stuff ever shows up I'll send you $60 back. ~~Gt~~ Girl, I'm not pregnant.

Let me tell you I believe everybody was wanting me to be pregnant. I was a mess trying to tell Buff that shit. I've never had to do that before. Buff was laughing at me. I was almost in tears. He was like don't worry about it. He'll work it out. Because I was telling him I didn't want him to think I was trying to trap him. I told him I wasn't ever going to tell him until you you told me to. He said that would have been real fucked up. He kept saying calm down. Pam, Pam calm down. Just give me a hug.

(123)

(5)

124

Pam calm down. I was a mess. I was so embarrased afterwards he wouldn't let me drink on it. He started telling everybody. I was really starting to think he wanted the baby. So the hard part was telling him that I wasn't pregnant. When I would sneak a drink he would get mad and pull me in the room and ask me if I was trying to kill it? Crazy huh? Then call his mom. Buff, and I though you were going to write or call him first. Well I hope this is soon enough for you. You know Lisa W. is getting married soon. What the hell is Mc Donald's doing making Pizza? is it good?

(6)

125

Oh Bonds said hello he called

you didnt talk about the baby?

Take CARE &

write me back soon

Love ya

Peace

Pamela

(125)

126





①

127

30 SEPT 91

Dear Sam,

I got your letter. At first my response was to just let it go. Just give up. But then I said, NO!!!

I know you are very, very bitter towards me and I accept that. I have no one to blame. I brought it on myself. But what's happening now isn't all me. You keep saying we're going to try and that it's all on me. You say when I get there I should act this way and that. Not like a visitor. But Sam, how can I try

SEE PAGES 13-15

128

(2)

when you're constantly pushing me back. Not only that but now you're mixing fantasy with reality. Then to add salt to the wound you accused me of not taking care of Jivagia while I was in the Army That's too much. Now I have to defend myself. Since you've already brought others into our problems let's include Keith + Stephanie Why them I'll get to that. Then you look them up too.

First of all, [redacted] has [redacted] me at all. He sat with Brenda on the way back. Yes, he started off sitting with me. But then

SEE PAGES: 13-15, PAGES 104, 106, 107, 108, 109, 118, 119-122,

129

(3)

Keith asked to trade places with him. This was when Keith started going to St. Paul. We was practicing for a play. He asked me if I was talking to anyone and then after that I sort of hinted that I liked you. He wished me luck. Brenda knows I liked you. But she and Cookie did too. They also know I wasn't going up there unless I was with you. Kevin knows that too. But he didn't want you to know. And I wasn't go to say anything to get busted out.

Second, you can look up Stephanie how many times I changed my physical date before I went

← SEE PAGES 13-15

129

130

(4)

She knows because I told her that I wanted to see if you cared enough to stop me.

Second of all, I even talked to Mom about it before I went in. Second of all, for the first year half my paycheck was going home to Georgia. After BAQ started, I had sent directly home from my check and still sent money home. So don't even try that by saying I didn't take care of Georgia. Mom was getting close to $400.00 from me a month.

SEE PAGES: 104, 106, 107, 108, 109, 118 - 122

Next, I never said I was wasting my time helping. And I didn't say I put you through

131

5

school. I enjoyed helping. It made me feel important. I said that I just felt you were asking me because you knew I would and sometimes you did go out for a couple hours while I worked.

I never left for a new life. I was scared to death in leaving but I couldn't read your mind. You threw me to many curves in the past. I just knew I had to get away. I was on food stamps. Something I said would never happen. I tried school again. You forgot my pell grant got ~~to~~ cut the year I decided to go.

SEE PAGES 13-15

131

(6)

That was the last straw. I wasn't going home to Mama again.

Now that's the way I feel now. No matter how many times I say I didn't mean to hurt you. It doesn't matter. You're going to make me pay. Is how I long. Sam? Will you ever be able to forgive me? It's been 2 months now. Nothing has changed. Then I get here, I'm trying to handle our situation privately and I run into another. Mom's situation. Now I am trying to help by doing what I can when I'm not working and the day I

SEE PAGES 13-15