133

(7)



don't go to the shop. Barbara calls because Mom says we (Daddy, Frank + I don't help) her. I am getting maybe 4 hrs of sleep a day, pregnant, working nights, getting harassed, and cleaning house here and going to the shop to cook and wash dishes. I buy groceries and when I first got here gave Mom all the money I had. And still pay the phone bill + gas bill. And Barbara says I'm not helping. If this is God's punishment for me then I guess I deserve it. But that's not enough for you. You have to see it. I went to

SEE PAGES 13-15

133

134

(8)



my checkup on the 25th. I'm under weight and I'm on the borderline from being anemic but's okay. I'll live. I go back on the 2nd.

Sam, why did you send mail certified to Mom and not me. She didn't pick it up because she knew it was probably a bill. Were you planning on telling her about me? Who else do you have in mind? Sam, the answer to working it out is not to continuously hurt me. If that's what I'm doing then you don't need me. I haven't received anything yet. Any further

SEE PAGES 13-15, PAGES 104, 106, 107, 108, 109, 118,-125,

134

(9)

mail should be sent to 325 Smith RD.

* One more thing I never said I took birth control before Duvagia was born. I was to scared to go to the health department. I said [illegible] since she has been born I was on them. The one time I used foam you didn't know the difference. *

THIS STATEMENT IS CONFIRM PROOF OF A SET UP FOR THE OTHER TWO BIRTHS

What I would like to know is why you want to send for me. It's obvious you hate me. You've even started to turn a whole lot of situations around to fit the new

SEE PAGES 13-15

136

(10)

picture you have of me. I don't have a fighting chance. According to you, I'm not even capable of taking care of my children I neglected one as you say. You know I can't even get mad anymore. Just sad. ~~[illegible]~~ I don't even have Milwaukee to go to. Barbara and I have fell out. If I could go somewhere else now I would leave. Mom is making me sick. You don't sound all that encouraging yourself.

To be perfectly honest, I'll ~~was~~ about 1590 weaker

?? MENTAL

137



(11)

I'd do something about all this. I'd just end everything. You'd be happier, a $100,000 should get you out of debt and Mom would be out her financial situation. But like I said, that's just a dream. Besides, I'm pregnant.

Well I'll end now

[signature]

P.S. THE GAME CAME BACK TODAY. THAT SHOULD MAKE YOU HAPPY.

?? MENTAL



138

P. Linebarger
D. Co. 14th SIG.
B/N. APO. N.Y.
09757
Box 236

ARMY POSTAL SERVICE
24 OCT 1991
APO 09032

Tonya Clemmons
Rt. 2, Box 731
659 VIRGINIA AVE
Brookhaven, MS.
39601

(138)

10 OCT 139 ①

Tonya,

I hope your not too upset with me for taking so long to write back. This time it really is my fault. Sorry ☺. So how have you been? Fine I hope!

Thats true Sam did approach me, but it wasn't on the [crossed out] phone. It was in the Club. P.C. He asked me if some body named Brown called for you. A Sgt Brown. I told him no because he really don't call for you because he knows your [crossed out] not here.

I glad to hear the baby's fine. Hows little T?

(2)

+ Phone calls? At night thats fucked up. It don't scare you? Buffo doing fine. It seems like they keep him & Barnes in the field. He always is giving hints about kids & marriage. I ignore until it really comes up.

Oh yeah Mary's gone. She left Sunday. She went home and then to Ft Gordon. She'll be home for a week at least. I'll send you her address at Ft. Gordon when I get it. Know what I mean

Nut and Barnes. Well thats a hard question. I really

[illegible]

when you get here. I hope ③ you find some excitement 141 before you leave. Hurry and get back. I only have 8 months left in this joint.

Peace
&
God
Bless

Pamela

P.S.
U made
my Spe. H
1st Sept.

16 AUG 91

SEE PAGES: 13-15

Dear Sam,

How are you? Me, I'm okay. I'm ready to come home though. The baby is okay so far. My next appointment is Sept. 10. Virginia is fine as well. Things around here are pretty bad. Mom has finally sent for the mutual funds. She said she didn't forget, she just never had time.

She was ripping around trying to care of Daddy Pat. Pate wouldn't. Also Daddy Frank's nephew (a crack head) was staying with them. He was using Momma's van for

sells. Momma told Daddy Frank but he wouldn't believe her. Then he started pawning Momma's jewelry and little things around the house. Daddy Frank would cover for him and get it back but he didn't get the jewelry back and Nelson's bike. He didn't turn his nephew in to the police until his gun was pawned. Momma didn't want to send for the money and it came in the mail for "J.R." to get. He had someone cash a couple of her unemployment checks. Now there's a chance that they might lose the house. Momma has





(3)

the shop which is not bringing in much money right now. And Daddy Frank's not doing anything.

Nolan will be here next week. He's coming to get the rest of his stuff but in between school time he'll be living in Milwaukee.

Oh yea's Stacey Dillman died last weekend, no she went the hospital last weekend, she had a heartattack and two was at the hospital. She was pronounced brain dead but they didn't take her off the respirator until this week. Her funeral will probably be Monday.





I haven't seen Keith, yet.
I don't do much. I just get up and go the shop with Mom to help Virgia. deliveries across the street to the mortuary to Funerals (we WATCH HER CROSS) and gets a tip. (25¢ to 50¢).
Sam, I miss you. I really do. Please let everything be alright between us. The other night, you know I could have sworn you was here. I heard you call my name in my sleep and I woke ~~g~~ up, I guess I was just dreaming.

146



I've sent $70 (ALL I HAD AFTER MY doctor's Appt. $49) to DPP. Also I got your football. Would you like for me to send it? I've applied for my passport and there's a four week waiting period before I can get unemployment. Still looking for some kind of job.

Well I sign off man. Take care of yourself.

Love

Joy

