*185*

*Paralegal Services*
*Attn: Mrs. Mary L. Lee*
*P. O. Box 28558*
*Atlanta, GA 30358*

January 24, 2006

State of Wisconsin
**Attn: Clerk of Circuit Court**
Milwaukee County Courthouse
901 N. 9th Street
Milwaukee, WI 53233

### Re: Copy of Court's Transcript to Case # 2002FA003672

Dear Office of the Clerk of Circuit Court:

My office is submitting this request to the courts to purchase a detail copy of the verbal transcript which is reflected in the documents you provided us on August 18, 2005. See copy of the page attached.

We will greatly appreciate if you can allow us to purchase the in-depth verbal transcripts of the testimonies that took place on November 13, 2002 by court reporter, Barbara Bohl concerning the petitioner (Tonya R. Powell ) sworn testimony.

We are interested in what she told the court prior to this date and on this date of this hearing.

If you should have any questions regarding this request, please let me know by written communication or fax. My fax number is 425-944-7024.

I will send you the fee for your service if needed.

Sincerely,


Mrs. Mary L. Lee
Paralegal Services

            Attachment



*186*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MR. SAM L. CLEMMONS
548 SAINT CHARLES PL
BROOKHAVEN, MS 39601

CIVIL ACTION

V

Tonya R. Powell, Defendant
1324 N. 28th Street
Milwaukee, WI 53208
414-933-2665

CASE NUMBER: 1:06CV00123
JUDGE: ROYCE C. LAMBERTH
DECK TYPE: FOIA / PRIVACY
ACT
DATE STAMP: 01/23/2006

## AFFIDAVIT OF SERVICE

I, <u>Sam L. Clemmons</u>, hereby declare that on the 26th of March 2006, I mailed the
<u>Milwaukee Circuit Court and Court Reporter Barbara Bohl</u> such service requesting the
transcripts from such courts to justify fraudulent statements submitted to the court system
were fraudulent ones. This release to the courts will justify to this court the Defendant's
patterns of submitting and giving false information using the Plaintiff's personal
information. This request was mailed by certified mail return receipt requested. Attached
hereto is the true green card acknowledging service.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Sharon L Schmoll*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>*BARBARA BOHL, COURT REPORTER*<br>*821 W. STATE STREET, RM 117*<br>*MILWAUKEE, WI 53233* | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label)   7001 1140 0002 6561 0541 | |
| PS Form 3811, February 2004     Domestic Return Receipt | 102595-02-M-1540 |



187

*Paralegal Services*
*Attn: Mrs. Mary L. Lee*
*P.O. Box 28558*
*Atlanta, GA 30358*

March 27, 2006

Barbara Bohl, Court Reporter
821 W. State Street, Room 117
Milwaukee, WI 53233

### Re: Copy of Court's Transcript to Case # 2002FA003672
### Certified Mail Receipt Request # 7001 1440 0002 6561 0541

Dear Ms. Bohl:

Thanks for contacting me back concerning our request. Enclosed is the money order in
the amount of **$42.00** per your request.

The transcripts should be forwarded to the address listed in this letterhead.

Once again thanks for your assistance.

Sincerely,


Robert L. Lee
Paralegal Services

      Attachment (Money Order)

*188*



**UNITED STATES POSTAL SERVICE** — **CUSTOMER'S RECEIPT**

KEEP THIS
RECEIPT FOR
YOUR RECORDS

PAY TO: *BARBARA BOHL (COURT REPORTER)*
ADDRESS: *821 N. STATE STREET RM 117*
C.O.D. OR *MILWAUKEE, WI 53233*
USED FOR *CASE # 2002FA003672 TRANSCRIPT*

SEE BACK OF THIS RECEIPT
FOR IMPORTANT CLAIM
INFORMATION

**NOT NEGOTIABLE**

| SERIAL NUMBER | YEAR, MONTH, DAY | POST OFFICE | AMOUNT | CLERK |
|---|---|---|---|---|
| 09303855772 | 2006-03-27 | 303281 | $ 42.00 | 0015 |

