# SECTION (4 or D)
# DEFENDANT'S PROOF / EVIDENCE
# OF <u>INABILITY TO MANAGE</u>
# <u>BUSINESS</u>

CASE NUMBER: 1:06CV00123
JUDGE: ROYCE C. LAMBERTH
DECK TYPE: FOIA / PRIVACY
  ACT
DATE STAMP: 01/23/2006

DEPARTMENT OF THE ARMY
200TH THEATER ARMY MATERIEL MANAGEMENT CENTER
APO NEW YORK 09052-5356

207

REPLY TO
ATTENTION OF

AEAGD-MMC-RF-D                                              07 FEB 92

MEMORANDUM FOR:          SAMUEL L CLEMMONS         427 08 6671,
C CO 4/7 INF              , APO  09162

SUBJECT:   RECEIPT OF PAYMENT    ACCT# D03548    CKAMT  $ 305.37
                                                SRVCHG $   0.00

1.  ( X )  ACKNOWLEDGE RECEIPT OF PAYMENT FOR RETURNED COMMISSARY
CHECK DATED, 26 NOV 91.  REDEEMED CHECK ENCLOSED.

2.  (   )  ACKNOWLEDGE RECEIPT OF PARTIAL PAYMENT FOR RETURNED
COMMISSARY CHECK.  REMAINING BALANCE IS    0.00 .  IF YOU SUBMITTED
A BANK OR FINANCE LETTER YOUR ACCOUNT WILL BE ADJUSTED AND YOUR
CHECK RETURNED TO YOU IN THE NEAR FUTURE.

3.  (   )  ACKNOWLEDGE RECEIPT OF PAYMENT FOR RETURNED COMMISSARY
CHECK.  YOU OVERPAID THE AMOUNT DUE BY   0.00 .  THIS OVERPAYMENT
MAY HAVE OCCURED BECAUSE YOU FAILED TO MAKE RESTITUTION BY THE
SUSPENSE DATE AND A DD139 WAS SENT TO YOUR SERVICING FINANCE
OFFICE FOR COLLECTION FROM YOUR PAY.  ANOTHER REASON; YOU MAY
HAVE SUBMITTED AN AMOUNT FOR MORE THAN ONE DISHONORED CHECK.
YOUR ACCOUNT IS BEING RESEARCHED AND IF YOU ARE ENTITLED TO A
REFUND IT WILL BE SENT TO YOU IN THE NEAR FUTURE.

4.  ETS 494-6065/7109.

1 ENCL                            KARL A. STEPHENS
                                  FINANCE AND ACCOUNTING OFFICER

CF:  COMMUNITY CHECK CONTROL OFFICER

207

208





208

# Mississippi Guarantee Student Loan Agency

P.O. Box 53255
Jacksonville, FL  32201
1-800-633-5073

*209*

POWELL, TONYA R
A CO. 215TH INF. BOX 48
APO AE          NY 09033

08/14/93
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

DEAR STUDENT LOAN BORROWER:

    THE LENDER OF YOUR GUARANTEED STUDENT LOAN PROGRAM LOAN(S) HAS
REQUESTED ASSISTANCE CONCERNING YOUR ACCOUNT.

    WE HAVE BEEN UNABLE TO REACH YOU BY TELEPHONE.  PLEASE CALL
US AT 1-800-633-5073 EXT. 2 TODAY!!!  IT IS OF UTMOST IMPORTANCE
THAT WE SPEAK TO YOU REGARDING YOUR STUDENT LOAN STATUS AS SOON
AS POSSIBLE.

SINCERELY,

PRE-CLAIMS DEPARTMENT

9093-01

*269*

# Mississippi Guarantee Student Loan Agency

*210*

P.O. Box 53255
Jacksonville, FL  32201
1-800-633-5073

TO: TONYA R POWELL
A CO. 215TH INF. BOX 48
APO AE, NY 09033

08/14/93

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

# 2ND WARNING

MISSISSIPPI STUDENT LOANS
P.O. BOX 55489
JACKSON, MS 392965489

HAS NOTIFIED THIS OFFICE THAT YOUR GUARANTEED STUDENT LOAN PROGRAM LOAN (S) IS
DELINQUENT. THIS IS TO REEMPHASIZE THE SERIOUSNESS OF YOUR DELINQUENCY. IF
YOUR DELINQUENCY SHOULD PERSIST, BY STATUTE YOUR ACCOUNT WILL BE DECLARED
IN DEFAULT. THIS MAY RESULT IN SERIOUS DAMAGE TO YOUR CREDIT RATING, POSSIBLE
LEGAL ACTION TAKEN AGAINST YOU, AND REFERENCE OF YOUR DEBT TO THE U.S.
INTERNAL REVENUE SERVICE.

AVOID THESE SERIOUS ACTIONS, BY CONTACTING YOUR LENDER TO MAKE SATISFACTORY
PAYMENT ARRANGEMENT TODAY!  YOUR LENDER'S TELEPHONE NUMBER IS (601) 981-9414.

SINCERELY YOURS,

PRE-CLAIMS DEPARTMENT
EXTENSION 2

CC:
9013-01

210

DEFENSE FINANCE AND ACCOUNTING SERVICE
INDIANAPOLIS CENTER
INDIANAPOLIS, INDIANA 46249-0001

*211*

ACCOUNTING AND DEBT
MANAGEMENT OPERATIONS

SEPTEMBER 30, 1992

ACCOUNT BALANCE:     $245.00
SSN:              354 56 3701
DUE DATE:    OCTOBER 30, 1992

TONYA R POWELL
234 Smith St
Brookhaven, MS 39601

DEAR TONYA R POWELL:

WE HAVE BEEN NOTIFIED THAT YOU ARE INDEBTED TO THE DEPARTMENT
OF DEFENSE IN THE AMOUNT SHOWN ABOVE.  SINCE YOUR ACCOUNT HAS
BECOME DELINQUENT, IT HAS BEEN REFERRED TO THE DEFENSE FINANCE AND
ACCOUNTING SERVICE - INDIANAPOLIS CENTER FOR COLLECTION ACTION.
AN EXPLANATION OF THIS DEBT IS SHOWN ON THE ATTACHED DOCUMENT(S).

