CO-538
Rev. 3/87

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM CLEMMONS ) | |
| ) | Civil Action No. _____ |
| V. ) | |
| ) | CASE NUMBER: 1:06CV00123 |
| TONYA R. POWELL. ) | JUDGE: ROYCE C. LAMBERTH |
| ) | DECK TYPE: FOIA / PRIVACY ACT |
| | DATE STAMP: 01/23/2006 |

### AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this _22ND_ day of _MAY_, _2006_, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) _TONYA R. POWELL_

was [were]:     [personally served with process on _____].

OR

[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):
_4TH DAY OF MARCH, 2006_ ].

OR

[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee):
_____].

[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is:
_____].

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_/s/ Sam L. Clemmons_
Attorney for Plaintiff(s) [signature]

_548 SAINT CHARLES PL_
_BROOKHAVEN, MS 39601_
_PH: 646-409-7758_
Address and Telephone Number

Bar Id. Number

**RECEIVED**
MAY 2 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

STATE OF MISSISSIPPI
COUNTY OF LINCOLN
Personally appeared before me, the undersigned authority at law in and for the jurisdiction aforesaid, Sam L. Clemmons, who, having been by me first duly sworn, stated on his oath that the matters and things stated in the above and foregoing document are true and correct as therein stated.
SWORN TO AND SUBSCRIBED BEFORE ME,
on this the 22nd day of May, 20 06.
Tillmon Bishop, Chancery Clerk
Notary Public
My Commission Expires: 12-31-07  By: _____ D.C.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MR. SAM L. CLEMMONS
548 SAINT CHARLES PL
BROOKHAVEN, MS 39601
1-866-409-7758


              CIVIL ACTION NO:    CASE NUMBER: 1:06CV00123
                                  JUDGE: ROYCE C. LAMBERTH
       V                          DECK TYPE: FOIA / PRIVACY
                                     ACT
Tonya R. Powell, Defendant        DATE STAMP: 01/23/2006
1324 N. 28th Street
Milwaukee, WI 53208
414-933-2665


AFFIDAVIT OF SERVICE

I, _SAM CLEMMONS, PLAINTIFF_____, hereby declare that on the ___3RD___ of ___MARCH_____ 20_06___, I mailed a copy of the summons and complaint, certified mail return receipt requested, to __TONYA R. POWELL__ (the defendant & defendant's attorney). Attached hereto is the green card acknowledging service.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery  MAR 0 4 2006<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>TONYA R. POWELL<br>1324 N. 28TH STREET<br>MILWAUKEE, WI 53208 | 3. Service Type<br>☐ Certified Mail  ☒ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label)  ED973870634US  'US | |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 | |

866 409-7758

Sam L. Clemmons vs. Tonya R. Powell and the State of Wisconsin

## GENERAL INFORMATION

- Affidavits, default and default/judgment forms must be typed and submitted to the Civil In-Take Desk (original and one), together with the case jacket.

- If service was effected outside the District of Columbia, pursuant to the Long-Arm Statute, D.C., the subsection that applies to this case, must be cited along with the cite for the Long-Arm Statute.

- If service is made on a domestic or foreign corporation or upon a partnership or other unincorporated association, the return of service must show in which capacity the individual served accepted service. (Officer, Managing or General Agent, or any other agent authorized to receive process)

- If the return postal receipt is not signed by the party named in the summons, the affidavit of service must give specific facts from which the Court can determine that the person who signed the receipt meets the appropriate qualifications for receipt of process as set forth in Rule 4(d) of the Superior Court for the District of Columbia.

- If the judgment is based upon a promissory note, the original note must be submitted along with the request for default/judgment.

- If the Complaint is based upon a breach of contract, a promissory note or for an ascertainable sum, the Clerk can enter default/ judgment if it is for all the claims and all the parties.

- Affidavits must be signed by plaintiff's attorney.

- The amount in the affidavit for default/judgment cannot exceed the amount prayed for in the complaint.

- If the request for default or default/judgment is for more than one party and the forms supplied by the Clerk do not contained enough space to accommodate all this information, Counsel should draft his/her own forms, tracking the language contained in the Clerk's forms.

CO-40
Rev. 10/76

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Plaintiff<br>SAM CLEMMONS<br><br>V.<br><br>TONYA R. POWELL.<br><br>Defendant | Civil Action No. _____<br>CASE NUMBER: 1:06CV00123<br>JUDGE: ROYCE C. LAMBERTH<br>DECK TYPE: FOIA / PRIVACY ACT<br>DATE STAMP: 01/23/2006 |

## DEFAULT

It appearing that the above-named defendant (s) has (have) failed to plead or otherwise defend this action though duly served with summons and copy of complaint on the _____ day of _____, _____, and an affidavit on behalf of the plaintiff (s) having been filed, it is this _____ day of _____, _____ declared that

_____

_____

_____

defendant (s) herein is (are) in default.

Nancy M. Mayer-Whittington, Clerk

By _____
      Deputy Clerk