Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SAM L. CLEMMONS

    Plaintiff(s)

    V.

Civil Action No. 06-123 (RCL)

TONYA R. POWELL

    Defendant(s)

RE: TONYA R. POWELL

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on March 4, 2006, and an affidavit on behalf of the plaintiff having been filed, it is this 30th day of May, 2006 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____

Deputy Clerk