UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:06-0123 (RCL) |
| ) | |
| TONYA R. POWELL, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon review of the docket entries in this case, it is clear that the Clerk of Court erroneously entered a default against the defendant. The return of service [3] indicates that the plaintiff effected service. Rule 4(c)(2) of the Federal Rules of Civil Procedure provides that service may be effected by any person who is not a party. Service on the defendant herein is therefore QUASHED, the Clerk's entry of default [7] is hereby VACATED.

Plaintiff shall promptly take steps to effect proper service.

Plaintiff's motion for summary judgment [5] is hereby DENIED, without prejudice to filing and serving a new motion after proper service of the summons and complaint has been effected on the defendant.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, January 25, 2007.