# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**DEFAULT /
FAILURE TO
COOPERATE**

_SAM L. CLEMMONS_
Plaintiff

vs.

Civil Action No. _1:06CV00123 (RCL)_

_TONYA R. POWELL_
Defendant

## NOTICE OF APPEAL

Notice is hereby given this _14TH_ day of _MAY_ , 20_07_ , that

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the _14TH_ day of _MAY_ , 20_07_

in  favor of

against said

_Sam L. Clemmons_
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil
action must be filed within 30 days after the date of entry of judgment or 60 days if the United
States or officer or agency is a party)

**CLERK**     Please mail copies of the above Notice of Appeal to the following at the addresses
indicated:

_TONYA R. POWELL
1324 N. 28TH STREET
MILWAUKEE, WI 53208_

**RECEIVED**

MAY 1 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT