UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS,<br><br>    Plaintiff,<br><br>v.<br><br>TONYA R. POWELL,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 1:06-0123 (RCL)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Plaintiff shall, no later than November 29, 2007, show cause why this case should not be dismissed for failure to prosecute. Plaintiff shall document all steps taken to comply with this Court's Order of July 10, 2007.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, November 7, 2007.