**RECEIVED**

NOV 2 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ➢ SAM L. CLEMMONS | ) | CIVIL ACTION NO: 1:06CV0123 (RCL) |
| PLAINTIFF | ) | |
| vs. | ) | TITLE: **PLAINTIFF' RESPONSE TO** |
| | ) | **ORDER DATED NOVEMBER 7, 2007** |
| ➢ TONYA R. POWELL, et al | ) | |
| DEFENDANTS | ) | |

**PLAINTIFF'S RESPONSE TO ORDER DATED NOVEMBER 7, 2007**

Plaintiff Sam L. Clemmons, comes before this Court and file such papers in accordance with the presiding judge's order on November 7, 2007 ordering the Plaintiff to take or shall document all steps taken to comply with this Court's Order of July 10, 2007; thereby giving the Plaintiff no later than November 29, 2007 to show cause why this case should not be dismissed for failure to prosecute.

The Plaintiff express before the court's without or without ever receiving the Court's Order of July 10, 2007 it will make it impossible to fully comply with such alleged order.

Therefore, in trying to figure out what is order to be entered upon the Court or into the docket the Plaintiff moves to file Motion Request for Entry of Default and Default Judgment in accordance with Rule 55 (b) (1). **(2)** The Plaintiff moves to file and enter the Plaintiff's Memorandum of Points to support any Arguments against Plaintiff's Motion Request to Enter

Default, Default Judgment, Summary Judgment or Summary Judgment by Default. **(3)** Plaintiff continues to move to file such Motion Request to Enter Discovery. **(4)** Plaintiff's Affidavit of Service to Support Return of Service for Default, Default Judgment or Federal Tort Claim before the Courts and Jury. **(5)** Plaintiff moves to enter Judgment form in accordance with the Federal Rules of Civil Procedures to support default package. **(6)** Plaintiff move to Enter Motion Request to Enter Default, Default Judgment, Summary Judgment or Summary Judgment by Default due to the Defendant Failed to Appear and Failed to Cooperate in the Discovery Process in Accordance with § 45.8 Subpoena for Attendance at Trial and § Subpoena Duces Tecum Request for Production, Inspection and Copying of Documents and Tangible Things. **(7)** Last the Plaintiff move to enter Affidavit to Support Appeal.

In these submissions before the court and into the record, The Plaintiff hopes this resolve the order as of July 10, 2007 without ever receiving such order.

It will be greatly appreciated if such order of July 10, 2007 can be sent to the Plaintiff for record sakes.

Respectfully submitted,

Sam L. Clemmons,
548 Saint Charles PL
Brookhaven, MS 39601
Phone: 866-409-7758

**Attached:**
PLAINTIFF'S MOTION AS INDICATED ABOVE.

Clemmons vs. Powell, Case # 1:06CV0123(RCL)