UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SAM L. CLEMMONS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-0123 (RCL) |
| | ) | |
| TONYA R. POWELL, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Upon consideration of plaintiff's response [13] to the Court's Order to Show Cause dated November 7, 2007, this action is hereby dismissed, without prejudice, for failure to prosecute. Plaintiff's claim to have never received the Court's Order of July 10, 2007, is belied by the Court's own records.  *See* Attached Display Receipt at 1 (indicating that notice of the Court's electronic filing was delivered to plaintiff's mailing address in Brookhaven, Mississippi).  In addition to failing to comply with the Court's Order of July 10, 2007, plaintiff has ignored the Court's Order of January 25, 2007, and defiantly seeks to again seek a default against defendant.

This is a final, appealable order.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on January 9, 2008.

```
MIME-Version:1.0
From:DCD_ECFNotice@dcd.uscourts.gov
To:DCD_ECFNotice@localhost.localdomain
Bcc:RCL_ECF@dcd.uscourts.gov, robert_elliotte@dcd.uscourts.gov
Message-Id:<1490452@dcd.uscourts.gov>
Subject:Activity in Case 1:06-cv-00123-RCL CLEMMONS v. POWELL Order on Motion for
Leave to File
```
Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### District of Columbia

**Notice of Electronic Filing**

The following transaction was entered on 7/10/2007 at 4:28 PM and filed on 7/10/2007

**Case Name:**       CLEMMONS v. POWELL
**Case Number:**     1:06-cv-123
**Filer:**
**WARNING: CASE CLOSED on 02/01/2007**
**Document Number:** 10

**Docket Text:**
ORDER DENYING [9] Motion for Leave to File Appeal Out of Time; and further ORDERING that this Court's January 25, 2007 Order [8] did not terminate this case, and that the Clerk shall correct the docket entries in this case to show that this case is still pending; and further ORDERING that, to the extent that plaintiff's motion [9] for leave to file appeal out of time might also be construed as a motion for recusal, plaintiff's motion [9] for recusal is DENIED. See Order for additional details and explanation.Signed by Judge Royce C. Lamberth on 7/10/07. (lcrcl2, )

**1:06-cv-123 Notice has been electronically mailed to:**

**1:06-cv-123 Notice will be delivered by other means to::**

SAM L. CLEMMONS
548 Saint Charles Place
Brookhaven, MS 39601

The following document(s) are associated with this transaction:

**Document description:**Main Document

**Original filename:**O:\Paul Alvarez\CLEMMONS CASES\06-123 Clemmons v Powell\06-123 Order denying motion for leave to file appeal--July 10 2007.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=7/10/2007] [FileNumber=1490450-0]
[7e4d9c884665590808120fc6ec1d8bb74199309a5b0a251050596ed7b9242051893a
b0b6dc1e7370ecba4b94c9c27c8553cdc1341e39d43afd0ecab01724ef4f]]