**UNITED STATES POSTAL SERVICE** — **POSTAL MONEY ORDER**

15-800
000

| SERIAL NUMBER | YEAR, MONTH, DAY | POST OFFICE | U.S. DOLLARS AND CENTS |
|---|---|---|---|
| 09303855772 | 2006-03-27 | 303281 | $$$$42$00¢ |

FORTY TWO DOLLARS & 00¢ ***************

AMOUNT

PAY TO: *BARBARA BOHL COURT REPORTER*
ADDRESS: *821 N. STATE STREET RM 117*
*MILWAUKEE WI 53233*
C.O.D. NO. OR
USED FOR *CASE # 2002FA003672*
*TRANSCRIPT*

NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS
SEE REVERSE WARNING

FROM: *ML MRS MARY LEE*
ADDRESS: *YO DERRNAID, S.L.*
*P.O. BOX 78858 ATLANTA GA 30358*

CLERK
0015

⑆0000008002⑆     09303855772⑈

FEB 0 1'06

U.S. POSTAGE
0.300

PRESORT
FIRST CL



CLERK OF CIRCUIT COURT
713 R6
901 NORTH 9TH STREET · MILWAUKEE, WISCONSIN 53233

RETURN SERVICE REQUESTED

PARALEGAL SERVICES
ATTN: MRS MARY L LEE
P.O. BOX 28558
ATLANTA GA 30358

LRXXXSW3    30358

189

109



CLE  ( OF CIRCUIT COURT
CIVIL DIVISION

# *Milwaukee County*

**JOHN BARRETT** • Clerk of Circuit Court/Court Services Director

JAMES J. SMITH
Administrator

MARY K. WADKINS
Assistant Administrator

PAULA BLACK
Records Center Administrator

February 1, 2006

Paralegal Services
Attn: Mrs. Mary L Lee
P O Box 28558
Atlanta GA  30358

### Re: #2002FA003672

Milwaukee County Clerk of Circuit has received your request regarding the above case.
You must contact the Court Reporter Division regarding transcript information @
414-278-5351.

If you have any questions regarding this information, please contact me at
414-278-4128.  Thank you.

Sincerely,

Lea/Civil Records

/llkl



*Paralegal Services*
*Attn: Mrs. Mary L. Lee*
*P. O. Box 28558*
*Atlanta, GA 30358*

January 24, 2006

State of Wisconsin
**Attn: Clerk of Circuit Court**
Milwaukee County Courthouse
901 N. 9th Street
Milwaukee, WI 53233

**Re: Copy of Court's Transcript to Case # 2002FA003672**

Dear Office of the Clerk of Circuit Court:

My office is submitting this request to the courts to purchase a detail copy of the verbal transcript which is reflected in the documents you provided us on August 18, 2005. See copy of the page attached.

We will greatly appreciate if you can allow us to purchase the in-depth verbal transcripts of the testimonies that took place on November 13, 2002 by court reporter, Barbara Bohl concerning the petitioner (Tonya R. Powell ) sworn testimony.

We are interested in what she told the court prior to this date and on this date of this hearing.

If you should have any questions regarding this request, please let me know by written communication or fax. My fax number is 425-944-7024.

I will send you the fee for your service if needed.