IF YOU DISAGREE WITH THIS DETERMINATION, PLEASE PROVIDE US
WITH AN EXPLANATION AND ANY SUPPORTING DOCUMENTATION YOU MAY HAVE
TO SUPPORT YOUR REASON(S), (E.G. SEPARATION PRECOMPUTATIONS,
TRAVEL SETTLEMENT VOUCHERS, ETC.).  PLEASE DIRECT ALL
CORRESPONDENCE, INCLUDING PAYMENTS, TO:  DIRECTOR, DEFENSE FINANCE
AND ACCOUNTING SERVICE - INDIANAPOLIS CENTER, ATTN:  DFAS-IN-Y,
DEPARTMENT 80, INDIANAPOLIS, IN 46249-0001.  OUR PHONE NUMBER FOR
QUESTIONS IS (317) 543-7436.  HOWEVER, ANSWERS AND DISCUSSIONS OF
REPAYMENT SCHEDULES CANNOT BE MADE OVER THE TELEPHONE DUE TO
EXISTING PUBLIC LAWS.

IF YOU AGREE THAT THE DEBT IS VALID, PLEASE SEND YOUR PAYMENT
IN FULL WITHIN 30 DAYS OF THE DATE OF THIS LETTER.  YOUR CHECK OR
MONEY ORDER SHOULD REFLECT YOUR SOCIAL SECURITY NUMBER AND BE MADE
PAYABLE TO DFAS-IN/ADMO.  YOU ALSO HAVE THE OPTION TO PAY THE FULL
AMOUNT BY MASTERCARD OR VISA.  IF YOU CHOOSE THIS OPTION, PLEASE
SIGN AND RETURN THE ENCLOSED FORM 27-144.  YOU MAY ELECT TO MAKE
REGULAR MONTHLY PAYMENTS IN LIEU OF A FULL PAYMENT.  IF SO, THE
MINIMUM ACCEPTABLE AMOUNT IS $50.00 WITH THE FIRST PAYMENT DUE
WITHIN 30 DAYS OF THE DATE OF THIS LETTER.  YOU MAY ALSO ARRANGE
THROUGH YOUR BANK TO MAKE PAYMENTS USING ELECTRONIC FUND TRANSFER
(EFT) PROCEDURES.  THE SAME GUIDELINES DESCRIBED FOR REGULAR
PAYMENTS REGARDING AMOUNT AND DUE DATE APPLY TO EFT PAYMENTS.

IF YOU ARE CURRENTLY UNABLE TO MAKE ANY REMITTANCE, OR IF YOU
ELECT INSTALLMENT PAYMENTS, PLEASE COMPLETE AND RETURN THE
ENCLOSED FINANCIAL AFFIDAVIT (FORM O-1691).

DEFENSE FINANCE AND ACCOUNTING SERVICE
INDIANAPOLIS CENTER
INDIANAPOLIS, INDIANA 46249-0001

*212*

2

I WOULD ENCOURAGE YOU TO RESPOND PROMPTLY AS THE DEBT, BY LAW, IS SUBJECT TO INTEREST, ADMINISTRATIVE AND POSSIBLE PENALTY CHARGES.  IN ORDER TO ALLOW TIME FOR YOUR REPLY PROCESS, WE WILL TAKE NO FURTHER ACTION ON YOUR ACCOUNT FOR 30 DAYS FROM THE DATE OF THIS LETTER.

SINCERELY,

G. J. LETTERMAN
DIRECTOR, ACCOUNTING AND DEBT
MANAGEMENT OPERATIONS

ENCLOSURES

212

# MERCHANTS NATIONAL BANK & TRUST COMPANY
## COMMUNITY BANK

2/3

BREITLACHER STRASSE 96 · 6000 FRANKFURT/MAIN 90, GERMANY

*sep 910807*

MERCHANTS NATIONAL BANK · BREITLACHER STR. 96 · 6000 FRANKFURT/M. 90

*N/R*

U.S. Army Finance & Accounting Center
Department 35 - MBF Debts Office
Indianapolis, IN 46249-0001

Date: July 31, 1992

Re: DEBT. COLLECTION
    CONTRACT # MDA 903-88-C-0011

Dear Sir/Madame:

The manager's signature appearing below confirms that the following individual has not repaid the amount associated with the content of this collection:

| Debt Number | Name | Social Security Number | Amount | Type |
|---|---|---|---|---|
| F/A/ 1916 1018/128/92 | *Clemmons /* Powell, Tonya | 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 | $245.00 | ~~Loan~~ Overdraft Returned Check |

Last Known Address:    D Co, 17th Sig bn

    APO NY 097557

MERCHANTS NATIONAL BANK & TRUST COMPANY (MNB) hereby assigns to the U.S. Department of Defense (DOD) for collection the obligations listed above without recourse, representation or warranty. MNB has exhausted its standard collection efforts as to these obligations.

Please sign, date and return the enclosed copy of this letter to indicate the DOD's acceptance of this assignment.

Very truly yours,

_____
(Branch Manager)

Assignment Accepted:

_____    _____
(DOD Signature)                (Date)    (TID Control)             (Date)

(2/3)

*214*

MERCHANTS NATIONAL BANK & TRUST COMPANY
Frankfurt Shopping Center
APO 09757

29 November 91

SPC TONYA R POWELL
D CO 17TH SIGNAL BN

APO AE 09757

SPC POWELL

We have written several letters requesting reimbursemnt for the check(s) you cashed at this Bank which was/were returned to us unpaid.

| Check Number | Amount incl. Charge | Charge | Reason for Return | Check Written By |
|---|---|---|---|---|
| 451 | $ 245.00 | 15.00 | Insufficient Funds | yourself |

Since you have failed to make payment, you are officially advised that your check-cashing privileges have been revoked at all military banking facilities.