Sincerely,

Mrs. Mary L. Lee
Paralegal Services

Attachment



MILWAUKEE COUNTY-40
CIRCUIT COURT    Case 1:06-cv-00123-RCL

Civil Court Record
Document 5-11    Filed 05/12/2006    Page 8 of 22

08-22-2005
11:12 am

Caption
Tonya R Clemmons vs Samuel L Clemmons

Responsible C.O.
Bonnie L Gordon-46

Case Number
2002FA003672

*192*

WCIS Code:    40101 - Divorce

| | | |
|---|---|---|
| 09-24-2002 | Other in-court activity | Bonnie L Gordon-46 |
| | Petitioner is in court pro se. | |
| | Respondent is not in court. | |
| | Case set for a p.t. conference. | |
| | Filed, Copy of Affidavit of Diligent Search. | |
| | Court ordered case adjourned-petitioner is ordered to publish the OTA. | |
| | Court further ordered the petitioner to get certification from Lincoln County, MS. advising the court that no action for divorce was taken. | |
| | Court ordered case continued to 11-13-02 2:00 p.m. for p.t. | |
| | Signed and filed, OTA. cp | |
| 11-13-2002 | Default divorce | Bonnie L Gordon-46 |
| | Court Reporter, Barbara Bohl. ✓ | Barbara Bohl |
| | Petitioner appears pro se. | |
| | Respondent does not appear. | |
| | Petitioner is sworn and testified. ✓ | |
| | Court finds respondent has been served with the Summons and Petition. | |
| | Court finds due diligence has been made. | |
| | Court is satisfied that the previous action for divorce in Lincoln County, Brookhaven, MS. case # 95-0039 was DISMISSED 4-7-97. | |
| | Court filed, from Lincoln County, Brookhaven, MS. the following: | |
| | Certified copy of Order Dismissing case # 95-0039, Clerk's Motion to Dismiss, Summons by Publication, Complaint, Affidavit of Srevice on Samuel clemmons, Jr., Proof of Certified Mail to Tonya Powell Clemmons, Proof of Publication re: Tonya Powell Clemmons and another Certiffed Proof of Mail to Ms. Clemmons. | |
| | Court finds marriage Irretrievably Broken and Court grants Judgment of Absolute Divorce. Court DID NOT MAKE ANY OTHER ORDERS- Acceptance of the Proposed Written MSA is HELD OPENED. Petitioner restored her previous surname of POWELL. | |
| | Filed, proof of publication. | |
| | Court ordered petitioner to submit New Findings of Fact, Conclusions of Law, indicating divorce granted-all other orders held opened/not ruled upon. cp | |
| 11-13-2002 | Default judgment | Bonnie L Gordon-46 |
| 11-19-2002 | Findings of facts/conclusions of law w/ judgment | Bonnie L Gordon-46 |
| 11-25-2002 | Notes | |
| | Filed, Findings of Fact and Conclusions of Law, Judgment of Divorce. Copy of Judgment and Findings mailed to Petitioner and Respondent at addresses shown in the Judgment. | |

CV-400(CCAP) 11/00 Civil Court Record

This form may not be modified. It may be supplemented with additional material.

page 2 of 2

*193*

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

STATE OF WISCONSIN
CLERK OF CIRCUIT COURT
MILWAUKEE COUNTY COURTHOUSE
901 N. 9TH STREET
MILWAUKEE, WI 63233

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
x *Shawn L. Schmoll*    ☐ Agent
                        ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
AUG 1 6 2005

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

2. Article Number
   *(Transfer from service label)*    7003 1680 0001 1851 2658

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

199

1

2

3    STATE OF WISCONSIN    CIRCUIT COURT    MILWAUKEE COUNTY
                              BRANCH 46
4    ---------------------------------------------------------

5    In re the marriage of

6    TONYA CLEMMONS,

7              Petitioner,

8    vs.                                    Case No. 02FA3672

9    SAMUEL CLEMMONS,

10             Respondent.

11   ---------------------------------------------------------

12                    TRANSCRIPT OF PROCEEDINGS

13   ---------------------------------------------------------

14   NOVEMBER 13, 2002                   HON. BONNIE GORDON
                                         CIRCUIT COURT JUDGE
15

16

17

18                    APPEARANCES:

19
                      TONYA CLEMMONS, Petitioner, appearing in
20                    person pro se.

21

22

23
                      Barbara J. Bohl, Court Reporter
24

25


                              1

*195*

1

2                        THE CLERK:   02FA003672, Tanya

3    Clemmons versus Samuel Clemmons.

4                        THE COURT:   You're Tonya Clemmons; is

5    that correct?