Fuerthermore, we formally demand immediate payment of $245.00 . This is the final demand for payment that you will receive from us. In the event that we do not receive payment within 14 days after the date of this letter, we will have no alternative but to transfer this debt to the Department of Defense for pay garnishment /debt collection. No payments will be accepted by us after the 14 period. All future correspondence and payments concerning this debt must be directed to:

Sincerely,          US Army Finance & Accounting Center
                    Department 35-MBF Debts Office
                    Indianapolis, Indiana 46249-0001

Alistair K. Harper
Manager & Assistant Treasurer

Tel:   069 563063

*signed by harper*

*(214)*

TONYA R. POWELL
SSN 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
RT 2 BOX 731  PH 833-4397
BROOKHAVEN, MS  39601

17 July 19 91

85-106
653

PAY TO THE
ORDER OF  Cash                          $ 230.00

two hundred thirty     00/100     DOLLARS

State Bank
& TRUST COMPANY
BROOKHAVEN, MISSISSIPPI 39601

FOR _____          Tony R. Powell

⑊:0653010631⑊ ⑊·312 190 2⑊  045⟨1⟩  ⑊·00000 23000⑊·

---

## RETURNED CHECK ADVICE (CREDIT)

| FOR BRANCH USE ONLY | | | | | | |
|---|---|---|---|---|---|---|
| OFFICE | TELLER | M | M | D | D | Y | Y |
| | | 0 | 8 | 0 | 6 | 9 | 1 |

TELLER'S PAID STAMP

| CY | TO OFFICE | MAIN ACCT | SUB A/C | REFERENCE |
|---|---|---|---|---|
| 1 | 0 1 8 | 1 6 9 1 2 | 0 0 0045112 |

CURRENCY SIGN
$

...ched check unpaid for reason indicated on the check.
...th
681385 SS CL 07 30 9 1  KK
...ntrol Number:

...in Germany by RCA Section, Branch Services (541), Tel. Ext 251/271.

| | AMOUNT | | | 2 3 0 0 0 | |
|---|---|---|---|---|---|
| OTHER CHARGE | | | | | |
| OUR CHARGE | | | 1 5 0 0 | |
| TOTAL VALUE | | 2 4 5 0 0 | C |

* CURRENCY  001—US$  051—DRS  042—UK£
CODES    050—DM   053—HFL  035—IKR

...ev. 07-86

CONFIDENTIAL AFFIDAVIT OF FINANCIAL STATUS SUBMITTED FOR CONSIDERATION ONLY
IN CONNECTION WITH INDEBTEDNESS TO THE UNITED STATES ARMY

## PRIVACY ACT INFORMATION

AUTHORITY: Federal Claims Collection Act of 1966. PRINCIPLE PURPOSE: Resolving the former service member's indebtedness to the U.S. Government.
ROUTINE USES: Evaluate debtor's ability to pay. Furnish information as necessary to the Dept. of Justice to determine proper collection.
DISCLOSURE IS VOLUNTARY: However, failure to respond may result in obtaining financial data from a commercial credit company and referral of the indebtedness to the Dept. of Justice for suit.

| 1. DEBTOR'S NAME AND ADDRESS | PLEASE COMPLETE AND RETURN THIS FORM | | |
|---|---|---|---|
| POWELL TONYA R<br>RT 2 BOX 731<br>BROOKHAVEN MS  39601 | ☐ ACCOUNTING AND DEBT MANAGEMENT OPS, DEPT. 80<br>☐ RETIRED PAY OPERATIONS, DEPT. 90<br>DEFENSE FINANCE AND ACCOUNTING SERVICE-INDIANAPOLIS CENTER<br>INDIANAPOLIS, IN 46249-0001 | | |
| SERVICE MEMBER'S NAME<br><br>POWELL TONYA R              0 | 2. SERVICE MEMBER'S SSN<br>354 56 3701 | 3. DEBTOR'S SSN<br>354 56 3701 | 4. AMOUNT OF IN-DEBTEDNESS<br>$245.00 |
| 5. ADDRESS CORRECTION | 6. DATE OF BIRTH | | 7. MARITAL STATUS<br><br>☐ MARRIED  ☐ SINGLE |
| 8. NAME AND ADDRESS OF EMPLOYER | 9. OCCUPATION OR EMPLOYMENT | | 10. NUMBER OF DEPENDENTS OTHER THAN YOURSELF |
| | 11. MONTHLY SALARY OR WAGES<br>$ | | 12. OTHER REGULAR INCOME PER MONTH<br>$ |
| 13. NUMBER OF OTHER MEMBERS IN YOUR HOUSEHOLD WITH INCOME | 14. RELATION | | 15. MONTHLY INCOME OF OTHER MEMBERS IN YOUR HOUSEHOLD $ |
| 16. AVERAGE BALANCE OF YOUR BANK ACCOUNT<br>$ | 17. AVERAGE BALANCE OF YOUR SAVINGS ACCOUNT<br>$ | 18. DO YOU OWN STOCKS, BONDS OR OTHER SECURITIES? | 19. APPROXIMATE VALUE OF SECURITIES<br>$ |
| 20. DESCRIPTION OF REAL ESTATE OWNED BY YOU | | | |
| 21. ASSESSED VALUE OF PROPERTY | 22. MARKET VALUE OF PROPERTY | 23. HOW MUCH DO YOU OWE ON THIS PROPERTY? | 24. MONTHLY PAYMENT ON THIS PROPERTY |
| 25. DO YOU OWN AN AUTOMOBILE? | 26. YEAR AND MAKE OF CAR | 27. TOTAL OWED ON CAR | 28. MONTHLY PAYMENTS ON CAR |

LIST YOUR OTHER DEBTS, GIVING NAMES OF CREDITORS AND AMOUNTS OWED: (If additional space is needed, use reverse side).

| 29a. CREDITORS | 29b. AMOUNT OWED | 29c. MONTHLY PAYMENTS |
|---|---|---|
| | | |

30. STATE ANY CIRCUMSTANCES WHICH YOU DESIRE US TO CONSIDER PRIOR TO TAKING FURTHER ACTION TO COLLECT THE DEBT: (If additional space is needed, use reverse side).

I PROMISE TO PAY THE SUM OF $ _____ PLUS LATE PAYMENT CHARGES AT THE PER ANNUM RATE PRESCRIBED BY THE DEPARTMENT OF TREASURY, IN MONTHLY INSTALLMENTS OF $ _____, ON OR BEFORE THE FIRST DAY OF EACH CALENDAR MONTH UNTIL MY OBLIGATION TO THE UNITED STATES IS PAID IN FULL. I UNDERSTAND THAT IF I DEFAULT IN THE AGREED ARRANGEMENT, THE REMAINING BALANCE OF THIS OBLIGATION, TO INCLUDE ACCRUED LATE PAYMENT CHARGES, SHALL BECOME IMMEDIATELY DUE AND PAYABLE WITHOUT FURTHER NOTICE.

| SIGNATURE | DATE |
|---|---|
| | |

I DECLARE UNDER THE PENALTIES PROVIDED FOR BY TITLE 18, SEC. 1001, U.S. CODE, THAT THE ANSWERS AND STATEMENTS CONTAINED HEREIN ARE TO THE BEST OF MY KNOWLEDGE AND BELIEF TRUE, CORRECT, AND COMPLETE.