6                        MS. CLEMMONS:   Correct.

7                        THE COURT:   I'm going to swear you in

8    Mrs. Clemmons.   Stand and raise your right hand.

9                        TONYA CLEMMONS,

10                       BEING FIRST DULY SWORN, WAS EXAMINED

11   AND TESTIFIED AS FOLLOWS:

12                       EXAMINATION

13                       BY THE COURT:

14   Q.   For purposes of the record, I see that there is an

15        affidavit of service on file that Mr. Samuel

16        Clemmons Jr. was served with a copy of the summons

17        and petition on May 17, 2002, at 5675 Rosewell Road,

18        looks like 40-A, Atlanta, George, 030342.

19                       My understanding is that this matter

20        was set for a pretrial on and or a default hearing

21        on September 24th of 2002, and the matter was then

22        adjourned to today's date for the September 24th

23        hearing.

24                       You attempted to serve Mr. Clemmons

25        with the order to appear for the September date in

*196*

```
 1        Atlanta, Georgia; is that correct?

 2   A.   Yes, Ma'am.

 3   Q.   And you furnished the court with an affidavit of

 4        diligence search from the Fulton County Georgia

 5        Sheriff's Department indicating that there was

 6        attempted service in July, 2002; correct?

 7   A.   Yes.

 8   Q.   And that the address that you had given indicates a

 9        vacant apartment; is that correct?

10   A.   Yes, Ma'am.

11   Q.   Now, on the affidavit of diligent search, the actual

12        address in which they went to is not placed on

13        there.  What was the address that you gave the

14        Sheriff of Fulton County?

15   A.   5675 Rosewell Road, 40-A.

16   Q.   And in Atlanta, Georgia?

17   A.   Yes.

18   Q.   And Fulton County in Atlanta, Georgia?

19   A.   Yes, Ma'am.

20   Q.   And after that you attempted to publish.  The

21        statute does not require that given the fact that he

22        resides outside of the State of Wisconsin; is that

23        correct?

24   A.   Yes, Ma'am.

25   Q.   And you also have an affidavit and proof of
```

```
 1        publication in the Daily Reporter in Fulton County
 2        Daily Reporter; correct?
 3    A.  Yes, Ma'am.
 4    Q.  And Mr. Clemmons has failed to file a responsive
 5        pleading in this manner, though the court did
 6        receive apparently on September 20th, I don't know
 7        -- Did you file this with the court?
 8    A.  No.
 9    Q.  Somehow --
10    A.  He did.  He does that.
11    Q.  I'm not sure how it was filed but there is a letter
12        that somebody filed sending this notice before the
13        court on Mr. Clemon's behalf.  Mr. Clemon's
14        supporter is fully aware of this matter and for the
15        record for your hearing we filed a response.  It is
16        not signed.  It doesn't appear to be drafted by an
17        attorney.  However, in that -- and I am not going to
18        consider it a responsive pleading by Mr. Clemmons in
19        any fashion.  But in that it is stating that you and
20        Mr. Clemmons have been divorced already in Lincoln
21        County, Mississippi; is that correct?
22    A.  Yes.
23    Q.  And the reason we didn't go forward last time is
24        that the court asked you to bring in documentation
25        that there was not in fact any legal separation or
```

4

1         judgment of divorce granted between you and

2         Mr. Clemmons; is that correct?

3     A.  That's correct.

4     Q.  And you indicated to the court back in September,

5         though we were not on the record, that to the best

6         of your knowledge you and Mr. Clemmons have never

7         been divorced or legally separated anywhere?

8     A.  Correct.

9     Q.  And today are you filing with the court a document

10        in the Chancery Court of Lincoln County, Brookhaven,

11        Mississippi, Samuel L. Clemmons Jr, case number

12        950039, and it was an order dismissing the action

13        for want of prosecution; is that correct?

14    A.  Yes, Ma'am.

15    Q.  And that was an action for divorce; correct?

16    A.  Yes, Ma'am.

17    Q.  And today you are asking the court to grant you and

18        Mr. Clemmons a divorce.  However, you are not asking

19        for any financial orders, any issues as it relates

20        to custody or placement because Mr. Clemmons does

21        not have any actual contacts with the State of

22        Wisconsin and has not submitted to the jurisdiction

23        of the state; is that correct?