WARNING: TITLE 18, SEC. 1001, U.S. CODE: "WHOEVER * * * KNOWINGLY AND WILLFULLY FALSIFIES, CONCEALS OR COVERS UP BY ANY TRICK, SCHEME, OR DEVICE A MATERIAL FACT, OR MAKES ANY FALSE, FICTITIOUS OR FRAUDULENT STATEMENTS OR REPRESENTATIONS, * * * SHALL BE FINED NOT MORE THAN $10,000 OR IMPRISONED NOT MORE THAN FIVE YEARS OR BOTH."

DFAS-IN FORM 0-1691
APR 91                    REPLACES USAFAC FORM 0-1691, APR 84, WHICH IS OBSOLETE.

216



# State Bank
### & TRUST COMPANY
POST OFFICE BOX 319
BROOKHAVEN, MISSISSIPPI 39601

*217*

TELEPHONE
601/833-4451

| | |
|---|---|
| **LOAN#** | 3426525 IL |
| **DATE** | 2/24/92 |

TONYA R. POWELL
RT. 2, BOX 731
BROOKHAVEN MS   39601

| | |
|---|---|
| **NEXT DUE** | 1/13/92 |
| **AMOUNT DUE** | 181.92 |
| **BALANCE** | 796.14 |

DEAR CUSTOMER,

WE PREVIOUSLY SENT YOU A NOTICE OF YOUR PAST DUE ACCOUNT.
THIS PAYMENT HAS NOT BEEN RECEIVED, AND YOUR ACCOUNT IS
STILL SERIOUSLY PAST DUE.

WE ARE CERTIAN THAT YOU WOULD LIKE TO PROTECT YOUR CREDIT
AND AVOID ADDITIONAL CHARGES.  ANY CREDIT APPLICATIONS IN
THE FUTURE, NOT ONLY AT STATE BANK BUT AT OTHER LENDING
INSTITUTIONS, WILL BE SERIOUSLY JEOPARDIZED BY CONTINUED
DELINQUENCY.

WE CAN NOT STRESS HOW IMPORTANT YOUR ACCOUNT STAYING CURRENT
IS TO YOUR CREDIT RECORD.  PLEASE GIVE THIS MATTER YOUR
IMMEDIATE ATTENTION BY MAKING PAYMENT OR CONTACTING ME
TODAY.

SINCERELY,

JACK H. RUTLAND
601/833-4451

## Your only home owned bank
MEMBER FDIC

*(217)*

218

# State Bank
## & TRUST COMPANY
POST OFFICE BOX 319
BROOKHAVEN, MISSISSIPPI 39601

TELEPHONE
601/833-4451

| | |
|---|---|
| LOAN# | 3426525 IL |
| DATE | 2/27/92 |
| NEXT DUE | 1/13/92 |
| AMOUNT DUE | 181.92 |
| BALANCE | 796.14 |

TONYA R. POWELL
RT. 2, BOX 731
BROOKHAVEN MS   39601

DEAR CUSTOMER ,

CALL NOW

*It is urgant you call.*

SINCERELY,

*[signature]*

JACK H. RUTLAND
601/833-4451

## Your only home owned bank
MEMBER FDIC

218

*219*

# State Bank
### & TRUST COMPANY
POST OFFICE BOX 319
BROOKHAVEN, MISSISSIPPI 39601

TELEPHONE
601/833-4451

| | |
|---|---|
| LOAN# | 3426525 IL |
| DATE | 3/02/92 |

TONYA R. POWELL
RT. 2, BOX 731
BROOKHAVEN MS   39601

| | |
|---|---|
| NEXT DUE | 1/13/92 ~~2/13~~ |
| AMOUNT DUE | ~~136.92~~ |
| BALANCE | 796.14 |

DEAR CUSTOMER,

WE PREVIOUSLY SENT YOU A NOTICE OF YOUR PAST DUE ACCOUNT.
THIS PAYMENT HAS NOT BEEN RECEIVED, AND YOUR ACCOUNT IS
STILL SERIOUSLY PAST DUE.

WE ARE CERTIAN THAT YOU WOULD LIKE TO PROTECT YOUR CREDIT
AND AVOID ADDITIONAL CHARGES.  ANY CREDIT APPLICATIONS IN
THE FUTURE, NOT ONLY AT STATE BANK BUT AT OTHER LENDING
INSTITUTIONS, WILL BE SERIOUSLY JEOPARDIZED BY CONTINUED
DELINQUENCY.

WE CAN NOT STRESS HOW IMPORTANT YOUR ACCOUNT STAYING CURRENT
IS TO YOUR CREDIT RECORD.  PLEASE GIVE THIS MATTER YOUR
IMMEDIATE ATTENTION BY MAKING PAYMENT OR CONTACTING ME
TODAY.

SINCERELY,

JACK H. RUTLAND
601/833-4451

## Your only home owned bank

*219*

*220*

JACK H. RUTLAND            TATE BANK & TRUST COMPANY            2/24/92   ILA
601/833-4451               POST OFFICE BOX 319
                           BROOKHAVEN MS   39601

OUR RECORDS INDICATE YOUR INSTALLMENT PAYMENT HAS NOT BEEN RECEIVED.
IF YOU HAVE NOT ALREADY MADE PAYMENT, PLEASE DO SO TODAY.

| NUMBER | DATE DUE | PAST DUE AMOUNT | LATE FEES | PAY THIS AMOUNT |
|--------|----------|-----------------|-----------|-----------------|
| 3426525 | 1/13/92 | 88.46 | 5.00 | 93.46 |

TONYA R. POWELL                                    REMINDER
RT. 2, BOX 731                                 * * * * * *
BROOKHAVEN MS   39601                          YOUR ACCOUNT IS

                                                  PAST DUE


JACK H. RUTLAND            STATE BANK & TRUST COMPANY            2/29/92   ILA
601/833-4451               POST OFFICE BOX 319
                           BROOKHAVEN MS   39601

OUR RECORDS INDICATE YOUR INSTALLMENT PAYMENT HAS NOT BEEN RECEIVED.
IF YOU HAVE NOT ALREADY MADE PAYMENT, PLEASE DO SO TODAY.

| NUMBER | DATE DUE | PAST DUE AMOUNT | LATE FEES | PAY THIS AMOUNT |
|--------|----------|-----------------|-----------|-----------------|
| 3426525 | 1/13/92 | 176.92 | 10.00 | 186.92 |