24    A.  That's correct.

25    Q.  And the court is not accepting the letter that was

5

```
 1            filed on September 20th as a response and pleading

 2            by Mr. Clemmons submitting to the jurisdiction that

 3            is not signed by anyone.  It doesn't even reference

 4            that this is his statement.  It appears that

 5            somebody is writing on his behalf.  Now, I would ask

 6            that you state your current residence, please.

 7    A.      1324 North 28th street, Milwaukee, Wisconsin, 53208.

 8    Q.      And your date of birth?

 9    A.      4/13/67.

10    Q.      And your occupation?

11    A.      Office assistant.

12    Q.      And you are currently married to Samuel L. Clemmons

13            Jr.?

14    A.      Yes, Ma'am.

15    Q.      And what is your date of marriage?

16    A.      July 20th.

17    Q.      20th or 28th?

18    A.      I'm not quite sure of the date any more.

19    Q.      Take your time and think about it.

20    A.      July 28, 1990.

21    Q.      And that's what you have in your petition for

22            divorce; is that correct?

23    A.      That's correct.

24    Q.      And where were you married?

25    A.      Brookhaven, Mississippi, Lincoln County.
```

6

*200*

1    Q.    And at the time of your marriage you and

2          Mr. Clemmons were in the military?

3    A.    At the time of the marriage I was in the military.

4          He wasn't in it.

5    Q.    Subsequent to the marriage was he in the military?

6    A.    Yes, Ma'am.

7    Q.    And is he in the military today?

8    A.    No, Ma'am.

9    Q.    He was discharged?

10   A.    He was discharged in '94.

11   Q.    And this action for divorce was filed by you on May

12         6th of 2002; is that correct?

13   A.    Yes, Ma'am.

14   Q.    At the time that you filed this action were you a

15         resident of Milwaukee County for 30 days immediately

16         prior to the commencement of this action?

17   A.    Yes, Ma'am.

18   Q.    And were you a resident of the State of Wisconsin

19         for six months immediately prior to the commencement

20         of this action?

21   A.    Yes, Ma'am.

22   Q.    And have you and Mr. Clemmons ever resided together

23         as husband and wife in the State of Wisconsin?

24   A.    No, Ma'am.

25   Q.    And when did the two of you separate, approximately?

7



*201*

```
 1   A.   July 18, 1993.

 2   Q.   And just for purposes of the record, you have stated

 3        in your petition that there have been three children

 4        born this marriage?

 5   A.   Yes.

 6   Q.   Can you state their names and birthdays just for

 7        purposes of the record today?

 8   A.   Tibagia Danielle Clemmons.  Her birthday is 3-21-87,

 9        Victoria Nicole Clemmons.  Her birthday is 3-5-92,

10        and Jordan Denzel Clemmons.  His birthday is

11        4-27-93.

12   Q.   And under Wisconsin law I must ask you this

13        question.  Are you pregnant today?

14   A.   No.

15   Q.   And do you believe that your marriage is

16        irretrievably broken?

17   A.   Yes, I do.

18   Q.   Do you think that if the Court were to order

19        counseling between you and Mr. Clemmons that there

20        would be any chance of the two of you getting back

21        together again?

22   A.   No, Ma'am.

23   Q.   And other than the action that was dismissed in

24        Lincoln County of Brookhaven, Mississippi, is there

25        any other action for divorce, annulment or
```

1      separation that's been previously commenced or

2      pending anywhere between the two of you?

3   A. No, Ma'am.

4   Q. And is this your first marriage?

5   A. Yes, Ma'am.

6   Q. And is this Mr. Clemmons first marriage?

7   A. Yes, Ma'am.

8   Q. And have the two of you entered into any written

9      agreements regarding this matter?

10  A. No.

11  Q. And you are not asking for the court to enter any

12     types of custody placement orders or any financial

13     orders between the two of you; is that correct?