TONYA R. POWELL                                    REMINDER
RT. 2, BOX 731                                 * * * * * *
BROOKHAVEN MS   39601                          YOUR ACCOUNT IS

                                                  PAST DUE

*220*

*221*



**P.O. BOX 55489**
**Jackson, MS 39296-5489**

Jackson, MS (601) 981-9414
Elsewhere    (800) 489-5005
**03/17/93**

TONYA POWELL CLEMMONS
A CO. 415TH INF. BOX 48
APO AE        NY   09033

RE: ACCOUNT #   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

DEAR TONYA POWELL CLEMMONS

    YOUR STUDENT LOAN(S) HAS BEEN DEFAULTED TO YOUR GUARANTOR
AS OF 03/17/93.   ANY PAYMENTS YOU MAY HAVE MADE AFTER THAT
DATE HAVE BEEN FORWARDED TO THE GUARANTOR.   IT IS IMPERATIVE
THAT YOU CONTACT THEM IMMEDIATELY.

    WE ASK THAT YOU DO NOT CONTACT OUR OFFICE SINCE WE HAVE
TURNED OVER ALL INFORMATION REGARDING YOUR ACCOUNT TO THE
GUARANTOR.

| LOAN NUMBER | ORIGINAL LOAN AMOUNT |
|-------------|----------------------|
| 01          | 817.00               |
| 03          | 1,311.00             |

                    SINCERELY,

                    ACCOUNT REPRESENTATIVE

GUARANTOR:  MISS. GUAR. STUDENT LOAN AGENCY

   ADDRESS:  P.O. BOX 53255
             JACKSONVILLE    FL   32201

TELEPHONE:  (800)633-5073

963

*232*

 **SunTech, INC.**

P.O. Box 55489
Jackson, MS 39296-5489
(601)-981-9414 or
(800)-489-5005

## LAST CHANCE!!

Your student loan account is more than 180 days past due and will
soon be sent to Mississippi Guarantee Student Loan Agency as a
default claim. We have sent numerous letters warning you of the
consequences of defaulting on your loan and are offering this one
last opportunity for you to avoid default.

If the default claim is paid, you will:

- lose your state and federal income tax refunds
- face possible lawsuits
- suffer from a bad credit rating with all national
  credit bureaus. You may be unable to obtain credit
  cards, a car loan, a house loan or other credit.

We urge you to request a forbearance under our new short-term
policy if you believe that you will eventually be able to begin
repaying your student loan. If your request can be approved under
our new policy, your account will be brought current.

To take advantage of this offer, you must complete, sign and return
the enclosed forbearance request form <u>within five (5) days</u>.

If you have any questions, please call one of our representatives
at 1-800-844-6060.

Very truly yours,

SunTech, Inc.
Default Prevention Department

*(232)*

U.S.POSTAGE
$ 0.32

GORDON
FEB 1995
GA.

Mr. Samuel Clemmons
625 Pleasant Home Rd., #25
Augusta, GA 30907

OFFICE OF THE STAFF JUDGE ADVOCATE
ATTN: ATZH-JA
FORT GORDON, GA 30905-5280

24-0958

223

DEPARTMENT OF THE ARMY
HEADQUARTERS, DWIGHT DAVID EISENHOWER ARMY MEDICAL CENTER
FORT GORDON, GEORGIA 30905-5650

May 26, 1994

Center Judge Advocate / Claims

SUBJECT: Accident/ Clemmons / 18 Apr 94

1LT Sammuel Clemmons
625 Pleasant Home Road # 254
Martinez, Ga 30907

Dear 1LT. Clemmons:

This office has been informed that the U. S. Army provided medical treatment, paid for medical services, or provided benefits through CHAMPUS for injuries to the person(s) noted above, arising from an accident or incident. Under the Federal Medical Recovery Act, 42 U.S.C.    2651-53, and Army Regulation 27-40, the United States may have a claim for the reasonable value of this medical care. If this is true, the United States, through this office, will try to collect these medical costs from the person who caused the injuries, or, in certain cases, under your own PIP, MED PAY or uninsured motorist insurance coverage. Rest assured that the United States WILL NOT attempt to recover these costs directly from you.

In order to decide whether the United States has a claim, this office needs information about the injury and the incident. Enclosed is an Accident Report Form which provides for the information we need. Please fill out the form, place it in the enclosed self-addressed envelope, and drop it in the mail. If the form does not fit your situation, or more space is needed, just turn it over and write on the back, providing the details of the incident. Additionally, a copy of any accident report would be helpful.

You should not sign a release or settle any claim you may have against the other person or company involved in the accident or their insurance company without notifying me at the Center Judge Advocate, Eisenhower Army Medical Center, Fort Gordon, Georgia 30905, telephone (706) 791-4097/3846.

If you have any questions about this letter, please contact my office at this same address or telephone number.

If you want advice or information about your own claim for personal injury or property damage, you should contact the Legal Assistance Branch at this or another military installation.

225

   If you have already retained a lawyer, you should let him
know that the United States may have a claim in this matter, and
notate the lawyers name and address in the space provided on the
form.

   Federal regulations require that you cooperate with us in
this matter.   Your prompt return of the injury form will preclude
this office from having to contact your commander or federal
authorities, as appropriate, for assistance.

                              Sincerely,


                              Shirley J. Wallace
                              Paralegal
                              Claims


Enclosures

225

226

**DEPARTMENT OF THE ARMY**
**HEADQUARTERS, DWIGHT DAVID EISENHOWER ARMY MEDICAL CENTER**
**FORT GORDON, GEORGIA 30905-5650**

**HSHF-JA   (27-20)**                                **February 8, 1994**

**MEMORANDUM FOR** Commander, Medical Holding Company,
                  Fort Gordon, GA

**SUBJECT:** Auto Accident, **O-2, Samuel Clemmons,** 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

1.  Subject soldier was involved in an incident on **23 January 1994,** which resulted in receiving medical care at EAMC.

2.  In order for this office to properly process the accident, **please ensure** that subject soldier completes the enclosed injury report and returns it to this office in the envelope provided.