14  A. That's correct.

15  Q. And just so I'm clear.  The two of you never lived

16     together as husband and wife in Wisconsin?

17  A. No, Ma'am.

18  Q. That's correct?

19  A. That's correct.

20              THE COURT:  You may step down.  The

21     court is going to do the following.  First of all, I

22     am satisfied that Mr. Clemmons has been properly

23     served with the petition and summons in this

24     matter.  That he was served at 5675 Rosewell Road,

25     40-A, Atlanta, Georgia.  The affidavit of service is

9

203

1          on file with the clerk in this court.

2                    Ms. Clemmons made diligent efforts to

3          notice Mr. Clemmons of the proceedings before this

4          court on September 24th of 2002 as well as today's

5          date.  It appears that Mr. Clemmons no longer

6          resides at the Rosewell Road address.  I find,

7          though, the affidavit of diligent service on

8          Mr. Clemmons does not list an address that which he

9          attempted service.  Just indicates vacant

10         apartment.  I find Mrs. Clemmons testimony to be

11         credible, and I am satisfied that when she provided

12         the Fulton County Sheriff with the address, it was

13         the same as previously noticed to the Sheriff's

14         Department, that his whereabouts are unknown; is

15         that correct?

16    A.   That's correct.

17                    THE COURT:  Do you have any idea

18         where he resides at this time?

19    A.   No, I don't.

20                    THE COURT:  That the parties have

21         been separated since February or since December 2,

22         1995.  Mr. Clemmons is not in the military at this

23         time.  That the parties never resided together as

24         husband and wife in the State of Wisconsin.

25                    Mrs. Clemmons is asking the court to

                              10

204

```
1          grant a judgment of divorce and not enter any orders

2          as it relates to the custody, placement, financial

3          orders indicating that Mr. Clemmons has had no

4          contact with the state of Wisconsin.  Based upon her

5          testimony there does not appear to be any likelihood

6          of the parties getting back together again and

7          therefore the court will find the marriage

8          irretrievably broken and as a result the court will

9          grant the parties a judgment of divorce.

10                    Though your marriage ends today,

11         neither you nor Mr. Clemmons is free to marry

12         anywhere in the world for six months; do you

13         understand?

14    A.   Yes, Ma'am.

15                    THE COURT:  And do you want to go

16         back to your former surname?

17    A.   Yes, Ma'am.

18                    THE COURT:  And what is that.

19    A.   Powell, P. O. W. E. L. L.

20                    THE COURT:  That's fine.  I will

21         allow you to go back to your former surname.  We

22         will have -- You will have to submit a new findings

23         of fact, conclusions of law and judgment of divorce

24         and you will have to mail it, attempt mailing to

25         Mr. Clemmons when I do sign the judgment of divorce
```

11

1    at his last known address, okay?  Thank you.  Any

2    questions?

3  A.  The last part, when you said about the findings.

4    Are you speaking of sending that information to '

5    him?

6              THE COURT:  Well, he should be mailed

7    a copy at his last known address.  Maybe there will

8    be a forwarding address now.  It is a vacant house

9    now but maybe since the Sheriff attempted service

10   several months ago he has now notified the Post

11   Master of a new address.

12  A.  Okay.

13             THE COURT:  Thank you. I should also

14   indicate I am satisfied there is no other action for

15   divorce, annulment, legal separation that's been

16   previously granted, and I am satisfied that the

17   prior action in Lincoln County, Mississippi was

18   dismissed for want of prosecution.

19             (End of proceedings.)

20

21

22

23

24

25

*206*

1

2                          STATE OF WISCONSIN    )

3                                                )

4                          CIRCUIT COURT         )

5

6              I, Barbara J. Bohl, a Registered

7    Professional Reporter, do hereby certify that I

8    reported the foregoing proceedings, later transcribed

9    same, and it is to the best of my  abilities.

10

              Dated at Milwaukee, Wisconsin, this _10th_
11
     day of _April_        , 2006.
12

13

14

15                         Barbara J. Bohl

16

17

18

19

20

21

22

23

24

25

                              13