3.  POC is the undersigned, **(706) 791-4097/3846 or AV 780-4097.**

                          **SHIRLEY J. WALLACE**
                          **Paralegal, GS 9**
                          **Claims**

**2 Encl**
1. Injury Report
2. Postage Free envelope

227

Accident Report
Police Department
Wuerzburg - County

File number    6317    Date of accident: 16 Feb 93    Time: 10.20 hrs

Number of people involved: 03    injured people: 01

Place of accident:    8702 Unterpleichfeld
                      entering the community coming from Schweinfurt

At the time of the accident the U.S. soldier Samuel Clemmons drove with
his car "Mazda", license plate NA 1547, on B 19 from Schweinfurt toward
Wuerzburg.
Right after the beginning of the community's limits there was a truck
( license plate WUE KJ 450  and WUE CH 213 ) belonging to Mr. Herbert
Endres. At the time it was snowing and the road was snow-covered.
At the same time a truck (license plate G - RS 113 was coming the
opposite way with Mr  Mario Sittig being the driver.
Mr Clemmons wanted to stop to let the oncoming truck drive.
His vehicle however kept on sliding on the snow-covered road and hit
the parked truck.
Due to the collision his vehicle also hit the oncoming truck with the
left side.
Apparently even though Mr Clemmons was wearing his seat belt he hit his
head so hard that he remained unconscious in his car.
Upon arrival of the police he was still unconscious in his vehicle.
All the doors were locked from the inside. In order to get him out
of his vehicle the window at the passenger side had to be smashed.
Mr Clemmons was taken to the Wuerzburg Army Hospital by an ambulance.
His car was totalled ( appr. DM 20.000 ) and the truck only had
a light damage (appr. DM 2000.00 to 3.000 )

There was no DUI or DWI .

This translation corresponds in sense to the original.

Monika Goodman
German Liaison/ACS
APO AE 09033

ARMY COMMUNITY SERVICE
LEONARD BKS. BLDG 242
AFO NEW YORK 09033

127

228

**BUSINESS REPLY MAIL**

FIRST CLASS    PERMIT NO. 00091    FORT GORDON

POSTAGE WILL BE PAID BY ADDRESSEE

Office of the Staff Judge Advocate
ATTN: ATZH-Claims (Ms Wallace)
Fort Gordon, Georgia 30905-9984

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

228

**HEALTH GUIDE**
**NEW LIFE-SAVING TECHNOLOGY**

# U.S. News
### & WORLD REPORT



# The Real Cost of Raising Kids

## Would You Believe It's $1,455,581 Apiece?

---

**Plus:** Clinton vs. Willey

$2.95

229

**CULTURE & IDEAS**

# Cost of children born in 1997

## Higher income (one-child family; 1997 before-tax family income: more than $59,700)

| Age | Housing | Food | Transportation | Clothing | Health care | Day care and education | Misc. | College (Princeton) | Forgone wages | Total for year |
|---|---|---|---|---|---|---|---|---|---|---|
| | $5,915 | $1,624 | $1,885 | $744 | $744 | $2,120 | $1,860 | | $44,650 | $59,518 |
| | $6,211 | $1,706 | $1,979 | $755 | $781 | $2,226 | $1,953 | | $48,669 | $64,279 |
| | $6,521 | $1,791 | $2,078 | $793 | $820 | $2,338 | $2,051 | | $53,049 | $69,440 |
| | $6,804 | $2,124 | $2,139 | $818 | $833 | $2,670 | $2,168 | | $57,823 | $75,379 |
| | $7,144 | $2,231 | $2,246 | $859 | $874 | $2,803 | $2,276 | | $63,027 | $81,461 |
| | $7,501 | $2,342 | $2,358 | $902 | $918 | $2,944 | $2,390 | | $41,047 | $60,402 |
| | $7,760 | $2,974 | $2,675 | $1,030 | $1,097 | $2,127 | $2,576 | | $45,847 | $66,087 |
| | $8,148 | $3,123 | $2,809 | $1,082 | $1,152 | $2,233 | $2,704 | | $52,033 | $73,285 |
| | $8,556 | $3,279 | $2,950 | $1,136 | $1,209 | $2,345 | $2,840 | | $57,900 | $80,214 |
| | $8,599 | $4,001 | $3,232 | $1,308 | $1,366 | $1,712 | $3,039 | | $65,315 | $88,572 |
| | $9,029 | $4,201 | $3,393 | $1,373 | $1,434 | $1,798 | $3,191 | | $72,460 | $96,880 |
| | $9,480 | $4,411 | $3,563 | $1,442 | $1,506 | $1,888 | $3,351 | | $64,402 | $90,042 |
| | $10,444 | $4,855 | $3,986 | $2,494 | $1,581 | $1,537 | $3,897 | | $72,230 | $101,024 |
| | $10,966 | $5,097 | $4,185 | $2,619 | $1,660 | $1,613 | $4,092 | | $82,517 | $112,750 |
| | $11,514 | $5,352 | $4,395 | $2,750 | $1,743 | $1,694 | $4,296 | | $92,118 | $123,863 |
| | $11,008 | $5,929 | $5,620 | $2,629 | $1,933 | $3,119 | $3,944 | | $104,460 | $138,642 |
| | $11,558 | $6,226 | $5,901 | $2,761 | $2,030 | $3,275 | $4,141 | | $116,188 | $152,080 |
| | $12,136 | $6,537 | $6,196 | $2,899 | $2,132 | $3,439 | $4,348 | | $130,979 | $168,665 |
| | | | | | | | | $103,574 | $145,257 | $248,831 |
| | | | | | | | | $110,831 | $140,766 | $251,597 |
| | | | | | | | | $118,605 | $156,987 | $275,592 |
| | | | | | | | | $126,935 | $177,732 | $304,667 |
| Total | $159,294 | $67,805 | $61,589 | $28,370 | $23,813 | $41,881 | $55,117 | $459,945 | $1,885,454 | $2,783,268 |

## Middle income (one-child family; 1997 before-tax family income: $35,500 to $59,700)

| Age | Housing | Food | Transportation | Clothing | Health care | Day care and education | Misc. | College (Univ. of Michigan) | Forgone wages | Total for year |
|---|---|---|---|---|---|---|---|---|---|---|
| | $3,720 | $1,228 | $1,352 | $546 | $645 | $1,401 | $1,104 | | $23,600 | $33,594 |
| | $3,906 | $1,289 | $1,419 | $573 | $677 | $1,471 | $1,159 | | $25,724 | $36,218 |
| | $4,101 | $1,353 | $1,490 | $602 | $711 | $1,545 | $1,217 | | $28,039 | $39,058 |
| | $4,263 | $1,636 | $1,522 | $617 | $718 | $1,809 | $1,306 | | $30,563 | $42,434 |
| | $4,476 | $1,718 | $1,598 | $648 | $754 | $1,899 | $1,372 | | $33,313 | $45,778 |
| | $4,700 | $1,804 | $1,678 | $681 | $791 | $1,994 | $1,440 | | $21,695 | $34,783 |
| | $4,819 | $2,426 | $1,961 | $798 | $947 | $1,346 | $1,579 | | $24,233 | $38,108 |
| | $5,060 | $2,547 | $2,059 | $838 | $995 | $1,413 | $1,658 | | $27,502 | $42,072 |
| | $5,313 | $2,675 | $2,162 | $879 | $1,044 | $1,484 | $1,740 | | $30,603 | $45,901 |
| | $5,194 | $3,289 | $2,405 | $1,020 | $1,193 | $1,020 | $1,885 | | $34,523 | $50,527 |
| | $5,454 | $3,454 | $2,525 | $1,071 | $1,252 | $1,071 | $1,979 | | $38,299 | $55,104 |
| | $5,726 | $3,627 | $2,651 | $1,124 | $1,315 | $1,124 | $2,078 | | $34,040 | $51,685 |
| | $6,502 | $3,852 | $3,029 | $1,982 | $1,381 | $868 | $2,539 | | $38,178 | $58,331 |
| | $6,828 | $4,045 | $3,180 | $2,081 | $1,450 | $912 | $2,666 | | $43,615 | $64,776 |
| | $7,169 | $4,247 | $3,339 | $2,185 | $1,522 | $957 | $2,799 | | $48,690 | $70,908 |
| | $6,445 | $4,950 | $4,434 | $2,037 | $1,701 | $1,701 | $2,372 | | $55,213 | $78,852 |
| | $6,767 | $5,197 | $4,656 | $2,138 | $1,786 | $1,786 | $2,490 | | $61,412 | $86,233 |
| | $7,105 | $5,457 | $4,888 | $2,245 | $1,876 | $1,876 | $2,615 | | $69,230 | $95,292 |
| | | | | | | | | $35,821 | $76,777 | $112,598 |
| | | | | | | | | $38,140 | $74,402 | $112,543 |
| | | | | | | | | $40,614 | $82,976 | $123,591 |
| | | | | | | | | $43,255 | $93,941 | $137,196 |
| Total | $97,549 | $54,795 | $46,345 | $22,063 | $20,757 | $25,878 | $33,996 | $157,831 | $996,567 | $1,455,581 |

## CULTURE & IDEAS

BY PHILLIP J. LONGMAN

To examine in coldly economic terms a parent's decision to have children is widely thought to be in bad taste. A child, after all, isn't precisely akin to a consumer product such as a dishwasher, a house, a car, or a personal computer—any one of which, of course, is cheaper to acquire and usually easier to return. A child is a font of love, hope for the future, continuation of one's bloodline, and various other intangible pleasures, and it is these sentimental considerations (along with some earthier imperatives) that prevail when parents bring a child into this world.

But let's face it: Children don't come free. Indeed, their of how much families in different income brackets spend on raising children to age 18. To these calculations we have added the cost of a college education and wages forgone because of the rigors of child-rearing. (There's plenty we haven't counted: soccer camp, cello lessons, SAT prep., and other extra-cost options.) What we've found is that the typical child in a middle-income family requires a 22-year investment of just over $1.45 million. That's a pretty steep price tag in a country where the median income for families with children is just $41,000. The child's unit cost rises to $2.78 million for the top-third income bracket and drops to $761,871 for the bottom-third income bracket.

Tut tut, you say. Surely this is another case of newsmagazine hyperbole. All right, then, let's take it from the top:

# THE COST OF

## Of course they're cute. But have you any idea how much one will set you back? A hardheaded inquiry

# CHILDREN

cost is rising. According to one government calculation, the direct cost of raising a child to age 18 has risen by 20 percent since 1960 (adjusted for inflation and changes in family size). And this calculation doesn't take into account the forgone wages that result from a parent taking time off to raise children—an economic cost that has skyrocketed during the last generation as women have entered the work force in unprecedented numbers. "It's become much more expensive to raise children while the economic returns to parents have diminished," notes feminist economist Shirley Burggraf. "The family can't survive on romance."

Knowing the real cost of children is critical to a host of financial questions, such as how much house one can afford, how much one should be saving for college tuition, and how much one must earn to have a larger family. To help answer such questions, *U.S. News* has undertaken to identify and add up as best it can all the costs of raising a child from birth to college graduation. (For the purposes of this calculation, we're assuming these children will pay for any advanced degrees they may want out of their own pockets.)

Our starting point is data from the United States Department of Agriculture, which every year publishes estimates

■ **Acquisition costs.** In most cases, conceiving a child biologically is gloriously cost free. But not for all: An estimated 6.1 percent of women ages 15-24, and 11.2 percent of women ages 25-34, suffer from what health statisticians refer to as "impaired fecundity." Serving this huge market are some 300 infertility clinics nationwide that performed 59,142 treatment "cycles" in 1995, according to a recently released study by the Centers for Disease Control and Prevention. The cost of treatments—only 19 percent of which actually produced a take-home baby—averaged around $8,000 a try. It's not uncommon for infertile couples to spend $50,000 or more in pursuit of pregnancy. Though most insurance policies will pay for some form of infertility treatment, insurers are cutting back rapidly in the total bills they'll cover. For the purposes of our tally, we'll ignore fertility treatments, but this can be a significant cost.

For most people, the meter starts running with pregnancy. Costs vary dramatically from hospital to hospital, from region to region, and according to how complicated the pregnancy is. Out-of-pocket costs, obviously, will also vary

PHOTOGRAPHY BY BRUCE PLOTKIN FOR *USN&WR*



235

## EDITORIALS

The Atlanta Journal / The



235

The Founder speaks out:

Before I get started in saying what I have to say, I must say this first. *"If I say something that does not pertain to you you don't worry about it. If I say something that offend you. It must pertain to you."* Doesn't that make sense?

In during this research, it took me two years to find out the things I needed to find out in order to create and design this great organization. I designed it for the young people of this nation. I've come across many youths that have talents, but were lost without a focus or direction. Some had great ideas and vision into the 21st century. I advised all of them to keep dreaming and believing in their dreams. One day their dreams will come true *"Only if they can stay focus"*. There are some who will lose their dreams due to their lack of attention and staying focus. There are some who will go astray. There are some who will rape or kill you or your love ones and fall into our penal system, causing the American people to pay severely in taxes to incarcerate them. There are some who will fall into single parent pregnancy and expect to live off your tax paying dollars. Those particular individuals and everyone else need to soon wake up and realize in the next five years changing are coming. There will be no more welfare and a whole lot of other programs will be cut. I wonder. *What next will be their scapegoat.* I think, if the American people "as a whole" would focus on prevention early. There will be a great chance that we can prevent certain things from happening in the future. In making this statement, there are some people out there that are fortunate that their love ones have never been victims of violent crimes. It doesn't mean your love ones want be a victim tomorrow or the next day. *You get what I mean?* One more food for thought before I end on this topic. On July 28, 1996 in Gwinnett County my car alone with other cars was vandalized in a body shop by juveniles as they reported. The case # is 96-034272. This is another incident with problems in our streets. If it happen to me. It will eventually happen to you. I just wonder who kids were they and only if they knew who car they vandalized and what I was doing for them. *"to keep them busy and off the streets"* I know the message our youths are sending. I don't hold them at fault for what they do. I hold the people

of this nation at fault along with their parents.

I understand why certain people of this country are afraid of certain people moving into their neighbors. I see many people in this country locking their car doors when driving in certain areas. An echo come from someone saying "I wonder why they do that" Believe me, I understand.

I believe everyone in this country has a fair and equal chance to make it. It's up to them what they do and make of their chances and opportunities.

Once again, I am aware that there are many gifted and talented youngsters out there that need this program. If the people of this nation don't soon wake up and come off their seat *"looking for someone or the government to give them something for nothing."* It want never happen. In order to get anything out of life you must put something into it. It's just like planting a seed. First you must cultivate the land in order to plant the seed and when you plant the seed. It will spout. Then you must nourish it to get the final product.

Also in during this research, I found out many people do not realize why they are here on this planet called earth and what's their purpose for being here. You must realize every human being was placed here for a reason, even if you don't know your exact reason for being here. One reason everyone should know is: You was sent here to cultivate what was created for us. You was not sent here to destroy this precious creation call earth. If many of us don't soon wake up and face what's going on around you. You "yourself" will soon destroy this world.

Also, I found out many people are caught up in just worrying about their kids and only their kids. To me that's being selfish. Instead of them thinking about who their kids are interacting and going to school with on a daily basis. Are they really safe? Are we the people of this nation working together to make it safe? I'll leave that question for you to answer.

One day, I would like to see real families teach their kids good values and morals, and reside in a safe community. But, the way things are in this country. I'm

worried about future families, because there are some of us not doing our job i working with our youths and teaching them good morals and values.

One of the last thing I found out in doin this research is: A lot of parents want their children to be successful and become stars. The thing that bother me the most is, they were not willing to invest a penny into their own children. Some people have to realize, if you wan your children to be a professional mode. movie star or successful businessman or woman. You will have to invest in your children. That leads me to say, *"Nothin in this world is free and even freedom i not free."* You must put something into your children, if you want something ou of them.

This organization is completed. I know what I have done. I know what I have created. Do you? Now, I can rest. But, I want be happy until I see the youth benefit from this creation and the right people are in place working for these youths. I have done everything I could d to better mankind. I can proudly say this "If I depart this earth tomorrow". I have served my country and I have given back to my communities and fellow friends of this country. I have done my part. When are you going to do yours? Giving to this organization to assist in helping our youths is not like you giving anything to me. This is an investment. You will be giving to the government to assist **you** in giving back to **your** developing surrounding. Creating more jobs, and opportunities for you and our youths. Is that hard at all? I don't think so. The organization is here. If you don't hurry up and support it. It will leave and go to the people or states who will. Remember this and always remember this: *"Nothing in this world is free, and even freedom is not free."*

The organization sponsors and supporters are: Lennious Production, Inc., Arlene Wilson Model Management, Patrise- Perkins Hooker & Associate: Law Firm, Bull's Eye Promotions, Canon USA, DHR Georgia Department of Human Resources, Internal Revenue Service, Barry Manufacturing, Gwinnett Neighborhood Leadership Program, Pleasant Hill Baptist Church, First Baptist Church of Norcross, Amtex Corporation, The Montel Williams Show, Printworks of Atlanta and Cambre & Associates. Thanks to all sponsors and supporter for your gracious support and assistance in developing and designing this great corporation.

...........Samuel L. Clemmons, Founder



OCTOBER 1, 1995


MR. SAMUEL LENNIOUS CLEMMONS
KEEP THE KIDS BUSY FOUNDATION
P.O. BOX 931540
NORCROSS, GEORGIA 30093


DEAR MR. CLEMMONS,


*THE MONTEL WILLIAMS SHOW* HAS RECEIVED SOME INFORMATION ON THE FOUNDATION
YOU ARE RUNNING. WE ARE VERY IMPRESSED WITH YOUR EFFORTS TO PROVIDE OUR
YOUTH WITH A PLACE TO MATURE AND BECOME RESPONSIBLE ADULTS. THE NEED FOR
THESE TYPES OF PROGRAMS ARE ESSENTIAL TO OUR GROWTH AND DEVELOPMENT AS A
NATION.

AS YOU MAY KNOW, MR. WILLIAMS IS ALSO VERY CONCERNED WITH OUR CHILDREN
AND THEIR FUTURES. WE FEEL YOUR WORK AND COMMITMENT TO THIS CAUSE WOULD
MAKE A WONDERFUL TOPIC FOR DISCUSSION. WE WOULD LIKE TO RESPECTFULLY
EXTEND AN INVITATION TO YOU TO BE A GUEST ON OUR SHOW. THE DATE OF TAPING IS
T.B.A. AT THIS TIME, BUT WE WILL ABSOLUTELY WORK AROUND YOUR SCHEDULE IF
NEED BE.

PLEASE CONTACT MS. SUSAN HENRY AT (212) 560-6650 IF YOU HAVE ANY QUESTIONS
REGARDING THIS REQUEST. WE LOOK FORWARD TO HEARING FROM YOU.



RESPECTFULLY,



TERRANCE NOONAN
*ASSOCIATE PRODUCER*




OMW PRODUCTIONS, INC.
356 West 58th Street, Suite 1001
New York, New York 10019
PH: 212 - 560 - 6650
FAX: 212 - 560 - 6603